United States District Court
Eastern District of Michigan
Southern Division



FILED
MAR 15 2023
CLERK'S OFFICE
U.S. DISTRICT COURT

United States of America,

    Plaintiff,

vs.

    Case No. 23-20152

    Hon. Mark A. Goldsmith

Jack Eugene Carpenter III,

    Defendant.
_____/

## Defendant's Acknowledgement of Indictment

    I, Jack Eugene Carpenter III, defendant in this case, hereby acknowledge that I have received a copy of the indictment before entering my plea, have read it, and that I understand its contents.

    I understand that if I am convicted of or plead guilty to Count One, threats in interstate communications, I may be sentenced to up to five years imprisonment and/or a $250,000 fine.

                                          _____
                                          Jack Eugene Carpenter III
                                          Defendant

## Acknowledgement of Defense Counsel

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty days of arraignment.

_____
J.P. Nogues
Counsel for Defendant

Dated: