UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v                                                                     Case No. 23-20152
                                                                HON. MARK A. GOLDSMITH

D1- JACK EUGENE CARPENTER, III,

    Defendant.
_____/

### NOTICE TO APPEAR/SCHEDULING ORDER

- MOTIONS DUE BY: **April 6, 2023**

    The defendant is hereby notified to appear before the Honorable Mark A. Goldsmith for the following proceedings:

- PLEA HEARING/CUT-OFF:   **April 20, 2023 @ 9:00 a.m.;**

- FINAL PRETRIAL CONFERENCE: **April 20, 2023 @ 9:00 a.m.;**

- JURY TRIAL: **May 8, 2023 @ 8:30 a.m.**

Dated: March 16, 2023                           s/Mark A. Goldsmith
      Detroit, Michigan                     MARK A. GOLDSMITH
                                                United States District Judge