UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                            Case No. 2:23−cr−20152−MAG−EAS
                                                 Hon. Mark A. Goldsmith

Jack Eugene Carpenter, III,

                Defendant(s),

_____

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

   NOTICE of IN PERSON hearing on [20] MOTION for Psychiatric Exam *by the Bureau of Prisons* as to Jack Eugene Carpenter, III. **Motion Hearing set for 4/19/2023 03:30 PM before District Judge Mark A. Goldsmith** ( KSan)

   All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 815.

### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/K Sandusky
                                                         Case Manager

Dated:  March 29, 2023