UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                    Case No. 2:23−cr−20152−MAG−EAS
                                     Hon. Mark A. Goldsmith

Jack Eugene Carpenter, III,

                Defendant(s),

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE of IN PERSON hearing on [20] MOTION for Psychiatric Exam *by the Bureau of Prisons* as to Jack Eugene Carpenter, III. **Motion Hearing set for 6/6/2023 11:00 AM before District Judge Mark A. Goldsmith** (K San)

All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 815.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/K Sandusky
                                                     Case Manager

Dated:   April 20, 2023