13

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

United States of America

v.

Jack Eugene Carpenter III

Defendant

Case No: 23-20152

Hon Mark A. Goldsmith

FILED

MAY 18 2023

CLERK'S OFFICE
DETROIT

## Reply brief for motion for competency evaluation

US attorneys, who admit they are not doctors, falsely claim that they have a "reasonable belief" that I suffer from a mental illness that interferes with my ability to assist in my defense or understand the consequences of the proceedings. It should be noted by the court that I understand that the US government is claiming they possess the power to stick me in a cage for up to 5 years and fine me $250,000 for violating the commerce clause of the federal constitution, despite never exchanging anything of monetary value, participating in a commercial act or adversely affecting commerce even

page 1

in a small way. They claim this authority because I posted text on a server that can be viewed across state lines, and those words were deemed offensive and threatening. Despite threats traditionally being a state police power issue, this is being pretended to be an attempt to regulate commerce to expand federal police power as many laws claiming to be a commercial issue are.

Regarding the ability to assist in my own defense, It can be confirmed by defense counsel that on our first interaction I informed them that the US attorney strategy will be 3 pronged:

1. Claim I am antisemetic and hate Jews despite clearly claiming to be Jewish and have a belief system formed from my experiences and understanding of Abrahamic texts; as opposed to the reality that I believe evidence shows a foreign country has infiltrated the United States government and uses the sympathies regarding the Jewish religion to hide thier crimes by calling those who see it "antisemites". Entire governments have drawn this conclusion. The MOSSAD motto is "War through deception."

2. Paint me as violent despite the only evidence of that is they are claiming I could be violent in the future, have said that I will use force that I argue

Page 2

...is lawful under the circumstances while ignoring the several times I have said I will not use force. Meaning that though I feel actual force would be lawful under the circumstance and reasonable in context, I've only used words which harm no one. But if we all imagine a future possible action, clearly I am pure evil. I am unaware of case law which has concluded that words are excessive force to prevent or stop a felony that endangers human life. If such a ruling exists, it is morally reprehensible.

3. Claim that I am mentally unwell.

As of today I have accurately predicted the smear campaign to attack my character and discredit me publicly and to the judiciary. My defense team and I were discussing the strategy for today's motion one month before they approached my counsel saying they intended to file for a competency evaluation. This is because I told defense counsel it was coming.

The US attorney is entitled to believe my religious beliefs are not rational, for example Tarot. However, it is not lawful to claim my religious beliefs are evidence of incompetence. I doubt this court wants to be the first court to review someone's religious beliefs for rationality. However, in the off chance that it does, I can provide

2 seperate Tarot readings predicting the US attorneys motion that were recorded prior to my arrest. After we watch them we can discuss the CIA declassified document titled: "Psychic Wars" where it discusses the US government's budget for this "irrational" practice since the 1950's as well as the noted accuracy.

On page 5 of the US government's motion it acknowledges that the tweets were not meant for anyone specific, and intended to trigger behavior from the US government. Specifically my arrest and unlawful detainment. I asked the FBI, DOJ, and Director of National Intelligence for approximately 4 months if the reason I was not arrested under 18 USC 2383 for declaring that I created a new government and siezed 9 square miles of land under 2 theories of international law, one being "belligerent occupation under military force absent resistance" as adopted by congress in the Department of Defense Law of War chapter II was because what I did was lawful. Since the US state department confirmed in November of 2022 that my actions were lawful, and gave me instructions to obtain a non-imigrant visa, I was aware I was just antagonizing them. However, I was being censored on twitter and I needed a plan to draw public attention to myself after the US government reactivated the Q user heading the Qanon movement to manufacture evidence I was suicidal, among other things. The evidence

page 4

the Q user was activated after a year of silence in response to my emails to the US government is on my twitter feed. For the US attorney to argue this is a delusion is bold.

The government misrepresents my argument regarding sovereignty while covertly comingling easily proven facts with my claims, attempting to paint these facts with an "insanity" paint brush. This is purposeful and so they are dismissed.

All medication granted an Emergency Use Authorization to be made available in emergency absent FDA approval is licensed under 21 CFR 312. The legal definition of "experimental medication" is: "any medication licensed under 21 CFR 312." Since the US government sponsored the injections under "Operation Warp Speed", claiming they are "safe" or "effective" is a violation of 21 CFR 312.7 as well as felony fraud through misrepresentation. Additionally, the license is not for "immunity for SARS-COV-2 infection", it is for "the prevention of COVID 19" which is a disease sometimes caused by SARS-COV-2 infection. Similar to the distinction between HIV infection and AIDS.

Pfizer's Bio-N-tech injection was claimed to be "95% effective at preventing SARS-COV-2 infection" by the media and government officials for ~2 years until October of 2022

page 5

when a Pfizer executive testified in the European Union that they never claimed that, and it wasn't tested for generating immunity because they were "working at the speed of science."

Since the University of Michigan is created by the Michigan State Constitution it is a part of the public trust. I was denied access to the public trust for refusing to take legally defined experimental medication that is unlawful to claim is "safe" or "effective" for an infection it was not tested to prevent nor was it licensed for that use. This act created 2 classes of citizens and manifestly endangered the Liberty of one class of citizens based on an arbitrary and unlawful distinction, denying them a republican form of government.

After 3 appeals where I was told "the legality of the policy would not be looked into." Then approaching 3 law enforcement agencies where I was flatly told they "did not want to see evidence of my claims." I spent the next 11 months teaching the 15th district court the following facts:

1. A private citizen can file a complaint to initiate a probable cause hearing.
2. The criminal process for security of costs is covered under the civil court procedure.

3. A criminal complaint cannot require a "name, address, and phone number" if the statute authorizes a "name or description". The court rule with the word "shall" is merely suggestive.

After all of those legal arguments were found in my favor and the court verified with the Michigan Supreme Court Office of Administration how to proceed legally since this was not something the court was aware was legal, I finally got to present this evidence of breach of the public trust and fraud through misrepresentation to a court.

The judge, however, ruled it was "just a matter of policy" after admitting on record that he was aware they were experimental. This left me in a state of nature as defined in John Locke's "Second Treatise of Civil Government" with "want of a neutral magistrate". The government of the State of Michigan broke its contract with me. After observing Biden say "What are you waiting for, it's FDA approved?" regarding COMIRNATY, and Pfizer stating on the CDC website they had "no intention of manufacturing any FDA approved version", likely related to the request to hide the data used to approve it for 50 years when the FDA was sued for it's approval. I decided to exercise the clause in the Michigan Constitution to create a government to my liking.

I am aware that this court may, like the State court, ignore the law and pretend what I have done as a legal response to those misadministering the government is evidence I "seem disconnected from reality". I know better though. I am truly unconcerned with the judgement of my mental well being from people whom find it moral to ruin someone's career, prevent them from access to education, the public trust and attempt to genocide them by policy then refuse to see the immorality in doing it because they won't take legally defined experimental medication for a use it is not licensed nor tested for. At worst its the pot calling the kettle black.

As a last statement regarding the ability to ~~assist~~ aid in my defense, I am not a sovereign citizen nor is my argument "akin" to that movement. Nor am I a Qanon follower. ~~████████ ███ ████████ ████ ██████~~ ~~████████████████ ████ ███████████ ██████████~~ ~~████████████ ██████ ████████ ███████~~ Defense counsel acknowledged that ~~████████████~~ he possibly created a false association that is negative, and possibly prejudiced the judiciary against my sovereignty claim. Despite this communication error we were able to discuss and agree that since the government used my unassessed legal claim as evidence of a "reasonable belief" I am unable to participate in

Page 8

my defense that I can ask the court to review the legal claim for it's accuracy as opposed to just assume the prosecution's interpretation is correct. Especially considering that if my interpretation is correct, I've been unlawfully detained for months waiting to be heard.

It is time to determine if the US government is a nation of laws or a nation of men. Will it continue to ignore these crimes regarding the COVID pandemic? Or will it acknowledge the law as written and recognize that what I've done is lawful? Acknowledge that I am the Head of State of a foreign nation, triggering the "unbroken common law rule" discussed by the US state department on November 18th, 2022 that I am immune from it's courts?

I am aware, that like the state of Michigan, it is possible for this court to continue the pattern of ignoring the law. However, I am hoping to find someone of integrity within this broken system I have lost faith in.

Since the US Attorney is arguing that the claim: "medication licensed under 21 CFR 312 is unlawful to say is "Safe" or "effective"" creates a "reasonable belief" of incompetency, despite being easily proven by reading 21 CFR 312.7, it is clear they are complicit in covering up this fraud. They hope this deceit is mixed in, and lost in

the confusion of using my religion, false claims of "Soveriegn citizens", Qanon follower etc. as evidence I cannot defend myself, that the judge is too stupid to catch this deceit. That this fact will be viewed as the ramblings of a madman. This is a significant crime itself, calculated and with malice.

There are several facts in regards to the issue before this court:

1. Jurisdiction, once challenged, cannot be assumed, it must be proven. I have challenged jurisdiction at every step of this process, in front of four judges and magistrates. This has not been addressed, instead my competency was challenged to remove the ability to make this argument. This is a strategy to defeat this argument without fighting it due to it's legal accuracy.

2. The prosecution is clearly participating in covering up fraud regarding the COVID injections by implying that it is evidence of a mental illness to say medication licensed under 21 CFR 312 cannot, as a matter of law, be claimed is "safe" or "effective".

3. A person's religious beliefs are not evidence of a mental illness nor incompetence.

4. The act of declaring sovereignty, and the act of siezing land are two seperate acts under the Law. The question before this court is two-fold:

a. If the State of Michigan arbitrarily creates two

Page 10

classes of citizens, can a person exercise the clause in the State Constitution clearly written for this circumstance, and form a nation in it's original sense under international law, that it's members are descendents of a single ancestor, for example, the same as many Native American nations? Which the answer is clearly: "Yes".

b. Is making a legal claim the prosecution wants the judiciary to assume is meritless evidence of a reasonable belief that someone is incompetent? Which the answer is clearly: "No".

5. The US State Department confirmed verbally in a phone conversation that my actions were lawful in November of 2022, and provided instructions to obtain a non-immigrant visa, then the US govt. did not contest when I informed them in electronic communication that I will not pursue one due to my immunity from your courts.

6. Since the State of Michigan triggered a clause in it's Constitution that allowed me to create a new government, and I made myself Head of State of this new nation, it is unlawful under your own laws to detain me for a criminal process as explained by the US State Department on November 18, 2022 in regards to a foreign Head of State for a murder charge.

7. The prosecution is aware of this phone call with the State Department where the person I spoke to was confused at the lack of response by the federal government.

8. The prosecution is aware that evidence the Q user heading the Qanon movement is operated by the department of justice and tried to manufacture evidence I was suicidal is posted on my twitter feed. They claim this is a delusion. Another example of clear malice.

9. This is clear evidence I can participate in my own defense.

Jack Carpenter
45173-510
FCI MILAN
PO Box 1000
MILAN, MI 48160

ATTN: Clerk of the court for
Hon. Mark A Goldsmith
US District court Eastern District of Michigan
Southern Division
Theodore Levin United States Courthouse
231 West Lafayette blvd, 5th Floor
Detroit, MI 48226

U.S. MARSHALS

Metroplex MI 480 ZIP
FRI 12 MAY 2023 PM

