7

United States District Court
Eastern District of Michigan
Southern Division

United States of America                    Case No: 23-20152

V.                                          Hon. Mack A. Goldsmith

Jack Eugene Carpenter III
        Defendant

F I L E D
MAY 18 2023
CLERK'S OFFICE
DETROIT

Motion to dismiss for lack of in Personam
            Jurisdiction

   As stated in every State Constitution I am aware of,
when the government begins to favor one set of citizens
over another, it triggers a right that is best worded
as: "It is the right and duty to" ... "form a new government".
As the US Attorney, when committed perjury on record by
saying I "was arrested in his car with half a dozen
firearms" to have me detained, and in his last motion
admits that was a lie has explained, I was terminated
from the University of Michigan due to the University
requiring medication licensed under 21 CFR 312, legally
designated as experimental, for a use outside of it's
license.
   "To prevent COVID 19" is legally distinct from "Prevent
                                                Page 1

in Personam Jurisdiction over a Head of State of a foreign government 4 times in front of 4 Judicial officers, ignoring its own laws and court rules.

4. The Head of State of a foreign government is not subject to the authority of the US government.

5. This is an unlawful act of aggression in violation of US law and international law.

6. Jack Carpenter is not a Citizen of the Several States or a US citizen under Article 4 section 2 or the 14th Amendment, respectively.

7. Jack Carpenter is not a "Sovereign Citizen" nor any derivation of that legal argument.

8. Jack Carpenter is the Head of State of a foreign government.

9. The DOJ, Joint chief of Staff and US President did not respond nor contest a direct communication to these offices in multiple forms of communication nor a public posting. Instead they censored my twitter account using AI to prevent public awareness

10. The Kingdom of Heaven expressed its intent to exercise Universal Jurisdiction over violations of International law including Crimes against Humanity and War Crimes The US Attorney is interfering with the lawful use of that power

Page 2

cannot be made "safe" and is why it must be prescribed and administered by a physician.

The above facts mean that anytime a public official got on TV to deceive the American Public into taking experimental medication made available as "Emergency Use Authorization" by claiming they were "safe", "effective" or "95% effective at preventing SARS-COV-2 infection" they were committing fraud through misrepresentation in every jurisdiction by claiming things that the law states cannot be known, that it can be used for something it was not licensed for, and it was never even tested for. Any death as a result is felony murder.

After going through 3 appeals processes explaining to those administering the University of Michigan that they had no right to deny me access to the public trust unless I agree to take medication unproven by law to be "safe" or "effective" and outside of it's licensed use; then being told by 3 police stations they "did not want to see evidence of my claims." I then spent the next 11 months proving to the 15th district court in Ann Arbor the following legal truths:

    1. A private citizen can file a complaint directly with the magistrate and initiate a probable cause hearing.

    2. The civil procedure for security of costs applies

to criminal cases.

3. The Michigan Court rules cannot require a "name", "address", "phone number", and "email address" for each person accused because the MCL that explains what a complaint must have only requires a "name" or "description" so the word "shall" is suggestive not creating a mandatory aspect of a complaint.

When I finally got in front of a judge, I was told: "don't you think I know they are experimental?" to which I replied: "I don't think you do or understand how profound a statement that is." Then I was told it was "just a matter of policy" to prevent access to the public trust if you don't agree to take legally defined experimental medication that is unlawful to say is "safe" or "effective", and it is not licensed or tested for the use you are being told to take it for.

This act created 2 classes of citizens and denied one class a republican form of government, placing me in a state of nature, with want of a neutral magistrate. It was clear the government was refusing to fulfil its contractual obligations. So I exercised rights clearly listed for this circumstance while following the Congressionally adopted Department of Defense Law of War, mainly chapters I and II to seize land.

United States District Court
Eastern District of Michigan
Southern Division

United States of America

V.                                          Case No: 23-20152

Jack Eugene Carpenter III          Hon. Mack A. Goldsmith

Defendant

Brief in support of Motion to dismiss
for lack of in Personam jurisdiction

1. The Kingdom of Heaven is a lawfully created government under the Michigan Constitution and Congressionally accepted international law. Chapter 1 of the DOD law of war states it is the intent of congress to apply international law even if aspects of it are not met, though all aspects have been met.

2. The US State department has given instructions to obtain a non-immigrant visa to the Kingdom of Heaven, including a 1-800 number to overcome the fact that the area of land claimed by this new nation does not have a consulate to finish the interview process required.

3. The US government has ignored a challenge to prove

Page 1

infection from SARS-COV-2" due to the definition of these words. Similar to "Prevent HIV infection" is not the same as "Prevent AIDS." The injections are licensed to "Prevent COVID 19", a disease sometimes caused by SARS-COV-2 infection.

In October of 2022 Pfizer admitted to the European Union that thier injections, which were claimed by the media and thier sponsor the US government were "95% effective at preventing SARS-COV-2" were never tested for preventing infection because, in thier words, they were: "Working at the speed of science." An epically useless term of art made up by the company that paid the largest criminal fine in US History for lying about what its products cando, falsifying safety studies, and bribing doctors to lie about thier products when caught deceiving the world again.

The US government sponsored the injections under operation "Warp Speed". The legal definition of "Experimental Medication" is "any medication licensed under 21 CFR 312." All medication available under Emergency Use Authorization is licensed under 21 CFR 312. Under 21 CFR 312.7, it is unlawful for a sponsor to claim any drug with that license is "Safe", "effective" or otherwise market the medication to the public. As stated in the second restatement of torts section 402A, comment k, medication

Page 2

Metroplex MI 480 ZIP
Fri 12 MAY 2023 PM

Jack Carpenter
45173-510
FCI Milan
PO Box 1000
Milan, MI 48160

Attn: Clerk of the court for
Hon. Mark A Goldsmith
US District court Eastern District of Michigan
Southern Division
Theodore Levin United States Court house
231 West Lafayette blvd, 5th floor
Detroit, MI 48226

U.S. MARSHALS