FILED
MAY 19 2023
CLERK'S OFFICE
DETROIT

US v Jack Carpenter III

Case: 2:23-cr-20152

To the US Attorney,

I wanted to clarify a few things as we go forward to make sure you fully understand the consequences of your actions. We both know that evidence exists that the US State dept has verbally acknowledged that my sovereignty argument is valid. At best you can delay the outcome of the acknowledgement of its legitimacy. We both know that my statements regarding 21 CFR 312 and 312.7 are legally valid. The federal courts have previously ruled that the US military cannot coerce those in the military to take EUA licensed medication because they "are not guinea pigs for pharmaceutical companies." That's a quote from the ruling. I want you to think very hard about the path you are taking to try to win this case against me at all costs. I already know you don't win. To cover a few aspects of the law, and give you the opportunity to reconsider your unlawful actions before they become irreversible, because I've already got enough evidence from your last motion to prove criminal actions, I want to explain a few things you likely already know.

1. The first Amendment does not protect "true threats" or an "expression of a serious intent to commit an unlawful act of violence."

2. Lawful violence can be defined as: "Violence used for the preservation of peace or to prevent the commission of offenses; in self defense or defense of others against unlawful acts of violence offered to his person or property."

POOR QUALITY ORIGINAL

however, something you likely are not considering is what it takes to prove acquiescence of criminal activity by a public official, such as yourself.

Acquiescence requires that the public official, prior to the activity, have awareness of such activity and thereafter breach his or her legal responsibility to intervene and prevent such activity. That does not require actual knowledge or willful acceptance. Awareness and willful blindness will suffice to show acquiescence.

By claiming that it is evidence of a reasonable belief I am crazy to point out that it was a crime to claim that medication licensed under 21 CFR 312 is "safe" or "effective" due to 21 CFR 312.7 and the US govt sponsoring the medication under operation Warp speed you have created evidence of participation in a conspiracy to cover up a crime against humanity and unlawful war of aggression with the use of a biological weapon. Before moving forward I would suggest looking into the executive order signed in Sept 2019 to update vaccine manufacturing processes, section 4. Then how related that is to DARPA explaining a group of people asked to release a modified Coronavirus in China right after, then how those individuals are related to the people who wrote a letter to the Lancet to hide the "Lab Leak" theory.

I have nothing but time and fully intend to see this

through no matter what the personal cost to myself. I am tired of watching criminals of the highest order get away with this. Take your focus off of me, and do your job. Smearing my name won't work, it won't even slow me down. I explained this either on twitter or email when I mocked your current strategy before I was even arrested. That once I got past probable cause the only thing I'll concentrate on was COVID, and knowing that tarot and other religious aspects could be left off, but I placed them so you would make the arguments I wanted you to make:

1. My religion means I'm crazy
2. That I'm antisemetic
3. I'm violent

I set this board, not you, I'd consider that. Israel is not an ally. My defense team currently possesses the response to your next motion I sent it to them 2 days before I filed the motion to dismiss. Just like I told them what your first motion would be 1 month before you filed it, and how I called it out on twitter and email before I got arrested. I am trying to appeal to your sense of justice and morality. But I promise you we will switch places if you don't reconsider your current strategy.

—Josh

Jack Carpenter 45173-510
FCI Milan
PO Box 1000
Milan, MI
48160

Clerk of the court for
Hon. Mark A. Goldsmith
Theodore Levin US courthouse
231 west Lafayette blvd, 5th floor
Detroit, MI 48226

METROPLEX MI 480
16 MAY 2023 PM 3 L

RECEIVED
MAY 19 2023
CLERK'S OFFICE
U.S. DISTRICT COURT

48226-277402