FILED
MAY 19 2023
CLERK'S OFFICE
DETROIT

US v Jack Carpenter III

Hon. Goldsmith,

Case: 2:23-cr-20152

At this time we have not met, however, I am currently awaiting a court date with you regarding the motion of competency. For some reason, unknown to myself, the court date scheduled for April 19th was cancelled the day before I was scheduled to appear. Since then, likely due to a writ I issued, I was moved from State custody to federal custody, where all my property was taken from me for the 5th time in this ordeal where I get moved around from place to place. I am now absent shower shoes in a facility with 4 showers and 100 people, I have the ability to purchase shower shoes once every 2 weeks, but the last 2 times the store was available, no shoes for that purpose were available. I've also gotten to experience a group punishment where everyone was confined to a cell for 72 hours without access to a shower, laundry or recreation because someone bumped into a guard during breakfast. The US federal justice system leaves something to be desired, to say the least. But that is not why I am writing you today. Though I am intentionally creating awareness of these unsanitary conditions and violations of US and international law. As written in the letter to the US Attorney I sent alongside this letter to be filed in my case and then passed along to the US Attorney. Acquiescence is awareness and willful blindness, I have just been creating a giant net with which to ensnare criminals within the justice system that refuse to do their

POOR QUALITY ORIGINAL

legal duty. So far the list is:
1. U of M administration
2. Washtenaw county sheriff
3. Wayne County sheriff
4. Michigan State Police
5. 15th district court Ann Arbor
6. 3rd circuit court wayne county
7. FBI
8. Dept of Justice
9. Director of National Intelligence
10. Office of Inspector General
11. 3 sheriff's offices in 2 other States
12. US Attorney's office

It's a pretty extensive list, to say the least. Right now the US Attorney is trying to create a mental health stigma to have some legal arguments discredited. If successful, it will only be short term. I've had a logical plan for each step in this process, whether it appears that way to the casual viewer or not is entirely irrelevant to me. I have a plan for if you follow the law, and one if you add yourself to this list I am making. I have a plan for if you add yourself to the list, and a jury refuses my claim that I issued a threat of lawful violence. I have 2 motions I sent to my attorney, and I have a plan for if they contact me to discuss them or if they choose to refuse to give me counsel. I have had a lot of time to plan all of this out to get the desired result.

But I am writing you today to make a few facts known to you as a public official so that if you continue to do what every public official has done so far, it cannot be said it was done in ignorance. No person in my wake can claim ignorance or they had a reasonable belief thier actions were lawful. They willfully acted or turned a blind eye for one reason or another.

It is a legal fact that SARS-COV-2 is harmless for everyone except 5% of people over the age of 65, and 94% of those people had ~4.6 comorbidities listed on thier death certificate. This statistic is from the CDC, and was well known when the virus hit Italy, and there were no cases in the US. This fact means that the US government unlawfully issued the EUA for these injections to anyone outside of that category of people as most people experience mild or no symptoms and do not develop the severe disease COVID 19. This is a massive fraud, and it was planned in advance. Most people do not meet the statutory requirements for EUA, Especially children.

When Biden said: "What are you waiting for, they are FDA approved?" There were no FDA approved injections Available to US citizens. This fact was publicly posted on the CDC website explaining to doctors what codes to use to track what medication people were given.

Trump signed an executive order in Sept of 2019 to update manufacturing techniques for vaccines. Section 4

tasks the NIH to develop a plan to "Manufacture Public demand" and "Manufacture Public Funding" of new vaccine techniques including cell therapy (MRNA). Shortly after, a group with ties to Dr Fauci aske DARPA for funding to release a modified Coronavirus into the bat population in China. Shortly after a virus from bats was found circulating in China, and then a proven conspiracy to hide the origins from a US funded lab in Wuhan China occured.

All of this is a matter of public record, easily proven. The US Attorney has access to all of this evidence in detail. They are arguing its a delusion.

One of the Attorneys assigned to me, Dana Mertz, has acknowledged that every law enforcement agency I contact is ignoring the crimes that I report, then manufacturing evidence of criminality against me. For instance, am I charged at the State or Federal level in regards to a "Stolen Firearm" I was being investigated for, that I admitted I had, and was in my car? This fake crime was used to establish probable cause against me. I was also never arrested for "Assault less than sexual". I was falsely arrested for asking to go to the magistrate to settle a dispute of law with MSP. They put me in a cage for 6 hrs, and released me. I was told "no charges were ever filed". I never saw a magistrate. This was also used to establish probable cause that I sent a tweet. I can go on, and on about this, and

the criminal actions I have been subjected to. I am well aware of what I am up against. I am well aware of the games being played against me. I am well aware of the potential costs that I may incur if I lose. I may have beliefs that people consider irrational. But I am mentally sound. The basis for this competency hearing is to discredit me.

    I have evidence the US State Department acknowledged my legal claim of Sovereignty in November 2022, just after thanksgiving. Under the law of War Chapter 1, as adopted by Congress, you have a legal obligation to acknowledge it. Both my claim of Sovereignty, and my claim to land are valid. I hope you are the first person of integrity in this plight for justice. If not, I have a plan for that as well. I haven't even started the civil claims yet.

    thank you for your time.

*[signature]*



METROPLEX MI 480

16 MAY 2023 PM 3 L

RECEIVED
MAY 19 2023
CLERK'S OFFICE
U.S. DISTRICT COURT

Jack Carpenter 45173-510
FCI Milan
PO Box 1000
Milan, MI
48160

Clerk of the court for
Hon. Mark A. Goldsmith
Theodore Levin US courthouse
231 west Lafayette blvd, 5th floor
Detroit, MI 48226

48226-277402