4

United States District Court
Eastern District of Michigan
Southern Division

FILED
MAY 24 2023
CLERK'S OFFICE
DETROIT

United States of America

v.                                    Case No. 23-20152

Jack Eugene Carpenter III             Hon. Mark A Goldsmith
            Defendant

Motion to suppress evidence from
Search of vehicle due to fruit of
the forbidden tree

The vehicle was unlawfully siezed from private property while the FBI and Sheriff's office attempted to manufacture a reason to search it.

I have not had access to the search warrant nor access to anything of discovery, despite requesting it from counsel on April 18th. ~~[scribbled out]~~ So I cannot challenge the contents of the warrant itself. However, the circumstances of how my car came into police custody, and a reason to search it after preclude the use of it as evidence against me in trial. The circumstances regarding the siezure are as follows:

Page 1

1. I was arrested in a seperate parking lot from my car which I was living in at the time, and had all of my belongings in it.

2. After an FBI agent introduced himself as I sat in the back of a sheriff vehicle he asks:

   "Would you like us to inventory your vehicle, I see you have a rifle case in the back seat."

   I replied: "That's a bow, and no, I don't want you in my vehicle."

   FBI: "Ok, well this is a high crime area. It's likely to get broken into."

   me: "Ok..."

   FBI: "The manager of Home Depot is likely to have it towed anyway"

   me: "Ok..."

3. The agent walks away and starts going through my bookbag. I hear a conversation about not being able to find my key fab, and that a set of keys are seen in my visor.

4. Less than a minute after trying to trick me into consenting a search I hear on the sheriff radio: "We have a wrecker

on the way, we are just going to have it towed to our impound lot, do an external inventory, and try to get a search warrant."

5. When the FBI was violating rule 5(a) by interviewing me instead of taking me to the magistrate after 4 days, they asked:

"You want to give us the code to unlock your car?"

I replied: "No, I told you, I don't want you in my car."

FBI: "We got permission from the other owner, we will just break the window."

Me: "That's my car, I don't give permission."

FBI: "That's fine, we've dealt with your kind before."

Me: "People that know thier rights?"

FBI: Silence...

6. Then they got a warrant to search the car they unlawfully siezed 4 days prior. I suspect it's to parade my lawfully owned firearms to prejudice the jury.

Jack Carpenter #15173-510
FDC MILAN P.O. BOX 1000
MILAN, MI
48160

Clerk of the court for
Hon. Mack A. Goldsmith
Theodore Levin US courthouse
231 west Lafayette blvd, 5th Floor
Detroit, MI 48226