UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                                                  Case No. 2:23–cr–20152–MAG–EAS
                                                                       Hon. Mark A. Goldsmith

Jack Eugene Carpenter, III,

                Defendant(s),

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE of IN PERSON hearing on [20] MOTION for Psychiatric Exam *by the Bureau of Prisons* as to Jack Eugene Carpenter, III. **Motion Hearing RESET for 6/6/2023 03:30 PM before District Judge Mark A. Goldsmith** (TIME CHANGE ONLY) (KSan)

All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 815.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/K Sandusky
                                                        Case Manager

Dated: May 24, 2023