UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                                          Case No. 23-cr-20152

vs.                                                                      HON. MARK A. GOLDSMITH

JACK EUGENE CARPENTER III,

    Defendant.
_____/

## ORDER FOLLOWING HEARING

The Court held a hearing on June 6, 2023 on the Government's motion for a competency evaluation for Defendant Jack Eugene Carpenter III (Dkt. 20). As the Court stated during the hearing:

- By June 15, 2023, the parties are each directed to submit via the utilities function a proposed order presenting that party's proposed findings of fact and conclusions of law on the Government's motion for a competency evaluation. The parties may file on the docket any exhibits in support of their positions.

- If Carpenter seeks to challenge this Court's jurisdiction, he may do so by filing a motion through counsel on or before June 22, 2023.

- At the hearing, Carpenter claimed that he had made a request to represent himself in one of the motions that he filed, which motions were struck by the Court as Carpenter is represented by counsel. However, a second review following the hearing confirms that the struck motions contain no such request. Nonetheless, the

Court will later set a time for Carpenter to file any such motion following resolution of the competency motion.

SO ORDERED.

Dated: June 8, 2023  
Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge