UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
JUN 14 2023
CLERK'S OFFICE
DETROIT

United States of America

v

Jack Eugene Carpenter III
Defendant

Case No: 2:23-cr-20152
Hon. Mark A Goldsmith

## Motion to invoke speedy trial rights and Remove consent for any further delays in trial

I do not consent to any further delays for trial. The prosecution is using competency evaluation as a tactic to discredit legal claims I've made that are on the record, and a challenge to in personam jurisdiction that has been consistently voiced since my arrest in Texas has been ignored. This challenge was issued verbally to the State magistrate in Texas when I was informed of my rights where I stated I was challenging In Personam jurisdiction. I was told: "That's not what we are doing here, we are informing you of your rights." I said I was exercising one. The magistrate looked confused, and a sheriff deputy instructed the magistrate: "You just put that he refused to sign". I was then put in a cell for 3 more days. After the arrest was tainted by a subsequent FBI interview prior to being taken "without delay" to a magistrate, I again voiced the challenge to In personam jurisdiction. The federal magistrate in Texas ignored me like I didn't speak at all, and ordered that I was to be sent to Michigan.

On 3-3-2023 I issued a written statement to the court in regards to the challenge of In Personam Jurisdiction in the form of an affidavit, that is still uncontested, which the magistrate said she hadn't had time to read it.

On 3-15-2023 I was issued the Indictment, and asked to sign a contract declaring that I "understood" ~~~~~~~ that if I am convicted or plead guilty I can be imprisoned for up to five years and/or fined $250,000. I refused to sign this contract and stated on record

That I understand that the court feels that it has the authority to do the things claimed, but that I have challenged its power to exercise jurisdiction over me at every step of the way, and that jurisdiction once challenged must be proven, cannot be assumed. I was then told by the magistrate that ~~good~~ jurisdiction would, once again, be assumed, and that a different judge at a later time would hear the argument in regards to the challenge of whether or not the court has the authority to detain me or hear this controversy.

~~[scribbled out text]~~ Then the prosecutor filed a motion for competency using my challenge to jurisdiction as evidence I was not competent to stand trial. Apparently, the legal argument to challenge something the court is required to prove to itself before proceeding in the first place is something we all should assume is meritless and crazy talk. We should just assume jurisdiction exists, and the challenge to In Personam Jurisdiction is itself evidence that allows one to form a "Reasonable belief" that competency is lacking.

While we are at it, lets also just dismiss the defendants clear and concise explanation about medication licensed under 21 CFR 312 being unlawful to claim is "safe" or "effective" under 21 CFR 312.7, and claim that is also evidence of a "reasonable belief" one lacks the mental fortitude to participate in thier own defense.

This is a strategy to delay and discredit arguments before they can be made. The inclusion of the claim 21 CFR 312.7 making it unlawful to claim the medication is "safe" or "effective", and that saying those words to mislead citizens of Michigan to trick them into having confidence in experimental medication as evidence of a "reasonable belief" of incompetency is to participate in the fraud perpetrated on the citizens within the several states. This is not accident or error, that was with clear intent and with malice.

Since I explained to defense counsel on our first meeting the prosecution would try this deception, one attorney said that I am "a genius that is going to give them a run for thier money." the other said that after watching the FBI interview that "your mind is a steel trap." That they do not oppose the

motions I filed, and that they are fine with me proceeding pro se with stand by counsel, it is clear the motion the prosecutor filed is frivolous, without merit, and purposefully deceitful.

Since that is now obvious, I revoke consent to any delays that have been claimed I agree to. I demand the challenge to in Personam jurisdiction that has been ignored be addressed, as well as the other defects I have filed motions to point out.

I also demand the prosecutors behavior be reviewed for criminal conspiracy for the attempt to hide the evidence I put on record regarding EUA medication and 21 CFR 312.7 as the ramblings of a mad man. That behavior tops the judge at 15th District Court of Ann Arbor saying: "Don't you think I know they are experimental!" then ruling that forcing people to take it to participate in the public trust was just "policy".

These are criminal acts, not trial strategies or policy. Some of the things I pointed out do in fact trigger the commerce clause. They also trigger state crimes in every jurisdiction. Also, the president committed an impeachable offense claiming that: "What are you waiting for, it's FDA approved" when it was publicly posted that Pfizer had no intent on manufacturing the FDA approved version, and no FDA approved version was ever available to the American Public.



METROPLEX MI 480
2 JUN 2023 PM 8 L

Jack Carpenter
NAME
45173-510
REG. NO.
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

Legal Mail not to be
Viewed outside of
Presence of Jack Carpenter

Clerk of the Court of
Hon. Mark A. Goldsmith
Theodore Levin US Courthouse
231 West Lafayette Blvd, 5th floor
Detroit, MI
48226