**FILED**
JUN 14 2023
CLERK'S OFFICE
DETROIT

Honorable Mark Goldsmith,

Your honor, I must bring to your attention an issue of ineffective counsel in my case. When the prosecution asked to separate the motions of Jurisdiction, competency, and my request for pro se rights I informed my counsel that the jurisdiction argument must be settled prior to any other motion. First, that the court was informed of the challenge in the complaint itself, and instead of investigating before issuing the warrant, it was simply assumed. Second, issues of jurisdiction can be raised at any time and must be resolved before the court can actually exercise jurisdiction. The record should reflect that it was challenged at the texas county magistrate, the Federal magistrate in Texas, the Federal Magistrate in Michigan at the probable cause hearing, at the detention hearing, and when I was served the indictment. It has now been raised in front of you. The prosecution also made it a part of what is necessary to resolve for the competency motion as they claimed that challenging jurisdiction was evidence of a "Reasonable belief" of incompetency. This is a clear cart before the horse issue. Jurisdiction must be proven to determine if the court can determine competency, and then the prose rights motion. I explained this clear issue to defense counsel and was flatly told: "I am not going to do that." After court defense counsel and I discussed the reason. I explained that when he was assigned to me he said: "It doesn't matter whether or not I believe you, my job is to get the best outcome for you." then I said: "We would both agree that the best outcome is dismissed for lack of Jurisdiction. You've seen evidence that the law and facts support the argument. You won't make the argument. It's not because of the law, its because of your beliefs. You don't think it should be the law. So your beliefs are preventing you from getting me the best outcome in my case." He then replied: "You are absolutely right. But if you fire me it won't work out in your favor because you'll just be assigned someone else from our office that will do the same thing." I am currently aware of 3 cases in the Milan detention Center that the defense counsel is in fact refusing to argue legitimate legal concerns. One was told an argument would not be found valid by the Judge, told to plea to 4 counts. After the plea was taken the law he was charged under was found to be unconstitutional in the second circuit using the very argument his counsel said would not be heard by the judge. My counsel has used that argument to try to get

me not to make 2 arguments, I ignored him and filed the motions myself. Defense counsel implied they discuss this and agree to basically let the prosecution run over the rights of the poor, regardless of the actual law. That if I fired him, I'd just get someone else to pretend to argue my case for "effect" but lacking substance. The motions I filed pro se in my case were struck down, likely using an argument referencing a claim "it might confuse a jury". There is no jury, and the challenge to jurisdiction was made prior to the assigning of counsel. It also has to be established prior to competency. Defense counsel will not argue jurisdiction, nor would I benefit from allowing someone to argue it that has said to me that they basically don't care what the law actually is, they will only argue the law as they want it to be. I have exercised a right, and they hate that right, so they won't argue it. I am left unable to defend myself. This needs to be addressed, and the Federal defenders office needs to be investigated for corruption. I can reference another case where the public defender implied they wanted to get fired when even the judge pointed out they were not doing thier job. I've included a portion of a letter I am sending to the mitigation specialist assigned to my case that heard this exchange and others.

That being said, jurisdiction must be proven before the court does anything. Thank you.

— Jack

Dana,

I am sending this letter to you, not JP. As you were present for the discussion for strategy before and after court with JP, where he said that despite seeing the evidence regarding the State Department interaction he will not argue either that the government lacks jurisdiction or that the actions of the State Department left me in a situation where I could not reasonably know my actions were unlawful. The latter argument unreasonably assuming the State Department doesn't understand the law regarding International Armed Conflicts, which is silly. We can agree that prior to court he claimed he would not make a lawful legal claim because "the judge won't agree with it," which I clearly disproved. Then after court, despite the judge ordering both the defense and the prosecution to file motions on "the facts" related to the issue of jurisdiction he said he had "no intention of doing so." When I pointed out that the issue was not that the law was not on my side, it was that he personally disagreed with what the law was, that his personal feelings about what I did under the law was preventing me, intentionally, from obtaining the best outcome by not arguing my best defense, he said: "You are absolutely right, but if you fire me it won't work out for you, because you will get assigned someone else from the Federal Defenders office that will do the same thing." Then implied they all talk, and as I'll show in my letter to the judge that I can point to two other Federal Defenders doing this exact same behavior, no actually three others in three cases refusing to put forth the best argument, throwing cases with intent.

You were a witness to the conversation where he apologized for filing a reply in my case without me reading it approx. 2 hours after I told him not to file anything unless I read it first. Where he argued my sovereignty claim was "Akin to the sovereign citizen's movement" which I explained to him NUMEROUS times was not true. He also said I was a Qanon supporter which was false. Then cited a study that associated my claims with "Odd legal theories" all of which he agreed in front of you likely created a negative bias against a defense available to me. I also explained to him, in the call I said not to file anything I didn't read, that Tarot was a religious belief, and he said: "You are absolutely right, it is like a religion." Then made no mention of it at all. He did not "forget".

You also heard him say that I will not like the motion he is going to file now and wanted me to agree with him to let him file it without me reading it.

I am instead going to follow the Tarot readings as usual and "get a new lawyer, because this one is working against you" and "Flip the table on Judas". I am going to prevent him from doing anymore damage in my case. He cannot set aside his political beliefs in order to do his job. I told him last time, "3 chances", and he was at 2. I asked him to try to be the first person that I called out for working against me to stop doing it, but he was unable to do so.

After this follows more that is between Dana and Myself. But I certify that this is a word for word copy of the letter to this point. As an inmate in a Federal Detention center it is assumed that what I say here is under penalty of perjury. Also, I am my own Notary as Head of the Kingdom of Heaven.

X *Josh Cypror*

Jack Carpenter
NAME
45173-510
REG. NO.
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480
9 JUN 2023 PM 9 L

Clerk of the Court for
Honorable Mark A Goldsmith
Theodore Levin US courthouse
231 West Lafayette blvd
Detroit, MI 48226

48226-277758