UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                                      Case No: 23-20152

v.

                                        Hon. Mark A. Goldsmith

Jack Eugene Carpenter III,

                 Defendant.

_____/

## United States' Supplemental Exhibits Regarding Psychiatric or Psychological Examination

Per the Court's instructions during the June 6, 2023, hearing, the government provides the following supplemental exhibits:

1. Exhibit 1: Select statements made by the defendant on Twitter; and

2. Exhibit 2: The defendant's Declaration of Sovereignty posted to Twitter.

Respectfully,

DAWN N. ISON
United States Attorney


*s/ Hank Moon*
Hank Moon
Frances Lee Carlson
Assistant United States Attorneys
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9100
hank.moon@usdoj.gov
frances.carlson@usdoj.gov

Date: June 15, 2023

# EXHIBIT 1

# Sample of Tweets from Carpenter's account in the three weeks leading up to his arrest

001

Since then I have:
1. been poisoned
2. Had my ex try to manufacture evidence I was insane
3. Had my mom manufacture evidence I was insane
4. Had my sister manufacture evidence I was insane and violent
5. Been chased from my home
6. Had evidence manufactured to be arrested

Sat Feb 18 20:30:41 +0000 2023
7. Had my daughter's mom try to get my daughter to manufacture evidence she was suicidal because I abandoned her, and am a bad fatger
8. Been ignored by @MichStatePolice regarding the crimes I can prove
9. Been ignored by @WSheriff regarding the crimes I can prove

Sat Feb 18 20:30:42 +0000 2023
10. Been ignored by Wayne County sheriff for the crimes I can prove.
11. Been ignored by @POTUS @FBI @DOJPH about the crimes I can prove
12. Been censored on Twitter and YouTube so no one knows what I can prove

Sat Feb 18 20:30:43 +0000 2023
13. Had my religion used against me to make sure people think I'm crazy and/or evil.
14. Had evidence manufactured against me using deep fake videos and pictures to generate evidence I am a criminal/terrorist/intent on the violent destruction of the us govt.

Sat Feb 18 20:30:43 +0000 2023
15. Left to fend for myself living in my car in a state I don't live in.
Simply because I can expose crimes of people in power from the local level all the way to the last 2 presidents on the United States.
This is a real life version of the movie "Enemy of the State".

002

Sat Feb 18 18:12:18 +0000 2023
@POTUS @FBI @CIA @ODNIgov @ADL @Israel @masonicnetwork @MichStatePolice @WSheriff
Any court case going on right now to attempt to remove my sovereignty or to give my sovereignty to someone else is not lawful. I've given no other person permission to exercise my power. Your

Sat Feb 18 18:12:18 +0000 2023
Courts do not have subject matter jurisdiction over the issue of sovereignty. Nor do they have personam jurisdiction over me. My status cannot be legally challenged.
Any crime that has been claimed I committed I am:
1. Immune from prosecution anyway
2. All the evidence is fake

003

Sat Feb 18 17:59:20 +0000 2023
@POTUS @FBI @CIA @ODNIgov @ADL @Israel @masonicnetwork @MichStatePolice @WSheriff
https://t.co/C5AFzxozp1
Was I just too far ahead of things again, and thinking you guys already figured out that all evidence I am a criminal and/or evil is manufactured. They made fake videos

Sat Feb 18 17:59:21 +0000 2023
And pictures of me to make it seem like I am a criminal/evil/the devil. They created fake online accounts and posted things I didn't say claiming it was me (ip addresses catch them up on this). All so that no one even cares to listen to my legal arguments, and just dismiss me

Sat Feb 18 17:59:21 +0000 2023
Without looking into the fact that I possess evidence to put pretty much every politician in prison for 30 years to life?
This is what sucks about seeing the future. I have to wait for things to come about.
I am being led by source to stay here until one of you contacts me

Sat Feb 18 17:59:22 +0000 2023
You've finally caught on to the "spell work" (word manipulation, lies, words are spelled with letters. "spells").
Because a Knight of Wands or a Knight of Swords is going to call me to apologize for falling for this, because they look into my legal arguments.

004

Sat Feb 18 08:26:59 +0000 2023
Relevant legal facts:
1. I own the all the land that was under control of the us govt under the law of war.

Sat Feb 18 08:32:43 +0000 2023
2. I have a sovereign govt. that existed when I decided to make it. The email to the President was customary, not required, but better to prove it existed if challenged internationally.

Sat Feb 18 08:32:47 +0000 2023
3. I have allowed the current govt to continue to operate subject to my authority over public servants, and some reserved powers, so I don't have to be present to run it.

Sat Feb 18 08:32:48 +0000 2023
4. Public servants not doing what I tell them to do is treason because of that dynamic

Sat Feb 18 08:32:48 +0000 2023
5. No court in the US can sue me as those courts are subordinate to my authority, and I can just dismiss the case, because "I am the Law", and I don't waive immunity to an inferior court

Sat Feb 18 08:32:49 +0000 2023
6. You trying to take that power is treason of you are a citizen, an unlawful act of war if you are not.

Sat Feb 18 08:34:36 +0000 2023
7. You ruined your life filing that case

005

Sat Feb 18 08:43:17 +0000 2023

You have no lawful choicd but to submit. Choosing not, and I'll hang you. If no one helps, I'll just shoot you. That's how this is going to go.

Sat Feb 18 08:03:37 +0000 2023

This is what happens when you aren't as intelligent as me.

But I'm also going to ask for the evidence that was filed to be used in an international case where people owing allegiance to a foreign country attempted for the 6th time to commit an unlawful war of aggression

Sat Feb 18 08:05:28 +0000 2023

And violate international treaties to ensure my sovereignty that I have a right to because they committed am unlawful war of aggression against us citizens by installing Biden.

Lol. Idiots. That goes right to... My court. War crimes. Chess not checkers. Sleep well.

007

Sat Feb 18 07:59:27 +0000 2023

Want to know what my favorite part of any of those is going to be? When I get the lawyer removed due to conflict of interest because they are Jewish. Also that I do not wish to be sued in a foreign court that is subordinate to my government over the right to rule it in

008

Sat Feb 18 07:52:40 +0000 2023
Alright, going to sleep so I can sell some silver, and come home to see how far we are at removing the problem people from Michigan.
I know there is a court case going on, and I'm thinking you guys did 1 of 3 things.

Sat Feb 18 07:54:17 +0000 2023
1. Stupidly tried to be me, but you probably abandoned that, plus my presence is going to make you look stupid.
2.  filed trying to make it void by saying you can't find me when you know where I am, and that I left because you broke international law.

Sat Feb 18 07:58:12 +0000 2023
3. Filed challenging my right to it because you made up a bunch of lies about my character.  Which is a violation of international law
All 3 of which I am going to make you stupid.

009

Sat Feb 18 06:35:30 +0000 2023
@mrfar2you Israel is doing a firesale on the country because they triggered revelation and I'm going to make them look really, really bad soon.

Sat Feb 18 06:38:08 +0000 2023
"the 144,000 going to be pushed to the forefront"
Table set, about to sit at it.
"your light irritates someone's demons"
Lol. I bet.

Sat Feb 18 06:47:16 +0000 2023
@ADL I bet people remember me soon.

Sat Feb 18 06:51:50 +0000 2023
"they are hanging on by a fucking thread"
No, it's a noose, with just enough rope to hang yourselves. In some cases, literally...
I warned you.

010

Sat Feb 18 06:31:21 +0000 2023

@ADL You wouldn't need a group of people to advertise why not to hate you if you didn't do things like drug my queen, rape her, use emf frequencies and other mind control to get her to turn on me, and then try to steal from me after bribing my job to fire me.

011

Sat Feb 18 06:01:57 +0000 2023

I save everything, because you never know when you might need to make the synagogue of Satan look like a fumbling idiot criminal rapist that drugs people to get then to like them because they are inadequate compared to me.

Sat Feb 18 05:45:18 +0000 2023

@FBI @CIA @ODNIgov @ADL @Israel @masonicnetwork @POTUS

You guys ready to publicly go through what you did to me? Sucks you can die though, right?  Probably wish you could have stolen that as well, huh?

Return to sender.

https://t.co/H1lBldunwr

013

Sat Feb 18 04:20:32 +0000 2023
This is revelation, I am Jehovah, the Divine Human, the Living God.
You are caught in my net. Confess and repent for the wages of sin are death.

Sat Feb 18 04:31:57 +0000 2023
Release Jenelle, let me heal her. You have free will, but the cost of not listening to me is a price you will not want to pay. I assure you. I have not cornered you. I have given you 2 ways out. Leave or confess, and live a normal upright life. You refuse, it's death.

Sat Feb 18 04:33:24 +0000 2023
If she is harmed, you will wish for death every second of every day, and I will refuse it to you. You will suffer in agony until I feel satisfied you have felt my pain.

Sat Feb 18 04:35:27 +0000 2023
Stop making me ask for her to be returned to me so I can heal her. She is not a bargaining chip, she determines your outcome. Nothing more, nothing less as far as you are concerned.

014

Sat Feb 18 03:11:46 +0000 2023

@yaf @SueSomer Realize you look like a lady, and learn how the human mind works, then move on with your life...? Pretty simple. But this is a MOSSAD psyop to cause conflict in society, so the narcissism victim trait gets expressed pretty hard.

Sat Feb 18 03:08:59 +0000 2023

@harryjsisson Also, I think that anyone making this argument is either low iq or MOSSAD. Blue checkmark is 90% liklihood they are MOSSAD.


Sat Feb 18 03:11:46 +0000 2023

@yaf @SueSomer Realize you look like a lady, and learn how the human mind works, then move on with your life...? Pretty simple. But this is a MOSSAD psyop to cause conflict in society, so the narcissism victim trait gets expressed pretty hard.

016

Sat Feb 18 03:00:34 +0000 2023

@claushetting @DrTedros @POTUS @FBI @CIA @ODNIgov @ADL @Israel @masonicnetwork I'm heading back to Michigan now threatening to carry out the punishment of death to anyone that is jewish in the Michigan govt if they don't leave, or confess, and now that kind of a problem, because I can Legally do that, right?

017

Sat Feb 18 02:49:42 +0000 2023
@claushetting Revelation 2:9, 3:9, and 18:23 properly translated, paraphrased.
The Jewish religion has a faction of people who worship the devil, they deceived all the nations of the earth with pharmaceuticals.
Andrew tate, and his dad @DrTedros are the synagogue of Satan.

Sat Feb 18 02:52:01 +0000 2023
@claushetting @DrTedros This is revelation, the revealing of the second coming. I am the Divine Human, they've been censoring my account and anything I put on youtube for 3 months now after trying to kill me, destroy my relationship, and chase me half way across the country hoping you don't ever know.

Sat Feb 18 02:53:10 +0000 2023
@claushetting @DrTedros Also, I founded a country, and then used international law to seize control of the us govt, and the CIA/MOSSAD are the ones behind attacking me to hide this. Biden is aware as well.

Sat Feb 18 02:54:44 +0000 2023
@claushetting @DrTedros This has been going on since 11-11-2022. They just watch me now, since it's pretty obvious they can't kill me.

018

Sat Feb 18 00:25:06 +0000 2023
@MichStatePolice @WSheriff
Are one of my 2 queens, a head of state of a foreign government in your jail on a trumped up charge like you tried to do to me to keep us apart?
Release them.

Sat Feb 18 00:29:05 +0000 2023
@MichStatePolice @WSheriff Her, myself, and my daughter are immune from arrest, and being put through court. The government you administer is subordinate to mine.

019

Fri Feb 17 22:12:38 +0000 2023

I am Jehovah, the Divine Human. God in human form. I order you to obey, and cease these evils. Confess, and repent. Be better towards each other. Love one another as you love yourself, as they are you, and you are them.

Fri Feb 17 15:05:58 +0000 2023
@POTUS
@FBI
@DOJPH
You can do this nationally now with a reasonable time limit I will allow you to set, no longer than one month.
What they wanted for me will happem to them. I suggest you obey God's will, and do not challenge my authority any longer.

Fri Feb 17 15:10:47 +0000 2023
@POTUS @FBI @DOJPH @elonmusk you will remove all blocks on my account and every other. You will remove all bot accounts. If you do this within 48 hours and I will consider that a confession. If not, when I capture you, I will have you publicly hanged.

Fri Feb 17 15:19:44 +0000 2023
@POTUS @FBI @DOJPH @elonmusk You have to crack some eggs to make an omelet. I will have peace.
This is over, one way or another. Choose your path, pick your karma.

021

Fri Feb 17 14:36:39 +0000 2023
Within the next 48 hours I will be back in Michigan. Whether I have to sell more silver or whether my mother, who participated in these acts against me, sends money to get back there after confessing her role to me.

Fri Feb 17 14:39:51 +0000 2023
Any Jewish person holding a public office on my land after that time is subject to immediate punishment for their participation in an unlawful war of aggression using a biological weapon against me. You may leave, confess and resign to live a private life or

Fri Feb 17 14:42:59 +0000 2023
Be punished. I have deemed you guilty. Judgement has been given.
I will not tolerate anymore games. I've given enough chances.
Confessions will remain classified unless caught committing another crime.
You have been warned. Heed my warning.

Fri Feb 17 11:49:27 +0000 2023
@elonmusk Just so everyone is aware, I was waiting for a specific reading. I got it last night. I have the ability to corner some specific people now. So that both sides know guilt is known. The ability to argue or deny is no longer present.

Fri Feb 17 11:51:22 +0000 2023
@elonmusk I am judge, jury, and executioner in my court. If I know your guilt, I know your guilt, and that's just the way it is.
Iron scepter.  Confess or be removed.

Fri Feb 17 11:40:03 +0000 2023

Anyone involved in trying to steal my house with pretend paperwork, you have one opportunity to confess, otherwise I am charging you with unlawful war of aggression as you had an international duty to ensure my sovereignty. The punishment is death, I will carry out that

Fri Feb 17 11:41:46 +0000 2023

Punishment on the spot. I'm suspending habeus corpus. Anyone that interferes will be put down out of necessity. If you have a problem with that, sue me. But I don't agree to it, so...

Fri Feb 17 11:44:15 +0000 2023

Basically you have a choice to make.
1. Stay out of my way
2. Submit to my lawful authority
3. I'm going to just remove you.
Do note, you can't kill me. Like physically cannot do it. I'm done with this game, and I don't care if I'm the only one standing up for what is right.

Fri Feb 17 11:45:09 +0000 2023

I'm healed, and I'm done. Ready for war now, even if it's a one man army.

024

Fri Feb 17 03:19:44 +0000 2023
@POTUS Lmao. This is epic coming from you...
You hired people to violate international law and kill me because I can prove you committed a felony, as well as everyone who said "safe" and "effective" about covid 19 experimental injections.
I just.... I just can't, this is sad.

Fri Feb 17 03:23:05 +0000 2023
@POTUS @FBI @DOJPH
https://t.co/VdSnWBT8KU
We started here. But the court said "don't you think I know it's experimental? It's just a matter of policy" which IA crime against humanity.

Fri Feb 17 03:26:34 +0000 2023
@POTUS @FBI @DOJPH Which led to this being emailed to you, the UN and many other places including the media, but you suppressed it.
https://t.co/DCQc7Buvf6

Fri Feb 17 03:28:36 +0000 2023
@POTUS @FBI @DOJPH Then you manufactured evidence against me to have me arrested, and created a plot to have what I created stolen from me, complete with @WSheriff and @MichStatePolice arresting in false charges to get my DNA and fingerprints on file, and swapping then with a CIA agent.

Fri Feb 17 03:30:49 +0000 2023 @POTUS @FBI @DOJPH @WSheriff @MichStatePolice Now I'm loving in a car in Texas because I survived the plot to poison me, and swap me out with a body double.
"Justice" lol. Traitor. I just can't with you, Mr "they are FDA approved, what are you waiting for?" + "medically similar, legally Distinct" + "we aren't manufacturing

025

Thu Feb 16 22:12:10 +0000 2023

@LarryTaunton This is the guy that was excited about controlling everyone with electronic chips and vaccines.

It's also because of what is going on with my Twitter account that is censored. Trying to get in front of the very clear problem Israel is going to have due to me existing.

Thu Feb 16 22:06:37 +0000 2023
@Israel "Look at us, we did a humanitarian thing. Please don't realize that covid scamdemic was an unlawful war of aggression carried out by MOSSAD agents, and that we are stealing your money through Ukraine. Thank you have a good day."
 Emotional manipulators.

027

Thu Feb 16 21:49:37 +0000 2023

You've already lost. There is no pathway to you winning. The day I sent that email to the President and UN about my country, and you started violating international law over, and over, and over again is the day your fate was sealed. I'm just biding my time until the king of

Thu Feb 16 21:51:38 +0000 2023

Swords does what they do, and they bring me back in. I told you, I not only rule the US, I end up ruling Israel too. I also end up with the UK.
From there all nations become subordinate to me, and I rule all the nations of the earth. Then my children take them. It remains

Thu Feb 16 21:53:10 +0000 2023

That way for 1000 years, until for a short period your behavior comes back. But then the reign of my family continues. Whether or not you believe that is irrelevant. Just like you didn't believe you'd lose your position, but I said you would. Stubborn and ridiculous.

Thu Feb 16 21:22:01 +0000 2023
https://t.co/ovBoLz8Ikc
Lol. So, maybe the karmic feminine queen of swords in reverse (Judas) keeps missing this when I say it, so I'll say it again. I know what is going to happen for the next 2 years. I don't know the exact moment it occurs. The only frustration that I am

Thu Feb 16 21:24:13 +0000 2023
Upset about is that I didn't think there were so many people that were so intent on having their lives destroyed by coming against me, watching it happen, and then planning more destruction upon themselves on repeat. The end result is that you end up alone, isolated, poor, in

Thu Feb 16 21:26:07 +0000 2023
Prison, with no one to love you, your heart broken, and dying from your illness a slow and miserable death. This is not something I wished on you, it is what you wished for yourself. I tried to get you to stop many times, and I warned you. But you thought you knew better. That

Thu Feb 16 21:27:36 +0000 2023
You were above God. You are being humbled, and out in your place. Before you die you'll beg for his forgiveness, but he will not hear you now. You've done too much. You don't win. The end result is that my family, the one you tried to steal, is followed in the media and loved.

029

Thu Feb 16 18:11:53 +0000 2023

@disclosetv I think the US govt and Israel trying to kill me because I can predict the future, and exposed criminal behavior with the covid injections being licensed under 21 CFR 312, and 21 CFR 312.7 makes it a crime to say "safe" or "effective" is most important. ðŸ¤¡ðŸŒŽ

Thu Feb 16 17:25:14 +0000 2023

Covid was plan A. Destroy my DNA. Turning my twin flames against me was plan B. Stealing my nation, and killing me is plan C. We are on plan D which is freak out like a 4 year old. Narcissistic collapse.

Thu Feb 16 05:37:41 +0000 2023
@gretchenwhitmer You are one of the first people to be charged with treason when people stop interfering with my lawful authority to govern you. I'd speak less right now if I were you. Especially in regards to attacking rights due to your MOSSAD psyops to create a moral panic about self defense

Thu Feb 16 05:41:34 +0000 2023
@gretchenwhitmer Also, tell your MOSSAD agent/kitchen witch Nessel I said hi. As well as @MichStatePolice, because some of them are going to be in trouble soon as well. It's coming shortly, and none of you are protected. Especially from me. You better start acting right.

Thu Feb 16 05:43:30 +0000 2023
@gretchenwhitmer @MichStatePolice Your psyops aren't working anymore.
Your illusions are played out, people see them. They caught onto your little "we shot down UFO's stupidity real quick, you notice that? This is what happens when you rule by force, and love things over people.

Wed Feb 15 21:15:56 +0000 2023
@DrTedros @MichStatePolice @WSheriff @POTUS @FBI @DOJPH @CIA Did you guys mix my parents DNA with DNA from mummies in archeological sites in the US, and I catch onto some scheme to swap my destiny that was scheduled based off technology used to view the future, and I lived passed the date I was scheduled to be killed, and what I created

Wed Feb 15 21:17:24 +0000 2023
@DrTedros @MichStatePolice @WSheriff @POTUS @FBI @DOJPH @CIA Stolen from me?
How long have you all been doing this? Were the injections because you can't stop the 144,001 people you've done this to from waking up, and screwing up your scheme?

033

Wed Feb 15 19:34:28 +0000 2023
@GovWhitmer Yep, you need to be delt with. Criminal. You are in no position to do anything.

Wed Feb 15 19:35:40 +0000 2023
@GovWhitmer Things a MOSSAD agent would say.

Wed Feb 15 19:36:37 +0000 2023
@MLive No one cares. Only MOSSAD agents and their talking heads like Mlive.

Wed Feb 15 19:40:30 +0000 2023
Current MOSSAD social manipulations:
1. Give up your guns
2. Let Israel launder your money through ukraine
3. Cut off your penis, and emasculate yourself
4. @elonmusk "I'm saving you from censorship, please pay no attention to @tempered_reason
Just another Wednesday.

Wed Feb 15 19:58:30 +0000 2023
@dananessel What's up kitchen witch? I'm going to hold you accountable for what you've been doing in the dark.

Wed Feb 15 20:08:57 +0000 2023
@JoeBiden You are MOSSAD, so are the people you complain about. Divide and rule.

034

Wed Feb 15 19:22:56 +0000 2023

What religion is the CEO of Pfizer?

There is a thread there to be pulled on. https://t.co/7zLTK6m9vZ


Wed Feb 15 19:26:07 +0000 2023

@SenatorFischer Do they test the safety of this stuff at the "speed of science" like the covid injections causing sudden adult death syndrome they are trying to blame on climate change?

MOSSAD.

035

Wed Feb 15 19:14:06 +0000 2023
@DeptofDefense Because Israel can no longer milk the US for tax dollars over the fake covid pandemic they staged, so it's important to fund a fake war they staged to launder money through.

Wed Feb 15 07:54:26 +0000 2023
@MichStatePolice @WSheriff
I'll be coming back to Michigan, still driving with expired plates. You may want to let everyone know, and Wayne County sheriff as well, any attempt to subdue me will be met with deadly force in self defense.
I'll test out that that whole no weapon

Wed Feb 15 07:57:06 +0000 2023
@MichStatePolice @WSheriff Forged against me will prosper + I'm your boss + I'm immune from arrest thing.
Polite notice I'm not playing games with people who tried to kill me, and steal from me.

Wed Feb 15 08:03:17 +0000 2023
@MichStatePolice @WSheriff Moon magic people planning a hit to avoid court that I know monitor this account, fucking try me...

037

Wed Feb 15 06:14:10 +0000 2023
"my life, the Truman show"...
Yeah, going to meditate, and ask some questions about this... Lol. More lies, deciet, and hidden information. I can't wait to be king, going to be doing a lot of reading of old government programs.

Wed Feb 15 06:19:14 +0000 2023
Shot in the dark here, there is a secret program using tech from my bloodline to see the future, and you watch the lives of indigo children to when they wake up, and parents sign agreements to swap their child's destiny with Jewish children's destiny.

Wed Feb 15 06:23:50 +0000 2023
My destiny was the conspiracy theory about not being able to see past a certain point because I can create what I want in the moment by writing it or speaking it, and my gift wasn't able to be taken by little Andrew.

Wed Feb 15 01:57:07 +0000 2023

Biden is a criminal, so is Trump, and Elon musk, as well as a bunch of influencers, the senate, and most, of not all of the house. Get them too.  All the same group of people.

Jenelle was drugged, and MKUltra-ed. I want to meet the king of swords.

Wed Feb 15 02:09:34 +0000 2023

Also, my ex Krista is currently trying to talk my daughter into manufacturing evidence with her psychiatrists that she's in the hospital because I abandoned her, likely a covert way to try to get full custody. When the real reason is that everytime Abby's opinion differs from her

Wed Feb 15 02:11:00 +0000 2023

And Mike's, they tell her she isn't a full person, can't think for herself, and then make her feel bad for having her own mind trying to convince her that she only thinks that way because I manipulate her opinion, and she doesn't feel in control. Plus she's being drugged, and

Wed Feb 15 02:12:57 +0000 2023

Hit with emf frequencies.

I'm real tired of everyone in my life being evil towards me out of the blue for what appears to be no apparent reason, but the reason is obvious to me.

Wed Feb 15 02:17:56 +0000 2023

Krista is being drugged, and manipulated as well. Also, I told her I was going to take Abby because she won't listen and protect her, so I probably triggered that nonsense behavior a little bit.

039

Tue Feb 14 23:54:04 +0000 2023
I wish someone would communicate with me, because I can't feel jenelle, the readings keep saying that she passed over, she won't respond. But this is about her.
https://t.co/l8bNCMeHEV
As if she's still alive. The story I know:
Someone in the govt was manufacturing evidence to

Tue Feb 14 23:56:37 +0000 2023
Make me look like I was a bad guy, while I was really just consistently pointing out criminal things people were doing in regards to 911. Jenelle was assigned to me, and using pharmaceuticals on me to idk subdue me, and keep me attached to her while she did some type of

Tue Feb 14 23:59:18 +0000 2023
Divination under the assumption she was serving her country/religion she kept secret. Unaware that who sent her was secretly trying to study, and mirror me.
She was told to prevent me from going to court, and was trying to make me choose between the relationship or my destiny.

Wed Feb 15 00:01:50 +0000 2023
Unaware she was being drugged, hypnotized, and lied to in order to get her to do that. But I ended it when she was interfering to the point I couldn't concentrate, which broke her mind.
She then participated in setting me up to look insane, and a criminal to stop me, which I

Wed Feb 15 00:03:53 +0000 2023
Anticipated the govt would do, so I formed my own country, and gave myself immunity from your courts.
She participated in trying to steal the house from me, and kill me to stop me, and take my nation.
Which then she caught on that everything she was told about me was a lie.                                    040

Tue Feb 14 04:51:43 +0000 2023
@RandPaul @POTUS @DeptofDefense Well, like you they know I declared independence, seized 9 Sq miles of land because I was left in want of a neutral Magistrate. The Michigan was ceded, then the entire US. Then the CIA/MOSSAD tried to create a fake me to steal what I created, and planned to suicide my daughter.

Tue Feb 14 04:53:38 +0000 2023
@RandPaul @POTUS @DeptofDefense Oh, and they date raped/MKUltra-ed the person I asked to marry me in some cockamame scheme to get me to be mentally broken so I just lay down and die once they found out I'm immune to poison, and called out their plan to make it look like I wanted to kill myself.

Tue Feb 14 04:55:26 +0000 2023
@RandPaul @POTUS @DeptofDefense Just an average day in my life lately.
You know, because you were attached to a lot of the emails. But I like how you pretend to have concern about this problem. Lol. You MOSSAD agents are cute.

041

Tue Feb 14 00:43:34 +0000 2023
@POTUS @FBI @DOJPH @MichStatePolice @WSheriff @CIA @ODNIgov @ADL @Israel @masonicnetwork
Are these 3 readings related?
https://t.co/F8u1a6eEl7
https://t.co/eMkq1lJo6O
https://t.co/TxtrhkarSF
Is this why I can't feel her, and she won't respond? Did you allow this to happen

Tue Feb 14 00:47:06 +0000 2023
@POTUS @FBI @DOJPH @MichStatePolice @WSheriff @CIA @ODNIgov @ADL @Israel @masonicnetwork While I was begging for her to be returned to me so I could heal her? After I explained that she was drugged, date raped, hypnotized to turn on me, lied to, and threatened, my pleas went unanswered so these people could break my heart, and steal my nation for power and clout?

Tue Feb 14 00:55:09 +0000 2023
@POTUS @FBI @DOJPH @MichStatePolice @WSheriff @CIA @ODNIgov @ADL @Israel @masonicnetwork Have these people taken my career, my home, my inheritance, half of my soul, and are trying to steal the nation I created to protect myself from their evil, and I am still left here without any contact in isolation while you watch in silence?

042

Mon Feb 13 03:04:13 +0000 2023

@prageru That the cia/MOSSAD date raping my girlfriend, and using tech to turn her against me to prevent me from telling people that EUA medication is illegal to say is "safe" or "effective under 21 CFR 312.7 is morally reprehensible.

Mon Feb 13 02:39:26 +0000 2023
They came in, got me fired, stole my inheritence, then used it to flash it in front of my 2 of cups to entice her away after drugging her, making her sick, and hypnotizing her while lying about me to make her think I am the devil, and trying to kill me.
https://t.co/b8vultKoZ5

Mon Feb 13 02:42:09 +0000 2023
Just an average Sunday. Nothing out of the ordinary here. I mean, we can spice it up and add that it's our own government doing it because they've been infiltrated by the synagogue of Satan and all. ðŸ¤¡ðŸŒŽ

044

Sun Feb 12 21:50:44 +0000 2023
@Israel MOSSAD tried to have me murdered because I can expose that Israel is behind an unlawful war of aggression against us citizens using biological weapons. Excuse me while I lack remorse for your pity party and say things like: sometimes the truth is antisementic"

Sun Feb 12 21:51:03 +0000 2023
@Israel Whatever that made up word means.

Sat Feb 11 05:54:34 +0000 2023
@POTUS @FBI @DOJPH @MichStatePolice @WSheriff @CIA @ODNIgov @ADL @Israel @masonicnetwork Israel: you can blame things on the wayward group attacking me. Andrew tate, his dad, Pfizer ceo, the matriarch controlling this, everyone in Michigan involved in trying to kill me, and steal my nation. Blame the Jesus murder on their family line,

Sat Feb 11 05:57:16 +0000 2023
@POTUS @FBI @DOJPH @MichStatePolice @WSheriff @CIA @ODNIgov @ADL @Israel @masonicnetwork Get out of my way, and return jenelle. Paint her as the victim she is when it's on the news, and stop getting in my way, I'll work with you instead of against you. Masons, I want my inheritence.
DNI, do what I asked with the rv, and land patent

We can call a truce.
Sat Feb 11 05:59:03 +0000 2023
@POTUS @FBI @DOJPH @MichStatePolice @WSheriff @CIA @ODNIgov @ADL @Israel @masonicnetwork Otherwise, I'll make you look the way it looks because if what it is.
I also want the covid stuff to end. To be made full owner of Twitter, YouTube, Pfizer, Johnson and Johnson, and Moderna.
One time offer.

Sat Feb 11 06:05:02 +0000 2023
@POTUS @FBI @DOJPH @MichStatePolice @WSheriff @CIA @ODNIgov @ADL @Israel @masonicnetwork I want Andrew tate painted as a rapist that drugged her to hide me, and you are all shocked that he broke God's laws that way.
You get to place blame, and save face.

Sat Feb 11 06:17:03 +0000 2023
@POTUS @FBI @DOJPH @MichStatePolice @WSheriff @CIA @ODNIgov @ADL @Israel @masonicnetwork You have 3 days. Otherwise we do a slow destruction of the groups. Because I'll name names, but make sure it gets painted on the whole group.
ie, israelli MOSSAD had Andrew Tate... The masons participated... It was to hide the covid stuff I can prove... The Michigan govt...

046

Fri Feb 10 08:42:48 +0000 2023

@POTUS @FBI @DOJPH @MichStatePolice @WSheriff @CIA @ADL @Israel @masonicnetwork @ODNIgov This will happen now:

Then war broke out in heaven. Michael and his angels fought against the dragon, and the dragon and his angels fought back. But he was not strong enough, and they lost their place in heaven.

My role here is done.

Fri Feb 10 08:45:52 +0000 2023

@POTUS @FBI @DOJPH @MichStatePolice @WSheriff @CIA @ADL @Israel @masonicnetwork @ODNIgov I was simply here to make them show their face, and how ruthless they respond to my existence. They will be defeated by their own ruthless behavior, and lack of remorse and empathy. People will begin to shun them, even in their own networks now.

Fri Feb 10 08:50:50 +0000 2023

@POTUS @FBI @DOJPH @MichStatePolice @WSheriff @CIA @ADL @Israel @masonicnetwork @ODNIgov I am still the head of state of a sovereign nation. Nothing can take that away. I am still, and will always be immune from your courts. I do not wish to lead immoral people who refuse to do justice. You are simply a waste of my time and energy.

047

Wed Feb 08 08:04:22 +0000 2023
@mspwestmi @MichStatePolice Lol, fitting.
Anyway, you guys are about to be famous for your plot to kill me and steal from me. You ready? Watch what I do now.

Wed Feb 08 08:29:25 +0000 2023
@masonicnetwork @POTUS @FBI @DOJPH @MichStatePolice @WSheriff @CIA @ODNIgov @ADL @Israel @elonmusk
Shouldn't have made a plan to kill my daughter after trying to create a fake me. I got a chuckle from the warrant thing, I predicted that, but that plan... I'm not laughing. None of you will be either. I promise you that.

Wed Feb 08 08:35:12 +0000 2023
@masonicnetwork @POTUS @FBI @DOJPH @MichStatePolice @WSheriff @CIA @ODNIgov @ADL @Israel @elonmusk I understand you believe that keeping the two of cups separate is important for your plan to work. But what you don't understand is that jenelle has to choose between accepting my love or joining you. I've already got Daniel, and 2 sheriff's due to our exchanges, the rest go

Wed Feb 08 08:39:52 +0000 2023
With them.
I don't need to get you on every crime. What is the punishment for concealing a war crime and crimes against humanity? Plus treason.
I'm good on that. The rest is icing on the cake. What is the punishment for treason?  Not going to be able to extra punish you. ðŸ™ƒ

048

Wed Feb 08 02:39:33 +0000 2023
@masonicnetwork @POTUS @FBI @DOJPH @MichStatePolice @WSheriff @CIA @ODNIgov @ADL @Israel
https://t.co/lIDUzHlMWw
Who is seeing what is being done to me by your covert societies? Pretty tired of being one man against the world, winning, and no one switching sides. Just racking

Wed Feb 08 02:42:05 +0000 2023
@masonicnetwork @POTUS @FBI @DOJPH @MichStatePolice @WSheriff @CIA @ODNIgov @ADL @Israel Up karma. Be nice if you guys took care of the 2 families stealing my inheritance. This isn't going to end well if you keep it up. I did notice the person watching me where I am at left last night, so that's cool. Finally not being stalked for the first time in years.

Wed Feb 08 05:02:10 +0000 2023
@masonicnetwork @POTUS @FBI @DOJPH @MichStatePolice @WSheriff @CIA @ODNIgov @ADL @Israel Your silence on December 8th, and 31st with a failure to comply with international law probably has you pretty freaked out as well, since I lawfully own all the land the US formerly controlled. Probably why you tried to poison me, eh? Can't kill me, can't arrest me, and I own you

Wed Feb 08 05:04:56 +0000 2023
@masonicnetwork @POTUS @FBI @DOJPH @MichStatePolice @WSheriff @CIA @ODNIgov @ADL @Israel I'd be scared too if I sold my soul for clout and I realize it's time for judgment already. You have this lifetime to make it up to me as well. So, how far we going to continue to take this? I have a legal argument to own 3 countries, and 5 corporations so far. Right @elonmusk?

049

Tue Feb 07 18:17:59 +0000 2023
Yep.
https://t.co/EC5NmR1tUv
Jewish religion - DNA attack with covid injections.
Masons - gave my inheritance to the wrong person, tried to cover it up rather than make it right.
Reality - both are my birthright, and people keep trying to steal from me. God keeps saying no.

Tue Feb 07 18:20:59 +0000 2023
Yeild, and make it right. Both sides. This warring is stupid. You don't understand what you are doing, you are destroying the planet with your nonsense. Also, stop trying to put me in jail or trying to kill me, I'm not going anywhere. Give me back what you stole.

Tue Feb 07 12:55:23 +0000 2023

I'm gathering that I've been battling the Jewish religion because of who I descended from, the Mason religion because they selected someone to take my inheritance, realized they made a mistake, and were paying everyone in my life to make sure my life is hectic so I am aggressive

Tue Feb 07 12:57:18 +0000 2023

And never in balance, and both were using the mechanisms of government, and interfering in my relationship to basically ruin my life for stupidity and nonsense.
That's... What am I supposed to say to that after winning and having to work with you all? Did the idea you would lose

Tue Feb 07 12:59:49 +0000 2023

Even cross your minds? Literally me vs the world, and I win. Who went insane from trying all the confusion spells that backfired, all the times I had go through what I knew to be true because suddenly it was cloudy for like 10 minutes?
You all going to leave me hanging here

Tue Feb 07 13:03:09 +0000 2023

Because I scare you now?
This is absurd. This should never have happened. Why did it? Let's not continue your mistakes. Come out from behind the bushes, make yourselves known. Have some integrity.

051

Tue Feb 07 03:41:11 +0000 2023

@DrTedros @ODNIgov @POTUS @FBI @DOJPH @MichStatePolice @WSheriff @CIA @ADL @Israel For the record, I looked down on my trip at 111111.1 miles, and smiled. Why am I so confident? Because God speaks to me. Also, the karmic feminine is planning something again. Definition of insanity. Trying the same thing over and over expecting a different result.

Sun Feb 05 03:39:22 +0000 2023

@ADL @Israel I'm not the first person in my family that's gone through this nonsense. I'm just the first one to not give up at some point. That's why someone was assigned to me long before covid, and why people are assigned to my daughter. Just in case we wake up to what you do in the dark.

053

Sun Feb 05 00:27:21 +0000 2023
@POTUS @FBI @DOJPH @MichStatePolice @WSheriff @CIA @ODNIgov @ADL @Israel
Pay ose attention to this thread. I am going to teach you how the universe really works.

Sun Feb 05 00:30:35 +0000 2023
@POTUS @FBI @DOJPH @MichStatePolice @WSheriff @CIA @ODNIgov @ADL @Israel Sitting in my car thinking about what to do today while I am waiting for it to get dark, since I prefer to drive then. Less people = more peaceful. I decide to take a walk to see the city I am in. Hit the main road, see the attached picture. Gas is 3.09 here... "cross the street" https://t.co/Tfdq2VAIN0

Sun Feb 05 00:37:44 +0000 2023
@POTUS @FBI @DOJPH @MichStatePolice @WSheriff @CIA @ODNIgov @ADL @Israel Seeing license plates with 444, 333, 777, until I get to a house across the street with an address "1108".  11 is me (or jenelle, depending, hence 1111) look at the street sign I am passing contains the street name and 800. Message: "hey, 11, go to 8" 800 is just 8, so I turn.

Sun Feb 05 00:41:49 +0000 2023
@POTUS @FBI @DOJPH @MichStatePolice @WSheriff @CIA @ODNIgov @ADL @Israel Road ends into another street at address "1111". Look left, and look right. On the left there is a prominent sign for address 1101. OK, that's the way I am supposed to go. Ends on a major roadway, and going left just heads to the street I was led away from, so I turn right.

Sun Feb 05 00:55:31 +0000 2023
@POTUS @FBI @DOJPH @MichStatePolice @WSheriff @CIA @ODNIgov @ADL @Israel Ask: "what am I supposed to do now? License plate xxx-4242.  I know what that means. That's my second favorite message after 1111. https://t.co/K73DbwikiZ

054

Sat Feb 04 04:01:03 +0000 2023
@ADL @Israel
How dare you resent me as of I left you out of in the cold when my rise to power was due to your community purposefully targeting my work to leave me out in the cold, judges were bribed to deny me justice, my relationship intentionally destroyed, plots were made to

Sat Feb 04 04:04:37 +0000 2023
Murder my family and myself, and my name was blasphemed out of jealousy, and a love of money. To hide the crimes your community partipated in.
I've done no wrong to you, I've defended myself, with the law, justice and honor. Owing my protection to humbling myself to God.

Sat Feb 04 04:06:46 +0000 2023
The problem for you that is me is due to actions of people within your ranks. My gifts were coveted, the person I asked to marry me was coveted, and the nation I created to protect myself from your attacks was coveted. I have been stolen from, attacked, and denied justice.

055

Fri Feb 03 23:52:00 +0000 2023

@ODNIgov @FBI @DOJPH

There is a video of them discussing brainwashing Jenelle with drugs, and tech. A video of the same people with the general counsel of @UMich and an email detailing these plans floating around in the ether.

Fri Feb 03 22:51:55 +0000 2023

@POTUS @FBI @DOJPH @MichStatePolice @WSheriff @CIA @ODNIgov @ADL @schulztradelaw
The Jewish plots to kill me and/or hide me. What's up @DrTedros?
https://t.co/09TbzUlJyX

Wed Feb 01 18:43:13 +0000 2023
@ODNIgov
Are you ready to talk? You get 3 opportunities to do right by me, then I run you over as well.
I'll say the same to you as each person caught in my net. I end up being king over the US, Israel and the UK. The only variable is who falls from my rise.

Wed Feb 01 18:53:45 +0000 2023
@ODNIgov @POTUS @FBI @DOJPH @MichStatePolice @WSheriff @CIA @ODNIgov @ADL
https://t.co/d84JokzEPv
Welcome aboard. It's about damn time.

Wed Feb 01 19:14:11 +0000 2023
@ODNIgov
Oh, you are finding out I'm the second coming, that the US is mine by lawful right, and Jewish people stole my history. Lol. Yeah, there is something wrong with those folks.

Wed Feb 01 16:00:02 +0000 2023
@FBI You guys looking into why my girlfriend of 8 years was assigned to me by the @CIA and offered a promotion to mentally break me befts I could expose the covid injections are illegal to claim are "safe" or"effective" under 21 CFR 312.7? I'm dismantling this org too.

Wed Feb 01 16:03:15 +0000 2023
@SenTedCruz @TxDOT @TDEM I'm in Texas living in my car because @WSheriff and the @CIA tried to poison me because I know the covid injections are illegal to claim are "safe" or "effective" under 21 CFR 312.7.  But you won't draw attention to that or me, will you Mr MOSSAD agent?

Wed Feb 01 16:05:32 +0000 2023
@ODNIgov
Don't forget about all the senators and media talking heads I keep tagging or emailing, and they ignore me. Lol. They are implicated too. I made a giant net. The world shifts instantly because of me.

Wed Feb 01 16:08:22 +0000 2023
@Sen_JoeManchin Why did the @CIA assign me a gf 8 years ago, and use her a promotion to mentally break me before exposing the covid injections are illegal to claim are "safe" or"effective"under 21 CFR 312.7?  Why will you ignore this tweet like all the others? (MOSSAD)

Wed Feb 01 16:11:23 +0000 2023
@Jim_Jordan When are you going to discuss the @cia signing me a gf 8 years ago then offering her a promotion to mentally break me if she can prevent me from exposing the covid injections are illegal to claim are "safe" or "effective" under 21 CFR 312.7? Why will you ignore this? (MOSSAD)

059

Wed Feb 01 15:26:32 +0000 2023

@NotAlexSheppard The same thing they've done to investigate why the @CIA assigned my gf to me 8 years ago, and why she was given a promotion if she mentally broke me before I exposed the injections are illegal to claim are "safe" or "effective" under 21 CFR 312.7.

Wed Feb 01 15:21:58 +0000 2023

@akafacehots He should investigate why my gf was assigned to me by the @CIA 8 years ago, and offered a promotion if she mentally broke me before I exposed the injections are illegal to claim are safe or effective under 21 CFR 312.7. Also why @POTUS @FBI @DOJPH have injured me for 3 months.

Wed Feb 01 15:17:37 +0000 2023

@Jim_Jordan Why did the CIA bribe the university of Michigan to mandate the injections, and why was my gf of 8 years who they assigned to me given a promotion if she mentally broke me before I exposed it's illegal to claim the injections are safe or effective under 21 CFR 312.7?

Wed Feb 01 15:15:38 +0000 2023

@johnrackham82 Because they have been infiltrated by MOSSAD agents that committed an unlawful war of aggression with a biological weapon against US citizens trying to fake another prophecy.

Wed Feb 01 15:13:39 +0000 2023

@POTUS Hey, why did the
@CIA bribe the university of Michigan to mandate the covid injections, and offer my gf who was assigned to me 8 years ago a promotion if she mentally broke me before exposing the injections are illegal to claim are "safe" or "effective" under 21 CFR 312.7?

060

Case 2:23-cr-20152-MAG-EAS   ECF No. 41, PageID.199   Filed 06/15/23   Page 63 of 83

Whomever it is does know it's devil worship, because they called my phone with a Wayne County phone number, I returned the call and it was a prerecorded satanic chant trying to attach this entity to me, but I'm immune to it. They do this purposefully for control over others.

Wed Feb 01 03:18:02 +0000 2023

If I have to go to court to assume control over that or the country that is my right to control under international law, I will alter that accordingly. Anyone discovered interfering with that from this moment on will be charged with treason when I win.

Tue Jan 31 23:18:50 +0000 2023
Are you the king of swords that paid people to ruin my life and try to kill me or the matriarch that failed to lead by directing everyone to try to ruin my life and kill me?
There is too many people here. Where does the buck stop? The head of the CIA, you or the President?
https://t.co/JW4cvxBwCb

Tue Jan 31 23:24:19 +0000 2023
If you are the king of swords, what did you know, and when did you know it?
My last tweet was in frustration from a reading that manifested itself into this timeline, and I'm not happy about that change. I shifted

Tue Jan 31 23:25:21 +0000 2023
An old reading to be different than the last time I watched it with that last tweet. I changed something without intent. Who are you, and what role did you play here?

Tue Jan 31 15:19:53 +0000 2023
@FBI @DOJPH @MichStatePolice @WSheriff @CIA @schulztradelaw
I sent 2 emails that aren't in my sent folder, so incase there was a technical issue, I'll summarize for everyone to see. 1 of 2 scenarios occurred:
1. @POTUS or @ODNIgov paid @DrTedros to see if I was a bad guy and

Tue Jan 31 15:22:15 +0000 2023
They made up a bunch of lies so they can hide some historical facts like families in the @ADL killed Jesus for power.
2. @POTUS or @ODNIgov paid @DrTedros (Emory Tate Jr) to destroy my life to hide the fact that families in @ADL killed Jesus for power.
Y'all are going to need

Tue Jan 31 15:24:05 +0000 2023
Some lawyers, because you are going up against me, and I possess the entire Law and moral Law in my head. I'm going to figure out which one it was.
Good luck...
@POTUS @FBI @DOJPH @MichStatePolice @WSheriff @CIA @ODNIgov @schulztradelaw

Tue Jan 31 15:41:55 +0000 2023
@ADL Btw, the covid scam is an unlawful war of aggression against the citizens of every country on earth, it was about me, it was perpetrated by you, and when I'm done with you I'm going to rule your country as well. Heads up.

064

Mon Jan 30 15:39:05 +0000 2023
I think I tagged someone's boss that wasn't involved in destroying my personal life to cover up crimes. Which, happens to be treason because of the legal situation you created. That's what I think happened yesterday.  Lol. Whoops.

Mon Jan 30 15:45:19 +0000 2023
@POTUS @FBI @DOJPH @MichStatePolice @WSheriff @ODNIgov
Who bribed the general counsel at the university, and who bribed the judge which created this nightmare for you all? Was the @CIA operating on us soil against me while I was a US citizen trying to have the law enforced?

EXHIBIT 2

# Declaration of Sovereignty

The courts of the State of Michigan refusing to recognize that it is a crime to require the use of experimental medication for a prophylactic purpose it is not even licensed nor designed for in order to access the public trust triggers my right to revolution using reasonable force; to alter or abolish the government, and erect one that is more suitable to the protection of my rights.  This claim is supported by the Michigan Constitution, Federal Law, and International Law.  I have been denied the right to a republican form of government.  I have been placed in a State of Nature, endowed with the full sovereignty I exchanged for a compact for security of rights with the US government and the State of South Carolina through implicit adoption, then later the State of Michigan through statute law and rights expressed in the Federal Constitution.  I owe these governments no allegiance, as they have violated the compact which would require that it is owed.

The justification for my behavior is stated in the following declaration. I have been placed in a State of Nature with the want of a neutral judge.  Attacked by public servants tasked with protecting my rights in open rebellion against basic human dignity.  I had my rights ignored by a court of law; was gaslit by the justice claiming that me asking if I could "politely interject" was "an argument"; being told to "stop talking" when judicial ethics require that I feel heard; and a failed attempt to shame me about what a crime is. As if I don't know it is a criminal act for a public servant to generate policy that makes me feel that I am not only not represented, but that the law has legitimized a criminal act against me.  To do something knowingly unlawful to deprive someone of a right because there is not a specific court case or statute saying that you are not allowed to mistreat people that specific way, knowing that the worst case scenario is that the taxpayers of Michigan foot the bill for your malicious behavior is the very definition of criminal intent.  It is clearly a breach of the public trust, aka an act that makes one distrust the government and begin to consider it immoral.  Increasing the risk of lawful rebellion against it. Disturbing the peace and tranquility of society.

This declaration is being sent to several heads of State that are members of the Geneva Convention.  The US government and State of Michigan have created a situation where they have violated articles 27 and 32 of the Geneva Convention, as explained below.  Additionally, as a High Contracting Party at war with its own citizenry and triggering their right to revolt, there are certain obligations that must be met.  Below is a statement of intent, what laws support and defend my behavior, what laws have been adopted into the new Sovereignty, and what changes have been made to the adopted law due to being inconsistent with the law of the Sovereign, Natural Law, Nature's God.

I am declaring the formation of a new State that I feel is most apt to preserve my rights, and the rights of those under its protection.  This new State has been named "The Kingdom of Heaven", and a sovereign ruler selected to determine its structure and its balanced separation of powers. The proper title of this ruler is the "King of Israel".

Due to its crimes against humanity and failure to protect the rights of those it owes a duty to protect, the State of Michigan has ceded its right to exist and to its sovereign claim to land.  The Kingdom of Heaven is a peaceful nation that does not have the power to create war.  Its military was used in self defense to obtain land to persist and secure the happiness of its citizens.  It is limited to only to act in defense of the inhabitants of the area or themselves, and the inhabitants are being instructed on how to formalize their own government structure to vote on a Constitution. Due to being landlocked inside the area of control of a belligerent regime likely to commit violence upon a nation of people to attempt to re-establish their unjust control over them, the Kingdom of Heaven is declaring a 9 square mile area around the property formerly known as "1296 Lakeview, Tipton MI 49287" to be under the direct protection and control of this new Sovereign entity.  You have no jurisdiction there.  This area is to be named "New Jerusalem", and is considered a spiritual site as it is where the King was reborn into his throne. As the Sovereign has declared that the military is not allowed to utilize force unless there is an invasion that threatens the peace and security of the inhabitants of the Kingdom of Heaven or their own safety, and cannot act outside of the declared border, there are no military actions taking place in any area of occupation.  Nor are there plans to expand the current occupied territory in excess of 9 square miles by simply just claiming land that is absent a legitimate Sovereign.  That is all I will need to establish a civilized nation.  We are considering the State of Michigan to have abandoned this area due to direlection, and attempting to legitimize Crimes Against Humanity as a political issue, failing to defend the rights of those it protects.  The Kingdom is open to a negotiation of a peace treaty with the President of the United States where the land is formally ceded to my control, however, this is not being viewed as necessary to obtain sovereign right to the land.  That is considered just a mere formality.  I don't view that entity as having legitimacy to exist, I view it as being an unfortunate reality that must be contended with.

It is not the intent of the Kingdom to impose itself on anyone or utilize violence in any regard. This seizure of land under the theory of lawful revolt, and effective occupation without resistance was intentionally planned in a manner to avoid the use of force or the potential for the injury to any human life, and free the inhabitants from the tyranny of their oppressors.  The land itself was absent a legitimate Sovereign, a display of military force to obtain an effective occupation was simply to strengthen the case that the Kingdom of Heaven is the rightful Sovereign accepting responsibility to protect the inhabitants of the area.  Similar to the actions of the Biden administration after their despicable inauguration.  Nothing says "leader of the free world" like a bunch of troops, and barbed wire, right?

As the situation has created the legal reason to form a peaceful government to preserve rights from external threats as well as internal threats, it does not transfer that I have the right to compel this government on anyone else.  Governments are derived from the consent of the governed, true Sovereignty is earned by action.  People choosing to exchange rights for protection, a higher purpose.  To serve humanity as one.  To love thy neighbor.

Everyone is welcome to freely pass the borders of the Kingdom of Heaven in either direction free from molestation.  While here I expect you to treat others with the dignity that you deserve,

and I expect you to be treated in the same manner. I do not wish to fight with the belligerent states that are in absentia. I hope that at this time it can be acknowledged that I have the right to peacefully establish a government that operates how I feel will best protect my rights. I am aware that trying to make us look as if we are the violent ones is a potential tactic likely to be used to turn public opinion against us in some way. I caution you that this is a violation of the Geneva Convention, and an unjustified use of initiation of force. I will not respond with aggression to any antagonization. I'm just going to let you continue to make yourself look bad. Turn the other cheek, as they say. Accipere quam facere praestat injuriam, it is better to receive an injury than to cause one. Arma tenenti Omnia dat, qui justa negat, he who refuses that which is just, grants everything to his opponent when armed. According to treaties you are a party to, you are required to have a good faith effort in reaching a peaceful and lawful outcome. We have ended our end of the conflict, established an effective occupation and have done so without the loss of human life or even injury to person or property. The Kingdom of Heaven wishes to establish a peace treaty where it is left to be, where it is not required to fight to survive.

All other future land acquisitions are intended to be through treaty or purchase. No person was or will be displaced. I express an intent to accommodate people as much as possible, within reason, and leave them to be in their lives with as little interference as is humanly possible. The only changes upon the law that will be made are the removal of laws with an inappropriate interference with the Right to Conscience or other clear denial of rights that persisted under various dubious legal theories such as "rational basis". These are detailed below. All laws interfere with Liberty, and require a necessity to justify them. Otherwise it is just someone's arbitrary will being enforced on others through pretended legitimacy. The purpose of government is to secure Liberty to the greatest extent possible, it is not lawful to ignore a right out of convenience or wishful thinking of some imagined outcome.

These failures and many other reasons are why I must simply establish a just government. Audaces fortuna juvat timidosque repellit, fortune favors the bold, and repels the timid. I must recruit those who agree with my view of the world. Find my Nation, a people with a common goal. It is not "safety" nor "security" to constantly have to negotiate with people who I don't feel have my best interests at heart, and consistently rationalize reasons to ignore rights out of fear of their neighbor. I must simply evolve beyond this, and make the best decision for myself in self defense, and defense of others. I have been abandoned, and set in a State of Nature in a hostile environment. Necessity compels action.

## Legal claim

US law recognizes International Law in its courts. International law cannot be used to justify unlawful acts of rebellion, but it can be used to justify lawful acts of rebellion. The Michigan Constitution itself recognizes the right to self defense, and self determination to determine to break the political bonds that bind them to their community. It requires a specific set of circumstances to trigger this right. Those circumstances have been triggered.

"All political power is inherent in the people" - Michigan Constitution of 1835, Bill of Rights Article 1; Michigan Constitution of 1963, Article 1 Subsection 1.

"Government is instituted for the protection, security and benefit of the people; and they have the right at all times to alter or reform the same, and to abolish one form of government and establish another, whenever the public good requires it." Michigan Constitution of 1835, Bill of Rights, Article 2; Michigan Constitution of 1963, Article 1 Subsection 1.

"No men or set of men are entitled to exclusive privileges" - Michigan Constitution of 1835, Bill of Rights, Article 3; Michigan Constitution of 1963, Article 1 Subsection 2.

"Among the natural rights, some are, in their very nature unalienable, because no equivalent can be given or received for them. Of this kind are the Rights of Conscience." New Hampshire Constitution Part 1 Article 4; Michigan Constitution of 1835 Article 1 Subsection 6; Michigan Constitution of 1963 Article 1 Subsection 4.

"Government being instituted for the common benefit, protection, and security, of the whole community, and not for the private interest or emolument of any one man, family, or class of men; therefore, whenever the ends of government are perverted, and public liberty manifestly endangered, and all other means of redress are ineffectual, the people may, and of right ought to reform the old, or establish a new government. The doctrine of nonresistance against arbitrary power, and oppression, is absurd, slavish, and destructive of the good and happiness of mankind." New Hampshire Constitution Part 1, Article 10: Michigan Constitution of 1835, Bill of Rights, Article 2; Michigan Constitution of 1963, Article 1 Subsection 1.

Actus legis nulli facit injuriam, an act of law causes no injury.  My actions are lawful.  You have no legitimate complaint.

Both the Federal and State governments have participated in Crimes Against Humanity.  It is now known that the federal government participated in the suppression of lawful speech in order to manipulate the consent of the governed, and achieve goals consistent with the public servants that operate the Sovereignty.  To say that in the way that means the most: "The servants misled the master in order to get the master to act how the servant wanted."  This is subversion by the very definition in the various Michigan Constitutions over history.  I have no faith that the people who participated in this will be held to account due to the amount of corruption in the current operations of the government.  This is a serious threat to my safety.  A threat I am attempting to remedy.

The Federal and State government refused to redress the grievance of fraud regarding the 2020 Presidential election.  I watched the media tell me there was no evidence of fraud, then when fraud became apparent, there was narcissistic gaslighting to switch the argument to "well there isn't enough evidence to prove it should overturn the election."  This leads me to believe that the current President is unelected.  However, this fact is not relevant since upon inauguration an intentional display of military force was utilized with the use of the national guard as well as

fencing for a significant period of time to establish belligerent occupation.  The State of Michigan participated in this display of military force, as well as used the State police to interfere with the presentation of electors to the federal government, a political act.  Then members of the federal government started referring to members of the public as "insurgents" implying that it viewed itself at war with a portion of the citizenry.  These actions triggered Geneva Convention protections as it is our view that an unelected president has established a belligerent occupation with military dominance to control the Sovereignty of the nation.  Using the rules of war by distorting the claim of "securing their control over the occupied territory" as a method to suppress the right to free speech to control political opinion, turn a portion of the population against itself, and usurp the will of the American Public to alter our form of government.

The Right to Liberty is clearly in peril, and it is our view that "convincing" people this is the correct legal interpretation is futile.  We must act to preserve our rights before they are snuffed out by a repressive regime that has forced itself upon a nation, and then turned the population on itself.

Since military dominance over the US was established during the Biden inauguration, the belligerent occupation, and within the 1 year expiration time period following, the regime has failed to secure certain protections entitled under the Geneva Convention.  They have allowed the population to shame and insult people based upon health status and political affiliation. They have experimented on the public with a medication that there is no legitimate need for the majority of people to take, but also tried to affect informed consent through lies, deceit, and suppression of truthful information.  Instances of coercion regarding medical experimentation, denying a republican form of government by denying access to the public trust to those who refuse to take it being challenged through a court of law in the State of Michigan, it was ruled that it was simply "a matter of policy".  That no laws were broken.  The judge claimed to understand it was experimental, as they are all licensed under 21 CFR 312 and the legal definition of experimental drug is any drug licensed under 21 CFR 312, that wasn't a factor.

This is unacceptable, and behavior inconsistent with a just government.  As such, we have been abandoned, placed in a State of Nature with a legitimate threat to our security.  We must act, and this is our chosen response.  We have the right to defend ourselves from these Crimes Against Humanity which these governments have agreed are Crimes Against Humanity. Signatories on treaties saying as much.  We will not seek anyone's approval of this conclusion. Whether you agree or not is irrelevant.  Self defense is not based upon your perspective, but the one utilizing it.  The facts support the perspective that self defense is required.  I don't seek the approval of anyone else and do not feel the need to convince anyone that there is no obligation to participate in a suicide pact with a sick society.

When a set of people decide that they have a morally superior position to others regarding their personal belief of statistical evidence, and decide they can impose their beliefs on another set of people or exclude them from society because they are below them, lesser, no reason to have empathy for them, that is not politics.  That is narcissism.  It's a mental health issue, not a political opinion.  The bible calls this hypocrisy, but it's the same issue spanning ages.  As

above, so below.  This is what this country was supposed to be destined to stop, instead you all allowed it to become the norm.  You celebrate the behavior, then whine about its influence upon your lives, but do nothing.  Absurdum est ut alios regat, qui seipsum regere nescit. It is absurd that he should govern others, who know not how to govern themselves.  A modification is required.  To form, and perception.

That previous paragraph is excluding the fact that the statistical evidence you used to form your morally corrupt perceived superiority was from a company that has paid the largest criminal fine in US history for lying about what its products can do, and bribing doctors to lie about their effects and safety.  The sentencing document explains that while they were being sentenced, they were caught doing the exact same thing in a subsidiary they directly controlled.  Acta exteriora indicant interiora secreta; the outward conduct indicates secrets of the heart.

It is the religious belief of the King that the creation of this nation has been foretold in many prophecies spanning most major religions, including the bible which will probably be the most commonly known.  According to the Hopi Native American prophecies I believe they will begin to refer to me as Baha. All religions are different spokes on the same wheel, each a path designed for particular minds to reach one way of seeing the world. It is the will of the Universe that this nation exists.  Actus Dei nemini facit injuriam, an act of God is not an injury.

"Before she was in labor, she gave birth. Before her pain came, she delivered a male child. Who has heard such a thing? Who has seen such things? Can a land be born in one day? Can a nation be brought forth at once?"  Isaiah 66:7-8

Not only can it be born in a day, in the right circumstance it can be born from an email.  I am from the stump of Jesse, the last male in my family line. I am here to reclaim the Throne of David.  Isaiah 11

To paraphrase parts of revelation:

There will be a group of people hidden within the Jewish religion that are not actually Jewish or of the Light (Rev 2:9, Rev 3:9), and they will deceive the nations of the world with pharmaceuticals (Rev 18:23, pharmakeia).  Then comes a white horse. And its rider is called Faithful and True. With righteousness He judges and wages war. He has eyes like blazing fire, and many royal crowns on His head. He has a name written on Him that only He Himself knows. He is dressed in a robe dipped in blood, and His name is The Word of God.

The armies of heaven, dressed in fine linen, white and pure, follow Him on white horses. And from His mouth proceeds a sharp sword with which to strike down the nations, and He will rule them with an iron scepter. He treads the winepress of the fury of the wrath of God the Almighty. And He has a name written on His robe and on His thigh:

KING OF KINGS AND LORD OF LORDS.

Then I saw the beast and the kings of the earth with their armies assembled to wage war against the One seated on the horse, and against His army. But the beast was captured along with the false prophet, who on its behalf had performed signs deceiving those who had the mark of the beast and worshiped its image. Both the beast and the false prophet were thrown alive into the fiery lake of burning sulfur. And the rest were killed with the sword that proceeded from the mouth of the One seated on the horse.

The Sovereigns of this world have been judged, and are found wanting.  I have waged righteous war, a battle of wits and human passions using your own rules against you to form a nation from nothing, in a single moment, that will set an example for all.  If this metaphoric prophecy is true, then this is Revelation, and my words will bring about the end of this injustice after I am surrounded, the pretended Sovereigns and their propaganda machine attack my personal character.  Try to turn people against me like they turned people against others in regards to who takes experimental medication or not.  If the prophecy is not true, then I can say to myself that I stood against evil when presented with the choice to stand or flee.  Either way, my conscience is clear.  I am choosing to have faith in the All.  Taking a leap of faith.

Let's "trust the science", and see if the list of people involved in this scam perpetrated on all the nations of the earth regarding covid, and an experimental "vaccine" that doesn't generate immunity being forced on everyone in order to work, travel or shop are within one or two people of a specified religion like the CEO of Pfizer.  "The Jews run Congress, and rightfully so." -Trump

If you want to know who rules you, ask yourself who you cannot criticize.  Is there a group of people that if you have "the wrong opinion" about them, you get publicly humiliated and forced to apologize so that society learns what happens to you if you happen to become exposed to evidence that changes your mind?

There are rats in that house, and I suggest that Jewry clean it.  They've been there long enough playing on the heart strings of mankind to manipulate them into mental and physical slavery.

'Will you steal and murder, commit adultery and perjury, burn incense to Baal and follow other gods you have not known, and then come and stand before me in this house, which bears my Name, and say, "We are safe"—safe to do all these detestable things? Has this house, which bears my Name, become a den of robbers to you? But I have been watching!'

"You will leave your name for my chosen ones to use in their curses; the Sovereign LORD will put you to death, but to his servants he will give another name."

"Blessed is the one who perseveres under trial because, having stood the test, that person will receive the crown of life that the Lord has promised to those who love him."

"Do not merely listen to the word, and so deceive yourselves. Do what it says. Anyone who listens to the word but does not do what it says is like someone who looks at his face in a mirror and, after looking at himself, goes away and immediately forgets what he looks like. But

whoever looks intently into the perfect law that gives freedom, and continues in it—not forgetting what they have heard, but doing it—they will be blessed in what they do."

This is an interesting test.  I've sacrificed everything while begging and pleading for people to do right at every step of the way.  The only thing necessary for evil to prevail is for good men to do nothing.  I refuse to do nothing.  It's time to play the game of thrones.  I've been left with no other option.  Quid hominis homo est qui mundum meliorem non facit?  What is there of Man in a man that does not make the world a better place?   I was born for this anyway, and I know it now.  I'm not in the wrong time or place.  I'm just supposed to see what is wrong, you were all here to show me.  Now I am here to show you how to be right.

Audendum est, ut illustrata veritas pateat multique a perjurio liberentur; we must make the attempt to set forth the truth, that it may be seen, and so be rescued from the mischiefs of perjury.

Since military operations of the Kingdom of Heaven concluded on 10-31-2022, and the government of the Kingdom of Heaven has been establishing itself uninterrupted, closed its military operations, and has set the determination to protect the rights of the people to a greater degree than the sovereign that abandoned their duties.  It must be pointed out that we are within 1 year of the close of military operations.  The protections afforded within the Geneva Convention are still active due to the United States being a High Contracting Party.  This is true whether or not the acquisition of land is lawful or not.  Additionally, we are not declaring ourselves at war with either the United States or the State of Michigan.  They also cannot claim that a country where the sovereign law does not allow military operations outside the border, and only inside the border in defense of the nation, is a risk to them or their existence.  Especially when our laws match, with the exception that my citizens are more free because their rights are actually respected.

I hold no ill will, no intent on revenge for how I was treated.  "Blessed is he that does not stand in the way of the sinner."  You must find your path on your own now.

I am claiming the legitimate right to protect the inhabitants of this area because the former Sovereign abandoned the inhabitants, which is a question of fact based on numerous circumstances, many I have outlined.  I am open to a treaty where the land is officially ceded.

The only thing I take with me from this world is my karma, and my conscience.  I intend to leave here with it intact.  I cannot choose when or how that happens, but I can choose how I behave while I am here.

To point out the absurdity of your society, my entire career was destroyed because I refused experimental medication while working from home 100% of the time, not interacting with others.  I had to find work within the same society, so now I personally touch the meals of 150-250 households a day in the same community, many are employees of my former employer.  I see former colleagues daily.  This is "rational", and not a crime, because I was fired for "safety".  My

"interacting with others" was a problem.  Simply ruining lives on a "policy decision".  To top it off pfizer explains how when they said "prevents covid 19" they meant severe disease only ~80 year old people sometimes get, and not "is a vaccine" that generates immunity to infection. "Accidentally" lying by omission for years. This was something the government was asking social media to censor, and calling a "conspiracy theory".  Now they are claiming to never have said that in the first place.  Pretending none of this was planned, just a bunch of incompetent people in a hectic situation.

"It's not malice, it's negligence."  That argument is both a lie, and entirely irrelevant.  The result is the problem, it's your fault we are here, and it was your job to not take it there.  That's all that really matters.

The fact is that I am tired of explaining to adults that their behavior is wrong to no avail.  I do not feel that I need anyone else to agree that I don't have to tolerate being treated this way, I'm simply choosing not to allow it to happen. It is my right to change my station, and structure a community that treats humans like they matter.  To cut ties with people who do not share my morality, and have determined that I can be mistreated.  You lack the moral authority to compel my behavior.  I don't answer to you, I answer to the Source alone, where the Light comes from.

To summarize to make it easier to understand what parts of the Law of War, and what treaties have been activated by the behavior of the Sovereign, and failed Sovereigns involved:

Within the law of Jus ad bellum and Jus in bello the use of force was used to seize inhabited land that was not protected by a legitimate Sovereign without incident to human life or injury. The former Sovereign was committing Crimes Against Humanity in violation of its own laws and the Laws of War which it activated with its own behavior by establishing a belligerent occupation. Control was returned to the civilian inhabitants after establishing a new Sovereignty, and limitations of government were implemented that preserve accepted human rights to a much greater degree than the oppression they experienced under the illegitimate Sovereignty. All military actions have ceased, and the new Sovereignty has declared itself a peaceful nation with intent on peaceful interaction.  Aggressive behavior from any other Sovereign to impede the right of the inhabitants of this area the right to self determination is an unlawful act outside of the legitimate behavior of Jus ad bellum.  These people are free from your control, they intend to remain that way and are no threat to you.  All international treaties that do not violate the law of the Sovereign have been accepted.  A diplomatic action seeking a peace treaty to be left to pursue our happiness, free from the interference of your tyranny has been requested.

My right to lawful revolt was triggered, and I am declaring that I must do this as a matter of conscience.  The right to conscience is unalienable, and beyond challenge.  Additionally, I am claiming that it is my right to do this due to my religious beliefs, and the clear synchronicities between prophecies written about events occurring today being written long before I was born. In addition, my grandparents on my father's side were Morman, who prophesied this event as well, and that it would be someone from their lineage to carry it out. I also have declared the

territory a religious site, which adds additional protections under the Geneva Convention regarding the inhabitants, and buildings.

A new Sovereignty was created meeting all the qualifications under International Law. Land has lawfully exchanged hands from Sovereign to Sovereign under the Law of War adopted by the US Congress, as well as International Law.  Lawful revolt is a way to lose the right to land as well as belligerent occupation, both are lawfully established.  Before you choose to react, I suggest you seek the advice of someone well versed in international law as this is a lawful international arms conflict where I have the moral high ground in every aspect.  Any action taken to intimidate us out of our Sovereign status are simply more violations of treaties such as the Geneva Convention.  Assist us or leave us alone.

Aut hoc quod produxi testium satis est, aut nihil satis; either this testimony which I have brought is sufficient or nothing will suffice.

Sin - to aim, and miss one's mark
Repent - to try again with new understanding, humility, remorse, and compassion

People that do this are blessed.  Those that do not are lost.  It's truly just that simple.  I hope you find your way.  I truly do.

## Changes to the Structure of Government

The Kingdom of heaven has adopted all laws of the previous sovereign as is customary with the exchange of territory with sovereigns.  However, certain things will be deemed inconsistent with the law of the land, the purpose of just government, and cannot coexist with the law of the Sovereign.  I request the current public servants operating within the territory to continue to perform their duties during the transition within the alterations to the law below as is your responsibility under the DOD Law of War chapter 11 belligerent occupation, and treaties your former Sovereign was bound to.  As is customary with land disputes under the Law of War, any inhabitant that wishes to leave the area under effective occupation may do so.  Remaining is implicit consent to be governed under the Sovereign, and the freely designed government of the People.  Compensation for private property being disposed of to the Sovereign in the instance a person wishes to leave the area will be reasonably compensated at a future date when possible.  Though it will take some time, and collaboration of those who choose to remain to form a functioning system, including a way to generate revenue for supplies needed to be imported, and pay debts incurred.  A legitimate Sovereign pays their debts with honor, and I will be a legitimate Sovereign.

Since corporations, legal fictions, are factually quasi-municipal agencies created by the State through an act of legislation, the Kingdom of Heaven does not recognize them nor any claims the entities may make regarding the right to land under the former Sovereign.  No claims from these legal fictions will be recognized, and a Sovereign has the right to refuse to be sued if it so chooses.  As such, any land within the claimed territory that is owned by any kind of corporation,

the former State of Michigan or any of its localities, or a bank will be considered "unowned property" that was discovered absent a valid Sovereign, and seized by the King for use of government functions or housing of new citizens or foreign nationals or individuals that have lost their nationality due to their Sovereigns participating in Crimes Against Humanity.  This is consistent with the International Law of War, and the DOD Law of War regarding belligerent occupation.  These areas are necessary to acquire for purposes such as a hospital, farm land or other necessities required for human life.

1. Taxing personal property and wages is inherently immoral.  These are taxes on existing. No moral government would choose to take money from a person based on the perceived value of what they own if they chose to sell it, and if you didn't pay would make a member of the community homeless.  This is immoral, unjust, and will end immediately.  It is equally immoral to take from a person's labor as if they owe you a portion of their existence or time.  People are not capital, they are the purpose.

2. Usery is unlawful. Mortgages within the Kingdom are null and void.  If you are paying on a mortgage, the property now belongs to the state.  A new agreement must be made for you to gain full ownership.  It is my intent not to displace anyone, and to make sure that people are within a safe home.  During this transition period, enjoy the lack of mortgage and taxes.  We are establishing a clerk's office for the registration of personal property for those who already own their property.  This process will need to be determined by the legislature.

3. All taxation not applied to corporations is voluntary.  To compel people to furnish funding for causes they do not support is a great evil.  If funds must be raised to support government function, people can donate to a fund.  If it is supported, then it is wanted.  If it lacks support then forcing it at the point of a gun isn't going to make it a good idea.

4. No law from the legislature can cover more than one topic.

5. If a public servant in the executive branch does something where there is a question of law that must be answered by a court to the question of whether or not a right was interfered with, and there is no direct legal basis for the public servant to point at to support their actions as lawful, they are deemed to have breached the public trust as a matter of principle.  To make people wonder if your actions are in line with the law is to cause a disruption in faith people have in government.  It begins to breed dissent and discord within society.  This is in direct conflict with their role and purpose.  A great Sovereign does not do questionable things nor allow them to be done in their name.

6. If a civil case is found in favor of a citizen for a government action that infringed upon a right, then the public trust was breached as a matter of principle, and the public servant must be held to account and prevented from the ability to exercise sovereign powers assigned to the office they held.

7. Police are not to seek out crimes nor arrest without a warrant unless exigent circumstances where they are willing to declare that their behavior was necessary to protect human life or prevent an immediate injury.  Otherwise a warrant can be obtained. General warrants are unlawful. Absent a warrant or an exigent circumstance, police are not to interfere with the right of people to be free from arbitrary control of government.

8.   The idea of administrative warrants not requiring suspicion is null and void.  Just one of many of the examples of the government doing the lazy thing, ignoring a right for the perceived convenience of government operation.

9.   Corporations are unlawful unless they have a specified date that they cease to exist; cannot obtain private property unless necessary to carry out the purposes in the charter; and they have an inherent clause that prevents them from making decisions where profit is regarded as more important than people that would cause the immediate dissolution of the corporation, and the perpetrators held to account for criminal behavior.  The legislature is expected to implement the necessary changes to accommodate this into law.

10.  Corporations do not have rights, they have privileges allotted by the legislature.  If a corporation has too much power, the King is just to punish the legislature for abusing their discretion.

11.  The right to keep and bear arms are 2 separate rights.  The right to keep, and the right to bear.  Each subject to different restrictions based upon circumstance.  The right to keep arms means the right to keep any armament that a person feels would be useful in a military application regardless of whether or not its use is customary or established.  However rules can be made in regards to storage and use.  For instance laws regarding the safe storage of black powder.  But the right to bear is subject to the limitation that one cannot bear arms for defense of oneself that are unusually dangerous in civilized self defense.  To give an example, one cannot rationally claim that they carry a grenade to defend from a robbery.  The use of that weapon would be too great a risk to innocent persons and property, and it is a legitimate restriction on the right to bear arms to prohibit carrying it for self defense.  This logical analysis applies to new weaponry not yet invented.  If a weapon can be used reasonably, and safely, absent unreasonable harm to others or property, then it is protected to be carried in any manner.  The right to keep is the right to keep more dangerous weapons for times of invasion that may not be carried during times of peace and civility.

12.  If a person not on parole or probation is free to interact with the public then they are free to be armed for self defense.  If they are too dangerous for a weapon to defend themselves then they shouldn't be released from prison, and given the chance to harm again.

13.  The State cannot be injured unless a human being can claim an injury to their rights.  A complaint of an injury is not necessary to initiate the actions of the justice system, but an actual injury is.  The State is a legal fiction, and it cannot be injured if none of those who comprise it received an injury.  No criminal case can be initiated by the state without being able to show a proper, direct injury to a person or property or there is a complaint of such an injury.  All laws contrary to this are null and void.

14.  Coercing people to take any kind of medication is a violation of a right.  A significant one, violating the right of conscience.  The legislature will take actions to codify protections of this right.  Especially from employers, and access to things like education.  The biases of society caused that problem to manifest in the former sovereign.

15.  There are now 5 branches of government: Legislature, Judiciary, Executive, the People, and the King.  Each has their respective roles, and none of them shall exercise a power

residing in the other, even by perceived agreement or statute or some judicial opinion where it is claimed it is necessary for government or some perceived future circumstance.  Clear dictates of where power resides are not to be ignored for convenience, bias or fear.  The role of the People is to judge both the facts and law in cases, as well as will be given a legitimate means to add favorable laws or remove laws that are not agreeable to the population, they have the power to oversee the legislation from the legislative branch.  The role of the King is to provide for defense against invasion, make treaties with other sovereign nations, acquire land to protect through agreement of individual inhabitants, and police the public servants.  The King has the right to make any law that applies to those operating the sovereignty, and hold them to any punishment that the King deems reasonable for the act, including death.  The King is not bound by ex post facto considerations, however, in instances where an ex post facto rule must be applied there is a limitation on punitive action where the max punishment is permanent removal from the ability to serve in public office.  The King may also overturn or remove any conviction, statute or judicial decision with a clear statement of why it is in the interest of justice.  There can be lawful disagreement about the King's actions, however they are not questionable in law, and beyond reproach by the branches of government the King governs.  The King does not govern the citizens, the King governs the government to keep it fair, and just.  The Master has complete control over his servants' interaction with the public it protects, they agree to this by choosing to serve.  It is the King's role to ensure that public servants do not forget their purpose, as they so clearly have in the former sovereign.  The King is responsible for doing what is necessary to protect the rights of the people from the infringement of those administering the sovereignty, and external threats.  Conflicts between the citizenry or between citizens and nationals of other countries are to be handled, with care, by the local government.  The people cannot limit the power of the King with the power to legislate.  The King is the law, the King can do no wrong in enforcing his powers against public servants or ensuring the body of law remains consistent, and free of bias or malicious interference from groups who gain power, and forget they represent everyone.

16. The King is responsible for implementing a program to teach civics and law to all members of the population, especially at a young age, where they will be taught to navigate the legal system pro se.  The premise that a prosecutor is the appropriate mechanism to filter cases without merit, and not a probable cause hearing is absurd.  The proper filter for where a criminal case is determined to be fruitful or lacking merit is when evidence is presented to a neutral magistrate.  The point of the legal system is to provide organized self defense in a structured manner with the intent to provide justice to those who are injured by the actions of another.  The people should be taught how to defend themselves, to activate the justice system to right a wrong committed.

17. In the case of open rebellion of the government against the people, like the situation that caused this new Sovereignty the right to persist unmolested, the King has full right to implement martial law, operate as the executive branch and pause function of the judicial branch until a new government can be voted upon, and implement justice against the perpetrators as seen fit to preserve the peace.  No law needs to be made in regards to rebellion from the people.  If they do not wish to be under my protection, they do not

have to be.  People are free to leave as they wish, but the land they possess must return to the Sovereign.  Except for the situation where the Sovereign is clearly derelict, like the State of Michigan and US Government, and individuals are lawfully exercising their right to self determination.  No Sovereign would be able to claim to rightfully use force to restore disorder, and re-establish laws to infringe upon rights that have been removed from over the people, like a boot removed from their neck.

18. There is no right to make war.  There is only the right to be free, and to defend oneself. To resist arbitrary control.  The military will never be raised to attack outside of the area we are asked to protect the rights of the people.  It can only be raised in defense.  We will excel at repelling unwanted intrusion, and lead by example when it comes to good governance of the people under our care.  Expanding only through consent, and adoption of our way of life.  The right of self defense does not include the right to go to someone else's house to preemptively beat them up.  A large group of people in aggregate do not magically generate this right for the group.  Rights that belong to a group must belong to individuals that comprise it as well.  Sovereigns that wage war in "self defense" bastardize the meaning of self defense, and cause disruptions in the understanding of society when the use of force is justified vs when it's just a sociopath rationalizing evil.  As above, so below.  If the leaders are mentally deficient, the society it operates imitates the behavior.  This is a sickness of the mind.

19. All international treaties not inconsistent with the law of the sovereign, which are not crafty legislation to impose upon sovereignty or create "legal" paths to violate rights, are accepted by the Kingdom of heaven, subject to rejection to preserve justice or autonomy.

20. The Kingdom expresses an intent of diplomacy, and an intent to beneficial trade with any government of the world not actively violating the rights of their citizenry.

Those are the current declarations from the Sovereign of the Kingdom of Heaven.

To the people of New Earth, those of you who have eyes that can see and ears that can hear, it's time to come home now. I need your help, and there is work to be done.  This will find those I speak of.  People like the creators of the following youtube channels who have been asking the All what the collective needs to know.  This list is much larger than what I place here, I only limit for brevity.  This document is long enough as it is.  To pre-empt complaints regarding Isaiah 8:19, these people ask God, Source, the All, the energy that connects all things for the answer, and they listen.  Just as the Bible commands.  They are not "mediums" consulting the dead.  I do the same as they do, but I open books to a page with the answer on it or randomly come across the answer on the internet or a memory is triggered or I get a sensation or it just pops into my head.  You have to learn to listen to the world again.

"The All has brought over you a deep sleep:
He has sealed your eyes (the prophets);
He has covered your heads (the seers)."

People of Zion, who live in Jerusalem, you will weep no more. How gracious He will be when you cry for help! As soon as He hears, He will answer you. Although the All gives you the bread

of adversity and the water of affliction, your teachers will be hidden no more; with your own eyes you will see them. Whether you turn to the right or to the left, your ears will hear a voice behind you, saying, "This is the way; walk in it."

The sun was darkened the day I lost faith, and was told by a judge that coercing people to take experimental medication was a policy decision, Oct 25, 2022 solar eclipse.  The moon was darkened when I sent my intent, and energy out into the world as emails to many places to circulate this before the actual intended recipients were aware it existed, in case they try to censor me, Nov 8, 2022 lunar eclipse.  Isaiah 13:10  I saw a shooting star, just for me, after each of those events.  I'm just doing as I am instructed when I ask what I need to do to stop the suffering, and fighting.

"Ask, and it will be given to you; seek, and you will find; knock, and it will be opened to you. For everyone who asks receives, and the one who seeks finds, and to the one who knocks it will be opened. Or which one of you, if his son asks him for bread, will give him a stone? Or if he asks for a fish, will give him a serpent? If you then, who are evil, know how to give good gifts to your children, how much more will your Father who is in heaven give good things to those who ask him!" Matthew 7:7-11

https://www.youtube.com/watch?v=T7Ts5yZC1Kk
https://www.youtube.com/watch?v=daH9S7Lhw9w
https://www.youtube.com/watch?v=jFCtpPPhxVI
https://www.youtube.com/watch?v=LDzjDFnNZ2c
https://www.youtube.com/watch?v=rS9bW99Xu9w

I personally request the aid of the person that created the following channel.  Though I could never repay you for what you have already done.  You were a saving light through a dark time. Not because you were telling me what I can feel around me, but because of the empathy you showed for my circumstance.  I really needed that from someone, anyone.  Just one person. Thank you.
https://www.youtube.com/c/Astraea5D/featured

-   Agnus Dei