F I L E D
JUN 2# 2023
CLERK'S OFFICE
DETROIT

U.S. v Jack Carpenter III
Case: 2:23-mj-30076
Hon Mark A Goldsmith

To the new US Attorney,

   Since it seems that you had my case tossed in your lap in a game of hot Potato and were given highlights and a strategy that was destined to fail, I wanted to point out some facts to you. First, Mr Moon is a Sociopath with narcissistic personality disorder that lied on the record in my detention hearing and filed a motion for competency to cover up a conspiracy regarding the COVID injections that implicates the last two Presidents and thier loyalty to a foreign nation. I will get into some facts that support this later. Second, you implied that my claim in my last letter that I set this chessboard was evidence I was incompetent. I want to direct you to a few facts to show that you are wrong, as I explained what I was doing before I did it.

   If you look at the emails and twitter feed that are addressed to the joint chief of staff, DOJ, FBI, Office of Director of National Intelligence, Office of Inspector general, etc. You will see the following facts present themselves:

1. In November of 2022 the joint chief of Staff and DOJ were informed the US State Dept acknowledged the country I founded, and that the 9 square miles of land claimed in Michigan was foreign soil.

2. I posted many times daily from Dec 8th until January 5th asking the above agencies if what I did was unlawful, why wasn't I arrested for threatening an unlawful rebellion.

3. Prior to January 5th I explained that I knew that it would be claimed I was crazy/mentally unwell. That I was posting tarot and my religious beliefs so that the DOJ would concentrate on them, but "once I get into a court, I'll concentrate only on Covid". That was for you to read today... ☺

4. On Jan 7th or 8th I took a photo of my car and license plate, and emailed it to the joint chief of staff and DOJ explaining I was driving with old plates, guns, and <u>NO INTENTION OF VIOLENCE</u> which was also stated in the Declaration of Sovereignty that the first to use violence loses the argument. I also stated that I was aware that the US govt "didn't want me anywhere near a court".

5. The tweet immediately following the demand of a confession of the crimes I can prove from public information explained I wanted those trying to hide thier crimes to come and get me, that I was staying in Texas, and prior to that posted the parking lot I was staying in, challenging them to come get me.

6. I told my "counsel" (the assistant prosecutor throwing my case and refusing to challenge jurisdiction, even when ordered by the judge to do so) 1 month before

Mr Moon filed a motion for competency ~~assume be~~ that the US government would do that.

7. Mr Moon claimed that my legal challenge to jurisdiction was a sign of incompetence despite the US State Department confirming it as legally valid, and being aware of this fact through email to the Justice Dept.
8. Mr Moon claimed that despite 21 CFR 312 and 312.7 explaining it is unlawful to say the COVID Injections were "Safe" or "effective" that my claiming this fact was evidence of incompetence.
9. I've included a copy of a poster at the Detention Center regarding COVID that explains that "COVID 19" is a disease sometimes expressing itself as a result of a viral infection. Similar to how HIV infection may cause AIDS. Drugs to "Prevent AIDS" cannot be used to "prevent HIV" when licensed to prevent AIDS. Drugs under EUA to prevent COVID 19 can't be claimed to prevent SARS-COV-2 infection. This distinction can be verified at the WHO website and FDA website.
10. Pfizer Admitted to the European Union that they never tested to prevent SARS-COV-2 infection.
11. To claim the Drugs were "safe", "effective", or "95% effective at preventing SARS-COV-2" was to defraud the citizens of Michigan, US, and every state.

You can no longer claim ignorance to these facts. To continue in your actions is to participate in this fraud, like Mr Moon, as well as knowingly use the US Justice Department against the Head of State of a foreign government in violation of US and International law.

Have a good rest of your week.

— *Josh Cypcar* (signature)

PS I am unable to get a copy of the poster in regards to the CDC Statement of the SARS-COV-2 and COVID 19 Distinction. But it's hanging on the wall in here.

Jack Carpenter
NAME

45173-510
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480
15 JUN 2023 PM 7 L

Clerk of the court of
Honorable Mark A Goldsmith
Theodore Levin US court house
231 west Lafayette Blvd, 5th Floor
Detroit, MI 48226

48226-277758