United States District Court
Eastern District of Michigan
Southern Division

United States of America,

                                              Case No: 23-20152

v.

                                              Hon. Mark A. Goldsmith

Jack Eugene Carpenter III,

            Defendant.
_____/

## ORDER FOR TRANSPORTATION OF DEFENDANT FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION

On 6/22/2023, the Court granted the government's motion for a psychiatric or psychological examination of the defendant and ordered the Bureau of Prisons to inform the Assistant United States Attorney once the defendant has been designated to a suitable facility. The Bureau of Prisons has designated the defendant to Seatac FDC, Seattle, WA. The Court therefore orders that the U.S. Marshals Service transport defendant to and from Seatac FDC, Seattle, WA, for evaluation.

The Court further orders that the U.S. Marshals Service transport the defendant to Seatac FDC, Seattle, WA within ten (10) days of this order

**IT IS SO ORDERED.**

Dated: June 28, 2023　　　　　　　　　s/Mark A. Goldsmith
　　　Detroit, Michigan　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　United States District Judge