UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff(s),

v.                                          Case No. 2:23-cr-20152-MAG-EAS
                                                       Hon. Mark A. Goldsmith

Jack Eugene Carpenter III,

                    Defendant(s).

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

        United States Court of Appeals for the Sixth Circuit
        Potter Stewart U.S. Courthouse
        100 East Fifth Street, Fifth Floor
        Cincinnati, OH   45202-3988

the defendant(s), and all attorneys of record, by electronic means or first class U.S. mail, on July 19, 2023.

                                                   KINIKIA D. ESSIX, CLERK OF COURT

                                                   By: s/ N Ahmed
                                                       Deputy Clerk

Dated:   July 19, 2023