**FILED**

AUG 28 2023

CLERK'S OFFICE
DETROIT

US v Jack Eugene Carpenter III

District case No: 23-cr-20152

Appellate case No: 23-1661

Ms Carlson and both Courts,

Ms Carlson : "In all of these statements, the defendant has exhibited what appeared to be paranoia and delusions and at minimum it's clear he cannot seperate whatever he believes regarding the COVID vaccine and his Sovereign State from the reality of the legal proceedings." (pg 5 line 16-20)

The behavior of the Federal and State government regarding the COVID injections triggered the right to revolt which led to the formation of my Sovereign State which led to the triggering of a common law rule that a foreign head of State is immune from US Courts. It is impossible to seperate these issues from this case as they are the heart of a challenge to jurisdiction. One raised at every judicial hearing and recognized in the complaint as well as the motion for competency evaluation.

Ms Carlson : "Your honor, could the jurisdictional issue be addressed separately? I -- it's hard for the government to address the jurisdictional issue when we're not aware of what the issue is." ... "I know it's been raised in some of the struck pleadings, but once they are struck, I don't think I have access to them."

How can you be certain that my claim is evidence of irrationality, yet also unaware of what the claim is?

You use the claim as evidence of incompetency, then state you do not understand the claim, because it's not on the record. How does one rationalize these two diametrically opposed statements?

In the hearing you stated that you were challenging my competency to protect my due process rights. Federal court rules require that the Court satisfy ~~jurisdiction~~ jurisdiction. Jurisdiction can be challenged at any time, and once challenged must be proven. To make the point clear, if the court lacks jurisdiction, it cannot rule in regards to anything, including competency.

THE COURT: "Since there is at least a suggestion here of no jurisdiction, I'd like to know what the government thinks is the basis for me to grant this motion at this stage in the proceedings with respect to the jurisdictional challenge that at least I've heard here and I know there was something filed on that and I know it was struck and if the defense submission wants to address that as well, it's free to address that as well." (pg 14 line 4-11)

That is the Court recognizing the due process error that exists because JP refuses to argue it, which he admitted was not because facts or law, but personal beliefs. He has seen the emails, he originally claimed he would not mention them to the judge because the judge would not hear that challenge, then he was "shocked" the judge responded to

it. You can see his refusal in the transcripts.

Nogues : "Having said that, it doesn't take away from Mr Carpenter's Jurisdictional argument, but the Court can't allow him to address it himself pro se until the Court has determined if he's, if there's a competency issue to be evaluated. So we are, umm, we understand that the Court may not be able to rule on that particular issue yet, that that has to be pending."

That is my lawyer ceding jurisdiction right after I, yet again, placed the argument on the record while admitting it is my intent to challenge it. Due process error, caused by defense counsel. This persistent behavior is why I filed motions on the record, and requested that a hybrid defense be allowed in the absence of a jury or to go pro se if not allowed a hybrid defense in the absence of a jury. Though that motion seems to have disappeared despite even JP being aware I filed it. He read all but 2 of them.

I am curious, Ms. Carlson, since it's clear that my due process rights and Federal Court rules are violated by not determining jurisdiction first, then competency, then Pro Se, are you going to agree with my appeal argument to that effect? Since you claim that competency is being challenged due to protecting my due process rights. Or are you going to argue against my appeal because you want to

win at all costs? If you do agree that my appeal is a valid due process issue and that since JP would not argue jurisdiction and the judge striking my motions because of his discretion for a hybrid defense factually prevented me from making a defense, causing the due process issue, does that mean that I am competent? Or am I right, but still not aware of the process?

There is a reason I won every argument with the clerks, magistrate, and Judges in the 15th district court of Ann Arbor over 11 months, 4 being resolved by the Michigan Supreme Court Office of Administration. It's not because I am incompetent. I was the first person in over 100 years to initiate the process for a private prosecution.

I will win these arguments as well. I was designed for these games.

US v Bailey No 22-4134 (4th cir 2023), similar to the core issue in that case, the Dept of the Federal govt responsible for interacting with foreign governments, acknowledging my legal argument and interacting with me as a foreign government binds your office. This case is legally an unlawful act of aggression. How far will we push this?

If you argue against my appeal, then it's obvious that you are not concerned with my due process rights which confirms my claim for the intent of filing for competency to hide the

fact that the Federal and State government participated in fraud regarding the COVID injections while trying to have my claim of jurisdiction dismissed as ~~coalescence~~ the ramblings of a crazy person. If you acknowledge my appeal, you prove I am competent. God works in mysterious ways, does he not?

Waiting to see what happens, Ms Carlson. Here is to hoping that I get transported back to Michigan soon. This Seatac facility needs to be shut down. All the CO's here spend all day screaming at people, being intentionally antagonistic. Swearing at people and kicking doors. Threatening group punishment when people have had enough of mistreatment, and start to push back. Out of all the facilities you guys send me to so I can spread the word about Range V. Attorney general and 922(g), and how the argument is applicable to 924(e), this is the worst place so far. I've seen the counselor in here 1 time a week, on Thursday, for inspection, for like 10 minutes.

Oh, you have a fun National Firearms Act challenge coming soon because of me. You are going to lose the ability to claim that a sawed off shotgun is an NFA item. I was hoping I'd run into someone charged with that. Putting me in here was kind of stupid. Just saying.

FEDERAL DETENTION CENTER
NAME: Jack Carpenter
REG: 45173510      UNIT: DC
P.O. BOX 13900
SEATTLE, WA. 98198-1090

SEATTLE WA 980

23 AUG 2023  PM 2  L

Clerk of the court of
Honorable Mark A Goldsmith
Theodore Levin US courthouse
231 West Lafayette blvd, 5th floor
Detroit, MI
48226

48226-277758