US v Jack Eugene Carpenter III

Case No: 23-20152
Appellate Case No: 23-1661


FILED
SEP 06 2023
CLERK'S OFFICE
DETROIT

8

JP and Ms Carlson,

Some questions of law, for the record:

1. When Congress adopted the Department of Defense Law of War manual and stated in chapter 1 that it was the intent of Congress to acknowledge claims of Sovereignty and to resolve disputes peacefully, even if not all aspects of international law are, in fact, met, How does this not apply to my claims?

2. If my legal claim was presented to various offices of the US government from Nov 11, 2022 to Jan 5th, 2023 through acceptable electronic means (Email, twitter, and over the phone), how long does my uncontested legal claim have to be presented before it is considered a legal fact that was assented to by silence?

3. Is it additive that the US State Department verbally agreed my legal argument is valid, then interacted with me as a Sovereign Nation by aiding me in the process of obtaining a non-immigrant visa?

4. Is it additive that multiple offices of the US government were informed of the exchange with the US State Department and failed to raise any objection to the claim of Sovereignty?

5. What is "the right to revolt" and what are the triggers? See New Hampshire Constitution, Declaration of Rights, Article X for an explanation of this unalienable right declared in the Declaration of Independence.

6. What is a "State of Nature" in law?
7. What "unbroken common law rule" was explained by the US State Department on November 18th, 2022?
8. How would the law in question 7 ~~actua~~ Apply to me if the US government failed to dispute a claim of Sovereignty posted publicly for 4½ months, sent to multiple offices of the US government through email, and verbally confirmed on the phone with the Department of the government whose role it is to interact with foreign nations?

For JP only:

1. Why were you "Shocked" the judge responded to the challenge of jurisdiction, and I would be shocked if he had not?
2. Have you attempted to locate the flight logs of the 3 US military Helicopters flown over my house, the first of which was flown over my house the day I emailed the Declaration of Sovereignty?
3. Have you attempted to verify the call with the US State Department?
4. Define frivolous.

   You have prejudiced my defense and are ineffective. I want you off my case and an attorney assigned that

meets the criteria I listed in a letter to the court. Thank you.

Ms Carlson, how many of the things in the motion for competency are verifiable truths you claimed are reasonable suspicion of incompetency? The answer is: "Everything but what I was claiming were in Tarot readings, which is protected by the first Amendment."

The flight logs will show that the commander in chief of the armed forces was aware of my legal claim and failed to dispute it. The calls to the US State Department verify that the law was followed. However, neither are necessary, and the fact that the claim remained undisputed from November 11th, 2022 until February 18th, 2023 is all that is necessary to claim immunity from US courts.

In December of 2022 I stated that claiming I am insane will be the tactic to discredit me, and that I could have left everything regarding Tarot off of twitter, but that I wanted the government to concentrate on that so I can discredit them while I stuck to facts about COVID. I ended the tweet: "good luck figuring out when I am just playing the part." When you claimed the government doesn't have any stake in having me declared incompetent that was a lie. The govt.

is desperate to avoid admitting there is a Sovereign nation in the middle of Michigan, and they can't defeat the argument using the law. They will also have to admit that several offices of the US government defrauded US citizens regarding COVID injections.

Do you want to see a neat trick? Search my twitter for the two times I say that someone is stealing my mail. The first time I just state it, the second time I share a Tarot reading where I say: "See, I knew someone was stealing my mail." Right before I got sent to this ridiculous place "Seattac" Dana Mertz informed me that the FBI had siezed all my mail. So, I guess that question is answered. I can't wait to read the warrant whenever "Counsel" gets me my discovery. I am sure it meets constitutional standards: "We know we will find evidence that Mr. Carpenter posted text on a free service in the complete absence of any economic activity in his mail." Similar to: "We illegally siezed Mr Carpenters vehicle/Dwelling from private property not incident to arrest, we are sure to find evidence he posted text on a free service in the complete absence of economic activity in his vehicle/dwelling."
    Fishing expedition. The problem is lack of accountability. Remember when the FBI was violating rule 5A, and got upset I wouldn't sign a contract saying I agreed to be imprisoned for perjury, and they waived their badge in my face to try to intimidate me? Fun times. Commerce Law, not Criminal law.

Let's summarize a couple of things as they occured:

1. The US Attorney filed a motion where they claimed saying it is unlawful to say the COVID injections are "Safe" or "Effective" is evidence I am insane. 21 CFR 312 & 312.7 prove my claim is legally correct. My "defense" attorney said nothing.

2. Before the competency hearing I asked my "defense" attorney if he saw the emails to the DOJ about the call to the State Dept. He said: "yes, but I'm not going to mention them because the judge will not hear that argument." Or something very close to that as I remember it.

3. As page 5 of the transcripts of the hearing, lines 5-7, indicate that the US Attorney claimed that in my struck pleadings (that are themselves evidence of insanity) that my claiming that the State Dept verbally verifying my legal argument is evidence of insanity as well as summarized some of my views of world events and factual claims I made in the pleadings.

4. I explained the call to the State Dept, and that I have been trying to challenge jurisdiction, but it's being prevented from being placed on the record, but referenced by the govt in thier pleadings and acknowledged by a magistrate.

5. The judge acknowledged the argument to jurisdiction.

6. The US Attorney catches amnesia, and cant remember my pleadings. Only that they are evidence of the governments motion. This is true despite trying to discredit them by summarizing them in

the same hearing.

7. My "defense" attorney cedes jurisdiction telling the court I'll argue it later, once I am found competent, and can proceed pro se.
8. My "defense" attorney refuses to point out the due process issue he just caused when I tell him to.
9. My "defense" attorney agrees that his personal beliefs are why he won't defend me, then threatens me that I'll just be assigned someone else to screw me over if I fire him.
10. I file an appeal, am sent to Seattle for an evaluation, and after I am informed the appeal has been filed, they try to continue the evaluation despite my requesting a stay of the motion granting it.
11. My attorney that is clearly ineffective, and refusing to argue valid defenses writes me a letter claiming that he is legally bound to ignore facts and law.

If only someone posted to Twitter in December that the US government would try to discredit me by claiming I am insane. Pointing out that the US Attorney and the "defense" Attorney feign ignorance when it is convenient to deny me a defense kind of blows the argument that I don't know what is going on out of the water.

Let's get to that question of jurisdiction so I can be released... Anyone that believes I emailed multiple offices of the US

government claiming I siezed 9 square miles of US land under international law, multiple times over 4½ months and they ignored me saying: "Oh, that's just crazy Mr. Carpenter" may need a trip to seattle for a competency evaluation, because that is not rational. So the question becomes, why was I ignored...? It's the same reason that facts are being claimed are evidence of incompetency. Because what I did was legal, and all of us know it. So it becomes a game of using ignorance and bias as a weapon to hide truth.

The wicked is snared in the work of his own hands.

