UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                        Case No. 2:23−cr−20152−MAG−EAS
                                                 Hon. Mark A. Goldsmith

Jack Eugene Carpenter, III,

                Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Jack Eugene Carpenter, III

The defendant(s) shall appear before District Judge Mark A. Goldsmith at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 815, Detroit, Michigan, for the following proceeding(s):

- COMPETENCY HEARING:  November 7, 2023 at 11:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/K Sandusky
                                                         Case Manager

Dated:   October 26, 2023