USA v Jack Carpenter III

Case No: 23-20152

File First

5

FILED
NOV 13 2023
CLERK'S OFFICE
DETROIT

Honorable Goldsmith

Is it strange that I accuse the US Attorney of using the claim of incompetency to discredit the claims I made about COVID and to discredit the jurisdictional challenge; then you ask the US Attorney to respond to the jurisdictional challenge and she claims she doesn't know what it is, nor have access to the filings. Then the Forensic Psychiatrist plays "I'm a judge, I judge the law" by reading my pleadings and deeming them delusions? While also claiming that my beliefs about the COVID injections are delusions and the statutes I quote are "unintelligible legal jargon", playing judge again? Maybe the US Attorney can ask the forensic psychiatrist that thinks my appellate case is a delusion for the filings that reiterate the "legal claim" section of the Declaration of Sovereignty the US Attorney filed. Maybe we can get an answer to the question the Court has a duty to look into while having the presumption that jurisdiction is lacking, orders that make too much sense? I am glad I went into this knowing that I was going to witness a bunch of completely absurd things. I'd like to add to the list of Subpoenas:

1. My former computer forensics teacher, a Washtenaw County Sheriff, to confirm the computer code that reveals the "Q" user tried to generate evidence I was a pedophile and suicidal; as well as the "Q" user posted evidence that it uses the 11.11.19.0 network; as well as was silent for 1yr until December of 2022 when it quoted the email I sent to the DOJ and Joint-chief of staff saying: "I am not a prophet, you are not a prophet, we are not prophets. Stick to the plan."; as well as was asked by users to have Trump say random phrases in speeches to "prove" that "Q and Trump were military intelligence fighting Satanists in the government" to amass a following, then discredit them.

2. Dr. Robert Malone who invented MRNA technology regarding him being under the Jewish vaccine inventor Jonas Salks who wrote a book about eugenics called "Survival of the wisest" where people are sold a poison and told it was necessary for safety, and only the people smart enough to catch the lies survive. Also his post on

Twitter saying he wasn't a CIA agent, and what prompted that.
3. Doctor Peter McCoulough, the most published Cardiologist in the world, about early treatment and how "mild myocarditus" means you'll be dead in 5 years.
4. The teenage girl who testified in Congress about being in the Pfizer trials that is now wheelchair bound and fed with a tube who was marked down as having "a stomach ache" as a side effect. But is maimed for life.
5. Jordan Peterson regarding the US military database that recorded an 1000% increase in neurological events, and the US military response that "All data prior to 2021 was wrong so we shut off access to the database."
6. Rand Paul regarding his interaction with Fauci regarding "Gain of function research" and how they didn't break the law because they didn't make a virus that could infect humans more transmissible or deadly, they made a virus that can't infect humans able to infect humans that kills people now.

I have a lot of delusions that are inconvenient for powerful people, you would think they would want me dead or discredited, but to think that is a mental illness. I know that because a doctor that thinks my appeal is a delusion in my mind and citing 21 USC 360bbb with 21 CFR 312.7 is "unintelligible legal jargon" told me so. I guess that's what I get for quoting legislatures. I'm glad that guy is the judge of the law of the case. Silly crazy me thought that was your job. It's a good thing he is also the arbiter of my defense strategy as well as the trier of facts regarding COVID claims and use of force claims. I especially appreciate his "Devine" judgement of my religious beliefs and how they are a factor in regards to my ability to understand all of that is not lawful. I'll try to remember all of this when I am Halucinating my next religious practice tarot reading and trying to infer how it applies to my life. Please ignore that I literally told the DOJ that I was putting that stuff on twitter so the DOJ would be dumb enough to try to use it, and could use their own behavior to make them look bad. Hopefully soon we can get past this predictable kangaroo court stupidity.

It seems all this could have been avoided with a single hearing where the judge of the case rules on the issue of jurisdiction based on the facts presented and the law, but instead a forensic psychologist who can't understand two statutes gets to declare that its evidence of a mental illness.

My lawyer I have asked to be replaced multiple times delayed my appeal where I argued that my due process rights have been violated as well as being denied the right to a defense again interfered with having my jurisdictional argument heard on the merits. All while it is used as evidence of a mental illness along with other provable facts. But we should definitely not let me put any evidence to prove how everything I said about the COVID injections and the "Q" user is supported by facts while keeping the Attorney that refuses to pursue any evidence to defend those claims as my "defense" attorney while he actively prevents my jurisdictional claim from being heard.

I was in the highest tier of IT at U of M for 5 years. Some non-IT person that can't spell Divine that thinks my valid appeal is a delusion in my mind doesn't get to declare that my claim that I caught an internet user trying to fabricate evidence I am a suicidal pedophile is a delusion. The evidence is posted on Twitter, I can replicate it. I want an It specialist, a forensic IT specialist, to prove that Dr. just assumes whatever they don't believe or can't understand is a delusion.

I sent an email to the government, the "Q" user activated after 1 year of silence, and tried to fabricate evidence I was a pedophile and suicidal. I am not the first one, either. It was done to others. The user says: "Find the [MAP], find the [Key]" or will have a post containing "[GREEN]", and you scan a website for [MAP] or [Key] or [GREEN] and it produces a clear message.

Using the "wayback machine.org" website you can see that these messages change regularly, as the changes to the site are tracked.

This isn't a delusion. This is the US government creating a system to identify and target dissenters to discredit or remove them. I posted code online with

nstructions of how to use it, and within hours my twitter account was not available to be viewed unless you went to it directly, and my posts were not available to be seen by other users. This is called a "Shadow ban". To me it seems I can post, but no one else can see me posting nor message me, and my posts won't come up from a Google search. This block was removed less than 24 hrs before my arrest. All provable and the evidence able to be replicated by anyone. All as delusional as my appeal. What a ridiculous joke this has been. Next step seems to be: "Argue I need to be force medicated until I agree not to pursue my defense." But this is SO not a ploy to prevent a defense that by Federal court rules should have already been heard, and supercedes a competency hearing. Please remove this joke of a lawyer off my defense. Thank you.

Jack Carpenter
106 East Reed(?)
Midland, MI 48642

The writer of this letter
is an inmate in the
Midland County Jail
Midland, MI 48642

METROPLEX MI 480
METRO DET MI 480
8 NOV 2023 PM 3

Chief Magistrate
Honorable Mark A. (Goldsmith)
231 W Lafayette Blvd
Detroit, MI 48226

48226-277758

RECEIVED
NOV 09 2023
MARK A. GOLDSMITH
U.S. DISTRICT JUDGE
EASTERN DISTRICT OF MICHIGAN

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022