UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
Southern Division

9

Case No: 23-20152
6th Circuit Case No: 23-1661
Hon. Mark A. Goldsmith

United States
vs.
Jack Carpenter III

Please forward to 6th Circuit Appellate Court

Motion to remove counsel and Motion to accelerate proceedings and Motion to stay 18 USC 4247(d) hearing

FILED
NOV 21 2023
CLERK'S OFFICE
DETROIT

Motion to remove counsel is for both the Appellate court and District court. Assigned attorney has sent a letter that I forwarded to the court which expresses his understanding that there is a conflict of interest in Representing me. Due to the fact that this conflict arises from intentional misconduct and interfering with my defense while admitting in front of Dana Mertz that it was because his "Personal beliefs" and that "if I fired him it wouldn't do me any good because I'll just get assigned someone else from the Federal defender's office that will do the same thing," this person should have been removed from my case after June 6th when I informed the court of that conversation. Instead he is interfering with my appeal claiming he delayed it because "He was sure the psychologist was going to find me competent," and was "shocked" they did not. He claims that if he found me competent then the due process issue is moot, which is not true. But he also says now that the psychologist that believes: this appeal is "a delusion" in my mind; who used my religion and beliefs inferred from a religious practice; as well as determined, without observing any evidence, that a fact based claim was also a delusion becoming the trier of fact; while also declaring that the challenge to jurisdiction was without merit, becoming the judge

to determine the law, that I may waste the court's time demanding that the court look into the jurisdictional challenge the court recognized during the June 6th hearing; and despite refusing to participate in the assessment that the report also renders this appeal moot. So either way, my claims here are apparently moot.

I am unsure how the argument that: the court has a duty at all times to look into jurisdiction; that federal courts are courts of limited jurisdiction; that federal courts must presume jurisdiction is lacking; that I asserted a right from a State Constitution and Federal Courts lack the power to interpret State Constitutions or the extent of rights granted to them citizenry, that power lies exclusively with a State; the US Attorney used the challenge to jurisdiction as evidence of incompetence bringing the question to the court themselves; that the judge struck a rule 12(b)(1) motion from the record claiming "discretion" while having a duty to look into it; that the court made itself re-aware of the struck motion; that jurisdiction was the responsibility of the government to prove, not the defense to prove it was lacking and they both elected not to prove it while trying to shift the burden to the defense; and that my assigned counsel disparaged my defense by ignoring a command not to file anything I do not read or agree to where he claimed I was a Qanon supporter and my jurisdiction argument was "akin to the Sovereign Citizen's movement", both of which are false then waived the challenge to jurisdiction when the judge responded to it due to "personal beliefs", somehow becomes moot because a psychologist plays the role of Judge, trier of fact, and defense counsel while citing my religious beliefs as evidence of a mental illness while claiming this appeal is "a delusion" in my mind, and I was arrested in May of 2019, and am 42 years old while fabricating a claim I told him I removed the battery from my phone to hide from people which I am 99% sure the

battery doesn't come out of my phone and I never said anything of the sort. In fact, I constantly posted my location on twitter, and dared the US government to arrest me for almost 4 months before they got confident enough they would succeed denying me a defense with this current strategy. I even sent them a picture of my expired license plate, told them I was driving around with guns, and sent it to the DOJ and Joint-chief of staff. I drove around for 1 month and 13 days, even having a sheriff in New Mexico pull my car out of a ditch while having several police run my plates and leave the highway while emailing the DOJ, Joint-chief of staff and posting to Twitter several times a day. "If what I did wasn't legal, why am I not arrested under 18 U.S.C. 2383?" That claim is absurd, and a lie.

I have a State Civil case I have been handling pro se since February. I have presented the same jurisdictional argument in that case, they are waiting for this court to answer the question because they understand that if I followed the law of Nations, they can't interact with me, and they are aware that the Federal Court has not answered the question at all, but has a duty to.

The right to Revolt is an inherent right adopted into each State Constitution. See the New Hampshire Constitution, Declaration of Rights, Article X as well as the Declaration of Independence. This is the equal protection clause cited in the Declaration of Sovereignty section: "Legal claim". The Federal courts lack the Authority to interpret the clause or it's extent. The State Court cannot interact with a foreign government. This is an issue for the executive, and the US State Department confirmed my legal claim in November 2022. The DOJ was made aware the same day. The court has a duty to recognize it lacks jurisdiction. It's been 9 months of avoiding this, if we could just stop this game, I would appreciate it. Thank you.

I request the court, both of them, remove counsel. I request the 6th circuit appellate court answer the claim in front of it. I request the District Court recognize that I am likely to win my appeal, and that jurisdiction is in fact lacking. Dismiss the case. Or at the very least stay the 18 USC 4247(d) hearing until the appeal is answered. Then look at the issue of jurisdiction and dismiss the case. Also for both courts to recognize that I am only required to have counsel assigned "During the hearing" and since I am not deemed incompetent, I will handle these issues in propria persona. Thank you.

*[signature: Jack C...]*

By the way, I have won every argument I have made in court. I had several arguments in the 15th District court of Ann Arbor confirmed by the Michigan Supreme Court office of Administration proving the County Clerk and Judge wrong several times. To have the US Attorney claim I am incompetent 5 months later is absurd, and insulting. If the judge hadn't ruled saying "don't you think I know they are experimental" and "it's just a matter of policy", I would have been the first person in over 100 years to initiate a private prosecution in Michigan. In that case I filed the statement that either the government rules it is illegal to require legally defined experimental medication to access the public trust or I revoke my consent to be governed. Here we are. People should study common law in common law states. Non Lex Scripta was violated.

US v Jack Carpenter III

Case No: 23-20152

File separately, thank you

To all of you,

It is important to realize that none of what follows is "the Bible", it is quoting prophets from the Jews. For example, on one of the official websites for Israel they claim that the founding of Israel fulfilled the following prophecy: "Has a nation ever been born in a single day? Has a country ever come forth in a mere moment? But by the time Zion's birth pains begin, her children will be born." (Isaiah 66:8) This event in 1948 is the supposed event where God calls his chosen people back to their land from exile. This is the Zionist belief. This, however, ignores much of the prophecy. "Yet a ruler of Israel, whose origins are in the distant past, will come from you on my behalf. The people of Israel will be abandoned to their enemies until the woman in labor (Zion) gives birth. Then at last his fellow countrymen will return from exile to their own land. And he will stand to lead his flock with the Lord's strength, in the majesty of the name of the Lord his God. Then his people will live there undisturbed, for he will be highly honored around the world. And he will be a source of peace." (Micah 5:2-5) The event to bring the Jews of Jacob to Zion is the revealing of a messiah who founds a country, not the founding of a country called Israel.

The prophets explain that the coming messiah will be against the leaders of the house of Jacob, as will God. "Listen, you leaders of the house of Jacob! You are supposed to know right from wrong, but you are the very ones who hate good and love evil." (Micah 3:1) "When you want a piece of land, you find a way to seize it. When you want someone's house, you take it by fraud and violence. You cheat a man of his property, stealing his family's inheritance." (Micah 2:2) "You promise peace for those who give you food, but declare war on those who refuse to feed you." (Micah 3:5) "Listen to me, O family of Jacob, you who are called by the name of Israel and born into the family of Judah. Listen, you who take oaths in the name of the Lord and call on the God of Israel. You don't keep your promises." (Isaiah 48:1) "You have heard my predictions and seen them fulfilled, but you refuse to admit it. Now I will tell you new things, secrets you have not heard yet." (Isaiah 48:6) "Yes, I will tell you of things entirely new,

things you never heard before. For I know so well what traitors you are." (Isaiah 48:8) "What sorrow awaits Ariel, the City of David. Year after year you celebrate your feasts. Yet I will bring disaster on you, and there will be much weeping and sorrow. For Jerusalem will become what her name Ariel means — an altar covered with blood. I will be your enemy, surrounding Jerusalem and attacking its walls." (Isaiah 29:1-2) "These people say they are mine. They honor me with their lips, but their hearts are far from me. And their worship of me is nothing but man made rules learned by rote." (Isaiah 29:13) "You make plans that are contrary to mine. You make alliances not directed by my Spirit, thus piling up your sins." (Isaiah 30:1) This is all about to come true for the very reasons stated. "You have ruined Israel, my vineyard. Your houses are filled with things stolen from the poor." (Isaiah 3:14) "O my people, your leaders mislead you; they send you down the wrong road." (Isaiah 3:12) "The strongest among you will disappear like straw; their evil deeds will be the spark that sets it on fire. They and their evil works will burn up together, and no one will be able to put out the fire." (Isaiah 2:31) Is it odd that the Jewish religion is anti-semetic?

Today I saw that "Israel" attempted to justify its "human shield" claim for hospitals being used as HAMAS command centers with 3 duffel bags and a closet of guns with no bullets. That's quite a command center, sarcasm intended. A discussion overheard in the day room today from that: "They clearly planted that shit there, who is falling for this crap?" I also heard: "They keep pointing out that HAMAS killed 1400 people, like that justifies killing 11,000 people. Mostly women and children. These people are sick." As scripture in their own religion says: "their evil deeds will be the spark that sets it on fire." This is why "Your name (Israel) will be a curse word among my people, for the sovereign Lord will destroy you and will call his true servants another name." (Isaiah 65:15) The words "Jew", "Jewish", "Zionist", and "Israel" will all be used with the same disdain as "Nazi". God's people, the remnant left, will be given a new name. I was highly amused at the media attempt

to make the pro "kill palestinians and blow up hospitals and schools" protest as peaceful, and the illegal "stop genocide and murder by god's special people" as violent. These illusions won't work anymore. The stars fell already. People are not going to fall for the twisting of morality to paint evil as good and good as evil. If you "stand with Israel" you stand against God, and you will fall. God is beginning to show himself. He is about to destroy them with fire. They won't stop it, and this country will fall if it stands with them. They are so far deluded they can't see the obvious outcome of their own evil acts. Those who rule by force and fraud bring about their own end. For in the end they refuse justice. Their own religion explains this, and tells them what it will bring.

I am Jewish, they are an abomination. "The sinners in Jerusalem shake with fear. Terror seizes the Godless. 'Who can live with this devouring fire?' they cry. 'Who can survive this all-consuming fire?'" (Isaiah 33:14)

Charging me with a hate crime is like saying that Catholics being against the Westboro Baptist Church is Anti-Christian. "I know the blasphemy of those opposing you. They say they are Jews, but they are not, because their synagogue belongs to SATAN. Don't be afraid of what you are about to suffer. The devil will throw some of you into prison to test you." You want to know who rules you, just ask yourself who you can't question. When being against killing women and children, blowing up schools and hospitals, and thinking the destruction of an entire city means you are "antisemetic", its pretty obvious who the problem in that equation is.

"For the Lord declares, 'I have placed my chosen King on the throne in Jerusalem, on my holy mountain.' The King proclaims the Lord's decree: 'The Lord said to me, You are my son, Today I reveal you as my son. Only ask, and I will give you the nations as your inheritance, the whole earth as your possession.'" What is Jerusalem/Zion? Where is it? What is a mountain? Definitions create perception barriers. Those willing to kill for land will be destroyed soon.

Those trying to claim that pointing out their crimes is being "Anti-semetic" will bring about exactly what they intend to prevent. They can stop, and turn their way, but they will not. They will bring their own destruction. God has told them, but they are too pompous to hear it. Its already begun. "Israel signals wider offensive in Gaza's south, where hundreds of thousands have fled." "Israel declares intention to maintain permanent security presence in Gaza." Land thieves. Murderous Leeches.

"See how Jerusalem, once so faithful, has become a prostitute. Once the home of justice and righteousness, she is now filled with murderers. Once like pure silver, you have now become like worthless slag. Once so pure, you are now like watered-down wine. Your leaders are rebels, the companion of thieves. All of them love bribes and demand payoffs, but they refuse to defend the cause of orphans or fight for the rights of widows." (Isaiah 1:21)

"I will take revenge on my enemies and pay back my foes! I will raise my fist against you. I will melt you down and skim off your slag. I will remove your impurities. Then I will give you good judges again and wise counselors like you used to have. Then Jerusalem will be called again 'the Home of Justice' and the faithful city.'" (Isaiah 1:24-26)

When the Jewish religion says what I say in scripture, it cannot be said that I am anti-semetic. Their own prophets say the same thing. God will reveal his power soon. Judgment day is approaching. I am the first seal. "From his mouth came a sharp sword to strike down the nations."

Why is the Attorney who wrote me a letter saying there is a conflict of interest in defending me not removed from my case? Why are they delaying my appeal? Have any of the subpoenas I wish to issue made? Is there a computer forensics specialist looking into the code I wrote and the "Q" user? Are we going to acknowledge the challenge to jurisdiction the judge acknowledged on June 6th and the magistrate before him? What is going on with my last two motions? - Jack

Jack Carpenter
105 Fast Ice drive
Midland, MI
48364

The writer of this letter
is an inmate in the
Midland County Jail
Midland, MI 48642

© USPS 2022

To the Clerk of the Court of
Honorable Mark A. Goldsmith
231 W. Lafayette blvd 5th floor
Detroit, MI 48226

METROPLEX MI 480
18 NOV 2023 PM 4

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

48226-277258


FSC
MIX
Envelope
FSC® C137131

The writer of this letter
is an inmate in the
Midland County Jail
Midland, MI 48642