United States District Court
Eastern District of Michigan
Southern Division

6

United States

v

Jack Carpenter III

FILED
NOV 29 2023
CLERK'S OFFICE
DETROIT

Case No: 23-20152

Hon. Mark A. Goldsmith

Motion to dismiss evidence from record for 18 USC 4247(d) hearing.

Coming to the court in my own person as of right as I have not been deemed incompetent and counsel is only required to be assigned "During the hearing" I would like to move the court to dismiss/strike from the record "evidence" meeting the following criteria:

1. References my religious beliefs not lawful to be used as evidence of incompetence. This would include my posts from twitter, as well as the report from the forensic psychologist who is a public servant that specifically referenced them as "proof" of a mental illness.
2. Any mention of any belief formed from Tarot readings, which is a religious practice. For example, mention of the fact that I inferred things about the role my ex-girlfriend played in my life.

These things are not only "improper", but are specifically unlawful to use to establish incompetence. The law library at the facility I have been sent to in order to, yet again for the third time, separate me from my legal paperwork and property purchased while incarcerated for almost 9 months pending trial while the absolute most is done to prevent my defense from being heard, is insufficient. But it has been ruled that "a belief" that a person is Christ is not a delusion

because the defendant said it was a belief. Beliefs are protected, and not "irrational" simply because they are not shared by others.

I do not know why the US Attorney also would feel there is merit in the opinion of a public servant that is unable to realize they cannot take those beliefs into account while claiming, as the US Attorney has done as well, easily verified facts are delusions. The forensic Psychologist claimed my appeal that is pending was a delusion. The US Attorney claimed that an email was a delusion as well as a phone call to the state Dept. All of these are easily verified facts. The US Attorney also called it a "delusion" that I believed that medication licensed under 21 CFR 312 was bound to observe 21 CFR 312.7.

I also want to point out the Court used a legal claim as evidence of "irrationality" claiming it "seemed irrational" without actually looking into the merits, which as a legal claim can either have merit or be without merit, it cannot be "irrational".

I have heard nothing in regards to a previous motion filed in Propria Persona, and am wondering why I have not received the response from the US Attorney. I cannot be timely in a response if not made aware. Thank you

— Joel C[signature]

Case No: 23-20152

Honorable Mark A. Goldsmith,

After Donald Trump signed an executive order tasking the NIH with developing a plan to "manufacture public demand" and "manufacture public funding" for new vaccine technology, Which means to create a plan to manipulate the public into demanding the government pay for the research and development, then manufacturing facilities for vaccines which became "operation warp speed" after a human engineered virus was released into the bat population in China, and the idea it came from a bioweapons facility discredited by the media, the United States Declared an emergency. Public Document 85 FR 15198 contains this declaration where it states: "COVID-19 is an acute respiratory disease caused by the SARS-COV-2 betacoronavirus or a virus mutating therefrom." This distinction between COVID-19 and SARS-COV-2 is important as the injections are not licensed to prevent infection of SARS-COV-2 ▇▇▇, they are licensed to "prevent COVID-19". The manufacturers testified in October 2022 in the European Union that they never tested for "immunity from infection" because they were "working at the speed of science."

The phase I trials showed that there were ~10 hospitalizations in the control group of 35,000 people, and ~2 in the group that received the injections, then it was deemed "unethical" to deny it to the control group so they tainted the study, and gave it to everyone, then started marketing that it was "95% effective at preventing SARS-COV-2 infection." This is fraud of the highest order. It was then forced on people who didn't want it by attempting to require it to buy, sell, trade or travel, claiming that if I didn't take it, it put you at risk. This was a lie as the only possible benefit was a slightly reduced risk of hospitalization where even the CDC acknowledges that "most people have mild or no symptoms." As Doctors at Oxford pointed out at the beginning of the pandemic only 5% of people over 65 were at risk of severe disease and 96.4% of those people have on average "4.6" other deadly diseases. Meaning that only people with severe health issues were at risk, and mainly only if they were over 65.

Then the US government authorized (as distinct from approved, as "authorized" is another legal term for "unapproved medication or diagnostic") "COVID 19 tests". Since COVID19 is severe disease, not just infection like HIV is not AIDS and HIV infection does not mean one has AIDS, the only medical purpose these could truly serve is testing those whom were hospitalized with severe respiratory disease to confirm SARS-COV-2 was the culprit, these served no beneficial use to the general public. Additionally, 21 CFR 312.7, which applies to the license to test them for human use, shows they are experimental as a matter of law, and "effectiveness" cannot be claimed, otherwise they would be "approved". At this point the CDC recommended testing only those who refused the injections, and classified anyone that dies within 30 days of a positive test that legally can't be claimed to work was a "COVID Death", regardless of actual symptoms. They also called anyone who had not taken additional injections every 6 months as "unvaccinated" implying they provided immunity when even the manufacturers admitted they did not. This is why the definition of "vaccine" was altered to remove the word "immunity" and replace it with "protection from disease". Which means Vitamin C is now a "vaccine" because it "prevents scurvy". Words mean things...
Then the FDA discredited a potential FDA approved effective treatment by calling it "Horse Dewormer" despite it being known for effectiveness with SARS-COV-1 and being given a Nobel prize for use in humans.
These are all clear frauds perpetrated on the American Public by public servants, additionally can show that all participants have loyalty to a foreign government, Israel, and many are dual citizens.
When they couldn't milk the American Public for funds through the COVID scam, they started a war between Ukraine and Russia to funnel taxpayer funds to Ukraine, who has a Jewish president. Now that the American taxpayer won't support that useless war, Israel is "attacked", and we need to give billions directly to them. The future will show HAMAS is Israeli funded, and the attack was allowed for this purpose.

Problem, reaction, solution. Create a problem, wait for a reaction, provide the solution and you are the hero. The Motto for MOSSAD is "War through Deception".

My defenses are being prevented in a coordinated effort to prevent this exposure. Tarot readers refer to my attorney as "Judas", and his active interference in my defense is clearly shown. Despite stating multiple times I do not want this person attached to my case as they are actively sabotaging it, he is still here. His latest antics are interfering with my appeal regarding his actions causing a due process error in my case, and resulting in a defense not being heard.

Please view US v Payton, 2023 US DIST. LEXIS 89022 and US v Gaston, 2021 U.S. Dist. LEXIS 43686 for the quote "Center for Disease Control and prevention advise that the Pfizer vaccine is 95% effective at preventing COVID-19". This statement is problematic because a vaccine would provide immunity from SARS-COV-2 infection, not "prevent COVID-19" which is a disease sometimes caused by infection of SARS-COV-2. The injections are licensed to "prevent COVID" not "provide immunity from SARS-COV-2". 85 FR 15198 makes this distinction and points out that medication can be granted EUA for either goal.

Pfizer stated under oath they never claimed it granted immunity, which is true. They also never corrected the intentional misdirection of calling it a vaccine nor any media claim it "prevents infection" or was "95% effective at preventing SARS-COV-2". Even on articles titled that where Pfizer CEO's were directly quoted as evidence of that claim.

— Jack [signature]

Jack Carpenter
105 East Ice Drive
Midland, MI 48642

METROPLEX MI 480
6 NOV 2023 PM 7 L

Clerk of the court of
Honorable Mark A Goldsmith
231 W lafayette blvd. 5th floor
Detroit, MI 48226

The writer of this letter
is an inmate in the
Midland County Jail
Midland, MI 48642

Legal mail