UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                     Case No. 2:23−cr−20152−MAG−EAS
                                        Hon. Mark A. Goldsmith

Jack Eugene Carpenter, III,

                Defendant(s),

**NOTICE TO APPEAR**

The following defendant(s) are hereby notified to appear:  Jack Eugene Carpenter, III

The defendant(s) shall appear before District Judge Mark A. Goldsmith at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 815, Detroit, Michigan, for the following proceeding(s):

- COMPETENCY HEARING:  December 11, 2023 at 02:30 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                          By: s/K Sandusky
                                                  Case Manager

Dated:   December 6, 2023