3

Case No. 23-20152

**FILED**
DEC 12 2023
CLERK'S OFFICE
DETROIT

United States v Jack Carpenter III

Honorable Mark A. Goldsmith

I am just curious how many more months am I going to have a lawyer assigned to my case that: took my legal paperwork for a State case to "have it copied and then return it" in February/March and never returned it which waived the period of time to challenge a ruling I was not present to defend myself for, when it is December and that legal paperwork has not been returned; told the Court that waiving a challenge to jurisdiction until after the Court has ruled on a matter it may not have jurisdiction to rule on "doesn't take away from the challenge to jurisdiction" even though if the Court rules that I am incompetent I am then prevented from a trial or the ability to challenge the Courts jurisdiction, which if it lacks jurisdiction then competency is both irrelevant and not within authority of the Court to determine, creating a due process issue; told me they waived the challenge to jurisdiction due to "personal beliefs" and that if I fired them another lawyer would screw my defense the same way; wrote a letter trying to pretend he never said that in front of Dana Mertz where he stated a conflict of interest in representing me; then actively interfered with my appeal where I am arguing that he purposefully prevented my legal defense I am entitled to under Federal court rules 12(b)(1) and 12(b)(2) thus creating a due process issue in my case where the Court recognized a challenge to jurisdiction then proceeded without proving jurisdiction, which objectively it cannot do as it would require interpreting a State Constitution, an action solely within the power of State Courts; refused to send me my discovery until November 27th, it is incomplete as I do not have audio files from it; still has not provided transcripts of all oral proceedings as requested in my appeal; has not contacted me regarding any of my recent filings or rulings of the court in regards to them to see if I have to appeal any of the decisions due to court error.

I ask because I am at almost a full page of clear malicious interference in my case by a "defense" attorney that seems to go out of his way to not allow my defenses. Who has also told me at least 3 times, "we don't have time to look into that evidence". But after I list out "some" subpoenas I want to issue in regards to my defense the House

Intelligence Committee Subpoenas the same people for the same reasons, and has stated that Attorney General Merrick Garland was asked to appoint a special prosecutor because public officials were creating genetically modified biological weapons and are hiding information regarding the origins of COVID, which I provided evidence was purposefully released to "manufacture public demand" and "manufacture public funding" of new vaccine technologies like mRNA.

Which, for the record, deadly force can be used if reasonably necessary to arrest anyone that furthered that conspiracy to release a human engineered biological weapon in order to terrorize the civilian population as a money laundering scheme for Israel. So, the lowest form of force, Words, are inherently lawful, even in interstate communication. I see that many politicians are resigning or announcing they are not running again, so they know what is coming. How long am I going to be illegally held and denied a defense? Remember one of the first letters where I defined "acquiescence" as having authority to correct or prevent a wrong but turning a blind eye? Where do your loyalties lie? You have all stolen almost a year of my life while not listening to me when I am clearly right. How much longer are we going to do this?

Jack Carpenter
105 Fast Ice dr
Midland, MI
48642

Legal Mail

The writer of this letter is an inmate in the Midland County Jail
Midland, MI 48642

Clerk of the Court of
Honorable Mark A. Goldsmith
231 W Lafayette blvd. 5th floor
Detroit, MI 48226

48226-277758

METROPLEX MI 480
7 DEC 2023 PM 2 L

