United States District Court
Eastern District of Michigan
Southern Division

Case No: 23-20152
Honorable Mark A Goldsmith

United States
vs.
Jack Carpenter III

FILED
DEC 14 2023
CLERK'S OFFICE
DETROIT

## Motion for Special Appearance in Propria Persona sui juris

Homo vocabulum est naturae; persona juris civilis. Coming to the court as a Man in his own right on his own behalf as Francus Homo, Homo chartularis, liber et legalis Homo, probus et legalis Homo I challenge the jurisdiction of this court. The court is aware of this challenge, as it has acknowledged it on June 6th, and directed the US Attorney to respond to the challenge. Despite the duty of the court to look into jurisdiction at all times, it then allowed the prosecution to proceed by stating they believed they had jurisdiction, didn't understand the challenge, and that the defense needed to refile the challenge so they had access to the challenge.

Federal courts are to presume they lack jurisdiction until jurisdiction is proven. On the record, all that exists is multiple challenges to jurisdiction acknowledged by all parties which includes the FBI, two magistrates, Honorable Mark A. Goldsmith, the US Attorney, and the attorney assigned to defense where a letter on the record claims a conflict of interest whom is still assigned to the case despite multiple requests to have him removed.

Jurisdiction can be challenged at any time, takes precedence before any other matter before the court, and must be proven, not assumed. It is obvious that everyone is aware that jurisdiction does not, in fact, exist. That there are games being played with the record to prevent the challenge from fully entering onto the record, and a clear attempt to proceed "as if" towards a declaration that

I am not competent, and therefore must be denied a trial altogether.

I have challenged jurisdiction orally, in affidavit, and by motion to dismiss no less than 6 times. We are far beyond a reasonable time to respond to the challenge which is to be presumed in my favor. Additionally, the core of the challenge rests on the interpretation of the right to revolt that is inherent in the State Constitution, and Federal Courts lack the power to interpret that right so it is without authority to answer the question of law in the affirmative or negative.

I am entitled to have this issue heard on its merits, and I do not require to be "re-presented" to the court to do so by either an attorney with a noted conflict of interest clearly interfering with my appeal or some other attorney. Is the US Attorney trying so hard to prevent the challenge from being addressed because it would prove competency or because they lack a legal argument to support the claim to jurisdiction or both? Everything being done to prevent this argument from being heard just makes it more obvious that I am correct. There is not a hole deep enough nor dark enough to shove me in to hide it.

Literally the first thing on record, the complaint, notes the challenge to jurisdiction. We are at over 9 months of trying to ignore it. In that time I have been in 10 facilities in 5 states, separated from my legal work 3 times, and the lawyer assigned is clearly trying to throw my case while pretending to represent me. They literally wrote a letter stating a conflict of interest, then interfered with my appeal. This is on the record, yet they are still assigned. I demand, and not even respectfully, to have this issue addressed. This is absurd. Thank you. I wish to attach to this ALL motions that challenged jurisdiction and all letters to the court. — *Jack [signature]* — The court is now aware of all of these items.

Also, where is my discovery and all filings to the court I've requested multiple times?

METRO PLEX MI 480

27 NOV 2023 PM 5 L



The writer of this letter is an inmate in the Midland County Jail Midland, MI 48642

Clerk of the Court of
Honorable Mark A. Goldsmith
231 West Lafayette blvd. 5th Floor
Detroit, MI 48226

48226-277758

Jack Carpenter
105 Fast Ice Dr.
Midland, MI
48264