POOR QUALITY ORIGINAL

US v Jack Carpenter
Case No: 23-20152

DEC 20 2023
CLERK'S OFFICE
DETROIT

8

Honorable Mark A Goldsmith,

    I want to put some facts and points of law on the record after the 4247(d) hearing in which even the Marshals made comments about after the hearing. First is that I don't have to rationalize my religious beliefs to anyone. I told JP to object when the witness started speaking about my religious beliefs, he said there was no basis for an objection because he was just repeating what I said. However, he was mischaracterizing my religious beliefs (with disdain in his voice) while claiming that they were evidence he used to form an understanding that I do not have a rational understanding of the process. As a public servant he should know that he cannot do that. To make a point, there are people who believe that they must wear pasta strainers on their head because a noodle monster god tells them to. They are called "pastafarians". The government has ruled they must be allowed to wear these things on their heads in drivers license photos. I don't personally believe that a noodle monster God exists, however, I cannot argue that because they do believe that or claim they do, that their belief is evidence of irrationality. This is the basis of First Amendment protections. The expert witness clearly took that belief they "discerned" from tweets into account. I never discussed my religion with him. This is why my appeal should have been held first, because anything regarding my religion or beliefs inferred from Tarot, a religious practice, should have been removed from the record. Nobody should be considering them. Not the US Attorney, not you, not the forensic psychologist. These are inherently off limits. This is why I said in December, two months before my arrest, that: "I know the plan is to try to make me look insane. I could have left everything about Tarot off of here, but I am putting it here so that you concentrate on it while I concentrate only on COVID facts. Good luck figuring out when I am playing the part." The Art of War, feign weakness where you are strong to entice your enemy to attack.

    How did I know I would be arrested and how did I know the US Attorney

would argue I was insane, and how did I know that the US Attorney would argue that 21 CFR 312.7 was a delusion in my mind as well as try to have the jurisdictional challenge discredited the same way?

The hearing itself was tainted as the representative wrote a letter stating a conflict of interest and is still assigned to the case. There are many other reasons they should have been removed, including waiving a defense I put forward and the judge recognized after claiming the judge would not recognize it.

Since the expert witness for the prosecution said that it was irrational for me to think I had the right to use lawful violence, clearly because he doesn't think lawful violence is a real thing, then later confirmed that I met one of the most important pillars of a self defense/defense of others claim that I had the requisite state of mind and that self defense was a legal strategy, then it is pretty clear that I have a more rational understanding of the facts, the law, and my defense strategy than the psychologist that proved himself wrong, whom I am pretty sure didn't even see that he had done so. Which is both amusing and absurd simultaneously.

What this means is significant for my defense, and detrimental to the claim of a delusional disorder because whether or not the facts that formed my beliefs would allow someone to draw the conclusion that force is necessary is a question for the trier of fact, not the judge in a competency hearing. Was I targeted? Question for the jury. Did Israel infiltrate the US and State govt? Question for the jury. Are the claims I made about COVID true? Question for the jury.

The purpose of the competency hearing was to move those questions to a forensic psychologist who doesn't understand that self defense is lawful violence. Put me in a mental institution, preventing any defense while discrediting it in the public view as "some crazy conspiracy theory" with no facts to support

that conclusion.

Are people working in a coordinated effort to discredit me? Well, its pretty obvious they are. Even the Marshals saw it. Because I am right. People loyal to a foreign government released a biological weapon to launder money through Israeli controlled ~~****~~ corporations, stealing from the American Taxpayer. That was an act of war, and US public officials facilitated it, committing treason among other crimes. That is motive to target me, and a fact for the jury to determine. The House Intelligence Committee almost sees it. They think it was leaked on accident, not released on purpose. Why has the Attorney General not looked into it? Treason, involved. Why are the US Attorneys claiming facts are delusions? Treason, involved.

It was a nice attempt at preventing the defense. However, as the Tarot readings say: "The smear campaign is vile, but it turns out bad for them, not you." I've done something to put a giant spotlight on this. I was told not to explain it, but you will see. Right when the whole world is against Israel because they are ~~**~~ psychotically killing women and children to steal land, my argument becomes world news. Watch it happen. Ignoring it after this next move proves me right.

"I know the blasphemy of those opposing you. They say the are Jews, but are not, because their synagogue belongs to Satan. Don't be afraid of what you are about to suffer. The devil will throw some of you in prison to test you. You will suffer for ten (months)." December 18th is ~10 months. What a strange coincidence.

Now, was the "warrior priest" the Detroit synagogue leader that was killed in a random home invasion or the Pope who just announced where he wants to be buried? According to Tarot, Oct 31 was when that person "knew" they aren't long for this world. Interesting times. Until that day.

— Jack Carpenter

US v Jack Carpenter III
Case No: 23-20152
Hon. Mark A. Goldsmith

To all of you,

    The fourth way, the way of the Sly man, is not different from the way of the beggar, monk, or yogi. This is a perception error. It is not in the works or the acts, behaviors that bring about the ascensions. Imitation has its limitations. Not all beggars, monks or yogis reach ascension, if it was the method that mattered then that would not be true. Many people are not capable of ascension because of the way the planets were aligned while they were forming in the womb. This is why Jesus said the parables were "for those with eyes to see and ears that can hear." Those who had "stars" that descended onto them due to planetary influences. Stars being Spirit or Breath of Wind of Life or the Âtmâ, the name is not important, the concept is.

    All great events in the life of the human masses are caused by planetary influences. They are the result of taking in of planetary influences. Any small tension in planetary spheres can be reflected for years in human interaction. These influences are received by humans and immediately people begin to hate and kill one another, justifying their actions by some theory of brotherhood, or equality, or love, or justice. Humans, well organic life, both send and receive energy at all times. Everything that happens on earth "happens" because the Sun, the moon, and the planets require or draw certain kinds of energy. There are people who understand this and use it in what they believe is to their advantage. They are simply serving their purpose. Operating within their niche, facilitating the proper energies when they are necessary. This is what it means when scripture says that God laughs at their schemes. They are simply facilitating the will of the divine, serving their purpose. These people are sleeping and believe they are plotting and scheming against others to gain some sort of advantage they see, but they don't understand that their knowledge, desires, drives, and plots are given to them to facilitate God's will. "The words I speak are not my own, but my Father who lives in me does his work through me." "For the Scriptures say that God told Pharaoh, 'I have appointed you for the very purpose of displaying my power in you and to spread my fame throughout the earth.'"

    "Not all who are born into the nation of Israel are truly members of God's people! Being a descendant of Abraham doesn't make them truly Abraham's children. For the Scriptures say, 'Isaac is the son through whom your descendants will be counted,' though Abraham had other

ldren too. This means that Abraham's physical descendants are not necessarily children of God." will show mercy to anyone I choose, and I will show compassion to anyone I choose." "So it God who decides to show mercy. We can neither choose it nor work for it." So you see, God ooses to show mercy to some, and he chooses to harden the hearts of others so they refuse listen." "Though the people of Israel are as numerous as the sand of the seashore, only a mnant will be saved."

People are chosen based off the alignment of the planets while they are forming in the omb. The "war in Heaven" is a planetary event. A long time ago an event happened in space at resulted in the formation of the moon, a tilt in the planet venus, and the remnants the asteroid belt. I mention the Moon and Venus for a reason. In the old scriptures of edic religions the Moon is "Soma" or "Sin", and Venus is "Lucifer" or the "Star of the Morning". hen this event happened the Earth got its wobble and passes through two major stages at influence humanity. The Adepts in secret societies will call the event we just passed t of "Kali-yuga". As time goes on there will be less influence of those born with the influence "Lucifer" and those born in "Sin". Those using "Moon magic" as it is called in Tarot, which eans "Illusions" or "lies and deceit" will have less effect. People will "wake up" to these tricks f using the planetary influences.

At some point in the near future the magnetic field of earth is going to shift to facilitate change in planetary alignments due to the wobble and people will "stumble around as f they are drunk when they are not drunk", and "not wonder about their friends or family". he crust of the earth will also shift, with major weather events and volcano eruptions. ll of this is foretold in Scripture as well as the FBI classified, "The true Story of Adam nd Eve." The 144,000, of which ~18,000 are men, are the Indigo children, those chosen to urvive and reseed the earth. The remnant. This has happened more than once in history. t is about to happen again. The secret societies are aware of this, for instance the Rosycrussians reated the Georgia Guidestones for the survivors. I wonder what was in the time capsule "R.C. Christian" or "Rose Cross Christian." Since it got associated, and rightfully so, with the Israeli Eugenics COVID money laundering scheme that I suspect is to fund the Mars

colony excursion, I guess we will never know since it was blown up. I am not the only one with eyes that see, and ears that hear. Just more patient with deceit and injustice.

There are two paths; one where you facilitate my being exhalted to the role I am destined for, and those who have done psychotic things are held to account; another where I end up there anyway, but a lot of people die. Their souls will be either reincarnated or... "repurposed" so to say. The second death. Energy is neither created nor destroyed, it simply changes form.

But, if you chose the right path it would make Scripture wrong. The next thing to occur, which if you watch the events on the "ring of fire" after the "ring of fire" solar eclipse and the meteor shower that followed it, you can see the part of scripture with the islands and mountains moving will soon take place. There is an ELF coming from somewhere that keeps rocking the plates, which sets off a series of earthquakes as one plate hits another, then another.

The crust will shift, then another earthquake, then a volcano will erupt and cause massive fires in many places, then a volcano under the sea, so on and so forth. I suspect this is the letter the Tarot readers refer to when they say, "everything you said starts to come true," and the people involved in this case start to freak out and realize what they have done. My mom also starts to figure out that I "have a very Spiritual family" and an ancestor they called my "grandfather" with certain "gifts" that I have inherited. Genesis follows a bloodline where every generation one person is chosen to be "annointed" with the Spirit of the Lord. Then it is lost, and the Jesus pops up, and then it is lost again. The stump of Jesse, not all descendants of Jacob are chosen. The bloodline was lost or rather hunted, and hidden. Revelation is its revealing. As the magnetic field shifts, more people will prophecy, then everyone will eventually be able to "witness" any alteration to the magnetic field that ever happened. The book of life will be opened, and any thought anyone has ever had will be known by all. "And the books were opened, including the Book of Life. And the dead were judged according to what they had done, as recorded in the books. The sea gave up its dead, and the grave gave up the dead. And all were judged according to their deeds."

Babylon, the beast, aka "Israel" has placed its tent between the mountain and the sea,

is time will run out, no one will come to help. The UN security council vote was 13 to out of 15. Read the room.

My next move is going to be a big deal. I am told not to tell you what I am doing, but s going to bring massive attention to both this kangaroo court nonsense and the OVID scam. All you did was put a spotlight on me and prove me right in doing so. aving the lawyer on my case who litterally wrote a letter declaring a conflict of terest is no small deal. You thought you could shove me in a hole to be hidden and rgotten, medicated into oblivion, with no one to come to my aid, and a paper trail support putting me there. God has other plans. I wish you were better people. But ou are not. I hope you are treated better than you tried to treat me. I am not without ptions, even where you will send me. Its already in the works. let us see how things o from here. Until that day.

— Jack Carpenter

For the record:
ne: "It is not the intent of the Kingdom to impose itself on anyone or utilize violence in any egard"
BI: "Sovereign Citizen Extremism" and "Domestic terrorist"
e: "I am driving around with expired tags and a full arsenal of weapons that I will not use" and if you arrest me, I'll just end up in court, and we all know you don't want my argument nywhere near a court."
BI: "In his campaign of violence" where no one was hurt.
ank Moon: "Driving around threatening to shoot people"
e: "Source is telling me to stay in Texas"
BI: "We need to search his car for guns that show intent and travel itinerary to Michigan"
That's either stupidity or blatant corruption. Take your pick. But it explains 10 months of trying so hard

Jack Carpenter
105 East Ice Dr
Midland, MI
48624

The writer of this letter is an inmate in the Midland County Jail, Midland, MI 48642

Clerk of the Court of
Honorable Mark A. Goldsmith
231 W Lafayette Blvd. 5th floor
Detroit, MI
48226

METROPLEX MI 480

Happy

46226-277758

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022