FILED
DEC 26 2023
CLERK'S OFFICE
DETROIT

US v Jack Carpenter III
Case No: 23-20152

All of you,

Beyond the Unmanifested is the all-pervading and imperceptible Being. By knowing Him, the mortal is liberated and attains immortality. This division of the individual into senses, mind, intellect, self-consciousness, undifferentiated creative energy and the absolute Self is explained in the commentary of verse XI, Part Third.

His form is not to be seen. No one can see Him with the eye. He is perceived by the heart, by the intellect and by the mind. They who know this become immortal.

The Supreme, being formless, cannot be discerned by the senses, hence all knowledge of Him must be acquired by the subtler faculties of heart, intellect, and mind, which are developed only through the purifying practice of meditation.

When the five organs of perception become still, together with the mind, and the intellect ceases to be active: That is called the highest state.

The Teacher now shows Nachiketas the process by which the transcendental vision can be attained. The out-going senses, — seeing, hearing, smelling, touching, tasting; the restless mind and intellect: all must be indrawn and quieted. The state of equilibrium thus attained is called the highest state, because all the forces of one's being become united and focused; and this inevitably leads to supersensuous vision.

This firm holding back of the senses is called Yoga... Yoga literally means to join or unite the lower self with the Higher Self, the object with the subject. The Definitions of words create perception barriers, maybe we just don't understand the concept that is trying to be explained. Why does Genesis follow the bloodline of Adam (Wisdom, Vāch, the Light, Word made Flesh) explaining the one child in each generation that God chose to put his Spirit upon? Son of Man = Descendant of Adam. Hebrew ādām = man. Son of Man - a title Jesus called himself. Daniel as well.

There is no "trine". The Father, the Son, and the Holy Ghost that are the same thing

thin 14 words it should come the statement 'But of that day and that hour knoweth no man, no, not the angels which are in heaven, neither the Son, but the Father.' The one exhibition of error and the one confession of ignorance grow side by side... The facts, then, are these: that Jesus proffessed himself (in some sense) ignorant, and within a moment showed he really was so. To believe in the incarnation, to believe he is a God, makes it hard to understand how he can be ignorant; but also makes it certain that, if he said he could be ignorant, then ignorant he really could be." - C.S. Lewis - the World's last night

"I say, 'You are Gods; you are all children of the Most High. But you will die like mere mortals and fall like every other ruler.'" - Psalms 82:6-7

"For when you die and are buried with your ancestors, I will raise up one of your own descendants, your own offspring, and I will make his kingdom strong. He is the one who will build a house - a temple - for my name. And I will secure his royal throne forever. I will be his Father, and he will be my Son. If he sins, I will correct and discipline him with the rod, like any father would do." - 2 Samuel 7:12-14 - Nathan prophecies the Davidic King, a Messiah, to David

How is a man God incarnate but the Son of God, a God themselves separate from God, immortal yet mortal, ignorant and a sinner that God has to correct?

worshipper with God." - the Upanishads

"It is clear from the New Testament that they all expected the Second Coming in their lifetime. And, worse still, they had reason, and one which you will find embarassing. Their Master had told them so. He shared, and indeed created, their delusion. He said in so many words, 'This generation shall not pass until all these things be done.' And he was wrong. He clearly knew no more about the end of the world than anyone else.

It is certainly the most embarassing verse in the Bible. Yet how teasing, also, that

US v Jack Carpenter III
Case No: 23-20152

Moon,

In order to be diagnosed with paranoia one must actually be fearful of those that [are] after them. Your expert witness lied when he said I removed the battery from my [pho]ne. I never said any such thing, and I am relatively certain the battery in my [pho]ne is non-removable. I really dislike liars, like yourself who said I was "arrested [in] his car," and "was driving around threatening to shoot people." If I was arrested [in] my car, why was a search warrant for it granted? The DOJ received an email [c]l[ear]ly stating that I was driving around with expired tags, but no intention of [usi]ng the guns in my car. There was no search incident to arrest because I was not [in] my car. The search warrant for the car said the FBI was searching for guns to [sh]ow intent to carry out the threat, but intent to carry out the threat is not [a pr]ong of the law you have to prove, and they ignore every instance showing [a] lack of intent to carry out the threat. Where is the tweet that says I was [stay]ing in Texas or that what I said should be what causes you all to come [a]t me? Just like the lies about 312.7 "safe" and "effective", the truth or the [law] or justice is irrellevant to you. This is behavior of a functioning sociopath [wi]th narcissistic personality disorder. You paint pictures. You use emotion [as] a weapon. You lie and cheat to win. You are the exact opposite of what [it] means to be a public servant. You have no business in that role.
[I]f you are not involved in the COVID conspiracy, and I know you know [th]at does happen, more than one person working in coordination to carry out [a] crime, because of all the people in prison for exactly that, usually for [po]ssession with intent to distribute as one of the charges. So the fact [re]mains, you intentionally tried to make it seem like anyone that says [it] is unlawful to claim non-FDA approved medication is "safe" or [e]ffective".
So do you suffer from a delusion where when confronted with evidence [tha]t contradicts your beliefs you cannot acknowledge you are wrong, and

therefore have a mental illness or are you corrupt and involved with the cover up of the intentional release of a lab created biological weapon to terrorize the civilian population into taking a for profit medication made by a company controlled by an Israeli Zionist Jewish Citizen?

Do you need medication to help you think better or do you belong in a cage with your co-conspirators? There are no third scenarios here. The other lies show that it is not a mental illness, its planned, calculated malice. Even the Marshals saw it. Anyone with a brain can see it.

Pfizer announced that with COMIRNATY and whatever the RSV one is, the sales are down 97% and 70% respectively. The world is ready to be reaped. It is anti-Israel, and anti-vaccine at the same time while I am about to put evidence of a criminal conspiracy about "vaccines" perpetrated by Israel. What do you think the Mathematical odds of that are? It's almost like God is working with me or more specifically, I am working with God to fulfil a prophecy about a new nation coming about at the same time as people who claim to be Jewish, but are not, deceive the world with pharmaceuticals. Weird, right? If only someone explained all of this in an email to the US government in November of 2022.

What are the chances that everyone watching this case is on the side of the criminals? I noticed the lack of mention of the 101st Airborne and Dr Tedros of the WHO. I always see more than I say. Neither of those will be mentioned, like I never said them.

Increased cases of RSV = Antibody Dependent Enhancement syndrome. The reason no other coronavirus vaccine or injection made it to market. It causes the body to attack itself, which is why the military noted a 1000% increase in neurological issues, from 80,000/year to 800,000/year. Also a 20% increase in cancer. You will all be held to account. Pick the right side. Or don't. Be an example of who not to be for human history.

Ms. Carlson, in the Tarot readings you and Mr Moon are "the toxic couple", not that it implies you are or were an item. But you have seen him do this to others, paint pictures, hide facts, win at all costs, lie on the record to win. When it goes south on you two, he's going to try to blame you. You have evidence to prove otherwise.

JP, I guess we are to where you realize you should have been helping me the whole time. You did ok at the hearing but should have objected at the mention of religion which can't be used, even by the government paid psychologist. You also should have had a computer forensic specialist to testify that the "Q" stuff was real, because it is. Also Dana to testify about the conversation where she agreed that the police and FBI were ignoring crimes I point out while manufacturing crimes against me. Everything I said about you is true, and you should have removed yourself from the case. There is only one reason why you wouldn't.

Dana, When it comes time, you should tell the truth. There are ethical concerns with your silence to this point.

To those building a case in the background. I know you want me to be silent, and hold on just a while longer. But I grow weary of this game. Any day now, I'd like to start issuing orders to the courts in Michigan, and issuing warrants. Plus, I need to start the arguments for the second Reprisal from December 31st, then address the rogue nation behind all this ridiculous behavior. "War through deception" because God's chosen people are liars, and all that crazy, irrational, absurdity. I know you are there, and I grow impatient. I haven't spoken to my daughter in almost a year now. I keep telling Krista that the court won't rule anything because they can't show jurisdiction but they keep delaying the case waiting for the Feds to rule one way or another, but she thinks the challenged order is valid, and is probably really confused why they won't enforce it when I tell them how and when I ignore it.   — [signature]

but separate. This is nonsensical. There is God, the All, the Absolute; There is the human vessel, the Avatar used to be the messenger for the Word of God; and there is the Spirit of Wisdom or Vâch the neuter God of Speech that named everything that is the Light that everything was created through.

When the Avatar of each generation receives the Spirit of Wisdom, when God places His Spirit upon them, then the Word of God is made Flesh, and lives among us. The Advocate, the Spirit of truth, comes to judge the world.

"At that time the Spirit of the Lord will come powerfully upon you, and you will prophesy with them. You will be changed into a different person." 1 Samuel 10:6

"Out of the stump of the line of Jesse, David's father, will grow a shoot — yes, a new Branch bearing fruit from the old root. And the Spirit of the Lord will rest on him — the Spirit of Wisdom and Understanding, the Spirit of Counsel and Might, the Spirit of Knowledge and the Fear of the Lord." Isaiah 11:1-2

11... and that is Seven Spirits or the Seven Lampstands or the Seven Pillars.

---

Hello, "Fearful confession of a hitman, may lead to prison sentence." You read this at some point. Are you the one that drinks their coffee looking at the barn every morning because of what is underneath it? "The sea gave up its dead, and death and the grave gave up their dead. And all were judged according to their deeds." What a heavy burden. "Listen! The Lord's arm is not too weak to save you, nor is his ear too deaf to hear you call. It's your sins that have cut you off from God. Because of your sins, he has turned away and will not listen anymore. Your hands are the hands of murderers, and your fingers are filthy with sin." "For God said to Moses, 'I will show mercy to anyone I choose, and I will show compassion to anyone I choose.' So it is God who decides to show mercy. We can neither choose it nor work for it." You have a role to fulfil. God has chosen you for it. To repent means to acknowledge the wrong and try again with new understanding. I have been waiting for you.

METROPLEX MI 480

18 DEC 2023 PM 7 L

Clerk of the Court of
Honorable Mark A Goldsmith
231 w Lafayette blvd, 5th Floor
Detroit, MI
48226

Theodore Levin US courthouse

METROPLEX MI 480
18 DEC 2023 PM 7 L

The writer of this letter is an inmate in the Midland County Jail

Jack Carpenter
105 Fast Ice Dr.
Midland, MI
48642

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022