9

DEC 27 2023
CLERK'S OFFICE
DETROIT

US v Jack Carpenter III

Case No: 23-20152

Honorable Mark A. Goldsmith,

I would like to, again, point out that the "representative" assigned to my case wrote a letter stating there was a conflict of interest representing me that is filed on the docket in august. I specifically requested a computer forensic specialist to show that my claims regarding the I user were not "delusions" as the forensic Psychologist claimed because, like my appeal, he just assumes things based on no evidence at all. Maybe JP doesn't understand what it means when it says that I have a right to call witnesses in my defense. If you notice, not one claim the government made was challenged. 21 CFR 312 and 312.7 weren't addressed nor was it shown the injections were licensed under 21 CFR 312. Dana Mertz didn't testify that she said it was clear that the government was ignoring crimes I point out while trying to manufacture crimes against me.

In the letter JP sent he said that if I win my appeal then it shows I am indeed competent. Then he delayed it claiming that since he assumed the forensic Psychologist would find me competent, it was moot. But then, since he found me not competent, it was moot. Do note that this delay was AFTER he wrote the letter stating a conflict of interest and he told me on the phone he would not interfere with the appeal. Which, again, if I won it proves competence, as he said.

I would also like to point out, again, that the forensic Psychologist said that it was evidence of irrationality that I thought I had the right to use "Lawful violence", which is a legal term he clearly doesn't understand because he also said that I had the ~~requisite state of mind to claim~~ self defense. He also agreed self defense was a legal theory. It should be noted that self defense is both "Lawful violence" and "a right", so as long as a jury agrees the facts support my belief, and the force was in proportion to the threat, then I had the "right" to use "Lawful violence". It is somewhat amusing and sad I had to write that out. Why am I having to convince someone who thinks my appeal is a delusion and what I can prove with computer forensics is a delusion of things that are the jury's role to answer?

I also find it odd that the forensic Psychologist thinks that it is a problem that

may choose to exercise my right to proceed pro se. Which if I lose then I'll get ntenced with a recommendation of 0-6 months, of which I have served... 10 onths of. Because we had to waste almost a year of my life claiming I don't ave a rational understanding of the facts or the process because I want to place cts on the record that are integral to two defenses I wish to utilize. One the dge recognized on June 6th and the second the forensic Psychologist in his aster degree glory testified I had to required state of mind to present while so claiming the right to use Lawful violence was irrational, and having no idea the slightest that was what he was saying, because he didn't have the first ue he contradicted himself.

He also didn't seem to understand that the first thing he does is give a version Miranda rights, and then seems confused that I didn't participate. He also emed concerned that after JP wrote me a letter about my appeal being accepted at I didn't believe him when he told me it didn't exist. I have two issues with at claim, first, its a lie, second, well duh! He came by and asked if I still was oosing not to participate. I told him that it is not in my best interest to participate a process where the government is trying to deny me the right to a trial, and that ere was an appeal, case no 23-1661, where there were issues regarding the order send me there. He said, "OK", and left. End of conversation.

First, the issue of jurisdiction was not addressed but used as evidence of ncompetence, putting the cart in front of the horse. Sincere beliefs inferred rom a religious practice are not evidence of irrationality. Both of which the orensic psychologist used to reach his conclusion. A legal question for the judge nd religious beliefs. This is a question in the appeal.

In short, the forensic Psychologist used a legal defense the judge had not judged its merits, religious beliefs, and facts to be judged by the jury as evidence nat I may choose to exercise my right to proceed pro se, and that concerns im because I think I have the right to self defense and defense of others.

AP News - European Union investigating Musk's X over possible breaches of social media aw... The European Commission, the EU's executive arm, quizzed X over its handling of hate peech, misinformation and violent terrorist content related to the Israel-Hamas war after the onflict erupted.

Didn't I say that this would happen? Nation States and multinational corporations wned and controlled by Zionist Israel's Jews would systematically attack him after cknowledging that Zionist Jews are racist against white people and asians? Must be a ucky guess. Elon was raised in a Jewish Seminary and his name means "Oak tree" in ebrew. Is that strange? Its strange, right?

AP News - Haley slams DeSantis for stumping in Iowa with Massie, who's opposed votes ondemning antisemitism... "You can't be pro-Israel and bring the most anti-Israel Republican nto this state, who voted against fighting antisemitism on college campuses," Haley said. And that's who he brought to your state."... Support for Israel is a top priority for most Republicans, especially evangelical Christians who form an influential bloc in the Iowa GOP and many whom believe Jews are God's chosen people and that Israel is their ightful homeland.

AP News - Watchdog group accuses Ron DeSantis of breaking campaign finance law. I bet hat watchdog group is funded by Zionist Jews. Anyone want to take that bet?

"The Jews run Congress, and rightfully so." - Donald Trump.

The Bible literally says that after the revealing of the Davidic King 144,000 people ill be called to the Holy land from the 12 tribes of Israel, but first a group of eople who pretend to be Jewish, but are not Jewish will try to steal land sing deceit and murder. The revealing of the Davidic King will be because those ery same people will deceive all the nations of the earth with Pharmaceuticals.

The Jewish religion says that the Davidic King will be revealed by creating

a nation in a single moment from a single person and that God will destroy most Jewish people because they plot and plan to steal land thinking that God intended r for them so it is their job to go get it. That they will lead to the destruction f Jerusalem. From the few that are left, the Davidic King will build God's nation. There is nothing more Anti-Semitic than the Jewish religion. It's like those Zombie movies where everyone watches thinking they are one of the 10 survivors not ealizing that statistically they are more likely to be the zombie horde.

"At the time I have planned, I will bring justice against the wicked. When the earth uakes and its people live in turmoil, I am the one who keeps its foundations firm." "Israel is like a thief who feels shame only when He gets caught. They, their kings, officials, riests, and prophets — all are like this." "You yourselves have killed your prophets as lion kills its prey" "I thought to myself, 'I would love to treat you as my own children!' wanted nothing more than to give you this beautiful land — the finest in the world. I looked forward to your calling me 'Father', and I wanted you never to urn from me. But you have been unfaithful to me, you people of Israel!" "I will ring disaster on my own people. It is the fruit of their own schemes, because they refuse o listen to me."

Someone tell the ADL on the Jewish Prophet Jeremiah. Congress as well, maybe hey will want to pass a law to stop colleges from allowing students to promote God's nger at Zionist Jews who steal land and commit genocide. They gave their ation a blasphemous name and rule from the seven hills of Jerusalem. "God's hosen people."

"His government and its peace will never end. He will rule with fairness and justice from he throne of his ancestor David for all eternity." - Jewish Prophet Isaiah

"War through Deception" - Those who say they are Jews but are not, because their ynagogue belongs to Satan. MOSSAD motto

You truly need nothing more than that contrast to see it for the truth that it s. If you need more, its due to a mental health issue.

AP News - Police say driver accidentally struck parked SUV in Biden's motorcade near campaign headquarters.

The fated car accident I thought was a reference to the music video "Fighter" because at some point in this a music artist becomes important. Blending of stories, who is who is not always easy to determine. The Tarot readings for Biden are about to come true.

"The devil will throw some of you in prison to test you. You will suffer for 10 months." An earthquake in china and the volcano erupts in Iceland on Dec 18th. I was arrested Feb 18th. That is 10 months. "At the time I have planned, I will bring justice against the wicked. When the earthquakes and it's people live in turmoil." It has begun. Have any of you read, "The real story of Adam and Eve"? It was classified by the FBI, similar to "The Protocols of the Elders of Zion" which confirms Henry Klien's "A Jew exposes Jewish world conspiracy." Anyway, in "The true Story of Adam and Eve" it gives an outline of what is coming. How God makes a new heaven and new earth. I tried to warn you all, but you weren't meant to listen. God says that if he has destined something for destruction, even if Moses, Lot, and Noah were in it, the best they can do is save themselves. I tried, we've decided to test God, I guess. Moses warned the Pharoah, he was built to show God's glory. The same is true for all of you. I bet even now, reading this, you are sitting there feeling smug. You are all about to experience the third great shaking of the earth, as the Hopi native americans would call it.

Babylon; or "Israel", the great city that rules over Kings of the world, the city of Jerusalem with its seven hills will be turned on by its scarlet beast and ten horns. The fall of Babylon is coming. "In a single moment it is gone." "She will be completely consumed by fire." "For your merchants were the greatest in the world, and you deceived the nations with your pharmaceuticals. In your streets flowed the blood of the prophets and God's holy people and the blood of people slaughtered all over the world." "The smoke from that city ascends forever and ever!" It is not Jonah, we've chosen Noah. Just patiently waiting now. Judgment is upon us now. It is written,

so shall it be.

"Israel does not need the United States, the United States needs Israel." -Nikki Haley

ust because that sentence is mirrored doesn't make it make sense. But let us test that heory funding their war crimes and land theft. Maybe the next UN vote?

The Jews run Congress and rightfully so." -Trump

Why do 2.9% of the US run congress? Don't they have their own nation? Don't hey "not need the United States"?

Claim: The US government is infiltrated by a foreign country. Their agents have eleased a genetically modified coronavirus, a human engineered biological weapon n the civilian population to terrorize them into giving tax money to corporations ney control. Or, in the Words of Donald Trump "Manufacture Public Demand" and Manufacture Public funding", for "New vaccine technologies". AKA "Operation Warp peed" because a virus leaked from a biolab in China after Eco-Alliance Health sked permission to release a human engineered virus into the bat population in China.

Hank Moon: So you think the US Attorneys office is involved in a plot to hide hese crimes by denying you a trial, and sticking you in a mental institution or thinking the people that perpetrated these crimes are after you for wanting o avoid the legal consequences of these crimes?

In a word, yes.

JP wanted me to agree it was a disagreement on the law, but if it was just hat he wouldn't have delayed my appeal. He [illegible] that if I win my appeal proves I'm competent, then delay it because he felt I would be found competent so it would be moot. But also since the Psychologist used evidence that can't e used, as I argued in my appeal, the appeal is moot. If I am found to be competent by the judge if he ignores my attorney claimed a conflict of nterest then ignored all requests for evidence to present at the hearing, then early the jurisdictional argument the Court noticed on June 6th is prevented. Which again, if jurisdiction is lacking, then competency is irrellevant. It puts

the cart before the horse, which is the issue in the appeal.

What lawyer tells their client that they won't present evidence to the judge because the judge won't hear the argument, but when I present it, the judge responds by acknowledging the argument? Then he waives the argument, and says he is "shocked" the judge responded. When I appeal the argument saying there is a due process issue caused by the defense attorney when they waive a jurisdictional challenge the court recognized saying that it doesn't take away" from the challenge to jurisdiction if the Court exercises jurisdiction when it is aware it is in question, and then IF the court finds me competent we can then look to see if the court had the jurisdiction to question competency in the first place.

Then he writes a letter stating that if I win my appeal, clearly I am competent, but there is a conflict of interest representing me. I tell him to remove himself, and he delays the appeal until after the competency hearing. Then "represents" me at the competency hearing.

We do disagree on the law, since I think that is ineffective counsel and criminal negligence, I am also clearly correct that jurisdiction trumps all. This isn't going to turn out well for anyone involved. Clearly this is all unlawful. Sadly, I expected nothing less. But, its just paranoia, right?

You don't win this game. I just have to suffer while you try to do the worst. It sucks, but its the role I was given. "But it was the LORD's good plan to crush him and cause him grief. Yet when his life is made an offering for sin, he will have many descendants. He will enjoy a long life, and the LORD's good plan will prosper in his hands. When he sees all that is accomplished by his anguish, he will be satisfied." Sadly, I was built for this stupidity. But it is so this all stops, and it can be brought to light. Its not much longer now. Even Israel is turning on Israel. I can see the plan. Judgment is upon us. The world has been found wanting. I wish you were better people, but you

ill cease to be a concern to myself or anyone else. It is truly not that ifficult to do the right thing. You all know what it is, you just choose ot to. Believe or do not, you were all warned. More warnings than I feel ou deserved, to be honest. Do your worst, I am ready. I submit to the ill of the Divine. "Would I ever bring this nation to the point of birth and hen not deliver it?" asks the LORD. "No! I would never keep this nation from eing born." Says your God.

I hope you enjoy the Holidays with your Family while you rob me of mine. suspect that the coming tribulation will be difficult, you should enjoy the me you are all given. I am done asking the wicked to do right. I get the pression this is all to check my empathy so it does not go to those who do t deserve it.

-Jack Carpenter [signature]

Carpenter
105 East Ice dr.
Midland, MI
48642

METROPLEX MI 480
21 DEC 2023 PM 17 L

Happy Holidays

The writer of this letter
is an inmate in the
Midland County Jail
Midland, MI 48642

Clerk of the Court of
Honorable Mark A Goldsmith
231 W. Lafayette blvd, 5th Floor
Detroit, MI
48226

Theodore Levin US courthouse

Legal mail

48226-277758

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Envelope FSC® C137131

© USPS 2022