Case No: 23-20152
Honorable Mark A Goldsmith

F I L E D
JAN 04 2024
CLERK'S OFFICE
DETROIT

The Silent Observers,

It seems that since the court is refusing to acknowledge that I shouldn't be "represented" by someone that wrote a letter, which was forwarded to the court in August, which states there is a conflict of interest in representing me that the court is going to go along with the smear campaign by making me fight for the right to defend myself from a mental institution, that all of this seems to be for show.

That I will have to argue that the US Attorney used a competency hearing to transfer the role of the jury to a state funded psychologist who testified that I had the requisite state of mind to claim defense of self and others, but that thinking the people whom are being investigated by the House Intelligence Committee for the very criminal actions I claim are the underlying justification of my behavior would target someone exposing their felonous behavior is just a crazy delusion instead of a fact to be determined by a jury.

Simultaneously arguing that the defense attorney intentionally sabotaged my defense, and waived the defense after the court responded to it claiming that the court should exercise jurisdiction then later look into whether or not it had jurisdiction, while the government argued that challenging jurisdiction is itself evidence of incompetency. Then, again I must state, wrote a letter stating a conflict of interest while stating that if I won the appeal I was clearly competent, then delayed the appeal claiming they assumed that the psychologist would find me competent so it was moot. Then said since they found me not competent was moot as well. Then later offered no evidence, for example having a computer forensic specialist look into the code the psychologist ruled a delusion, like my appeal was a delusion, without even looking into it. The psychologist must be such a computer expert that he just "feels" the code, and knows it is a delusion. The fact that I am a trained computer forensic specialist trained by law enforcement is irrelevant. He knows in his heart it isn't real. It

does not matter if that is actually a fact for the jury.

Then despite the fact I have stated numerous times that defense attorney has actively interfered with not only defense in this case but in two state cases from June until December, and admitted to a conflict of interest before interfering with my appeal, the court allows him to represent me in the competency hearing.

It is pretty basic that none of this is legal, and clearly has denied me a fair trial or defense, is littered with due process and first amendment issues. The maximum sentence recommendation is 0-6 months and I've been incarcerated for 10 now.

All to hide that members of the US and State governments participated in a scheme to launder money through an Israeli MOSSAD controlled corporation by releasing a human engineered virus into the civilian population of a foreign country, which again, the House Intelligence Committee is investigating and has asked the US Attorney General to appoint a special prosecutor to investigate, which he won't because like the Secretary of Defense he is involved in the criminal conspiracy.

You should all be ashamed of yourselves. You don't win. I had hope that the system wasn't this far gone, but I suspected it was. Did you see the earthquake in New Hampshire and the one in Hawaii? What about the cancelling of Christmas in Bethlehem? Does it not register how badly you have all messed up? Well, it will. Mark my words. I have nothing but time and the truth will out. But in fact, it is best for you that I go away, because if I don't, the Advocate isn't come. If I do go away, then I will send him to you. And when he comes, he will convict the world of its sin, and of God's righteousness, and of the coming judgment." ... "Judgment will come because the ruler of this world has already been judged." ... "When the Spirit of Truth comes, he will guide you into all truth. He will not speak on his own but he will tell

he will tell you about the future"..."Out of the stump of David's root will grow a shoot — yes, a new Branch bearing fruit from the old root. And the Spirit of the Lord will rest on him"..."The earth will shake at the force of his word, and one breath from his mouth will destroy the wicked."

Some notes from "The New American Bible Revised Edition Translated From Original languages with Critical Use of All the Ancient Sources".

Luke is not a disciple of Jesus but a doctor that studied scripture then wrote his own account. the book of Luke and Acts are scholarly accounts not Gospels. This is an important fact. Note for Luke 2:11: "Luke is the only synoptic gospel writer to use the title "savior" for Jesus (Lk 2:11; Acts 5:31; 13:23; Lk 1:69; 19:9; Acts 4:12) As "savior", Jesus is looked upon by Luke as the one who rescues humanity from sin and delivers humanity from the condition of alienation from God. The title "christos", "Christ", is the Greek equivalent of the Hebrew māšiah, "Messiah," "anointed one" Among certain groups in first-century Palestinian Judaism, the title was applied to an expected royal leader from the line of David who would restore the kingdom to Israel. The political overtones of the title are played down in Luke and instead "the Messiah of the Lord" or "the Lord's anointed" is the one who now brings salvation to all humanity, Jew and Gentile. "Lord" is the most frequently used title for Jesus in Luke and Acts. In the New Testament it is also applied to Yahweh, as it is in the Old Testament."

John 1:49 "Son of God: this title is used in the Old Testament, among other ways, as a title of adoption for the Davidic King (2 Sm 7:14; Ps 2:7; 89:27), and thus here, with "King of Israel, in a messianic sense."

Luke 1:19 "I am Gabriel: The angel of the Lord is identified as Gabriel, the Angel who is Daniel 9:20-25 announces the seventy sets of seven years and the coming of an anointed one, a prince."

Daniel 6:1 "The character of Darius the Mede has probably been modeled on that of the Persian King Darius the Great (522-486 B.C.)

Daniel 7:13 "One like a Son of Man:... Scholars disagree as to whether this figure

uld be taken as a collective ~~~~~ Symbol for the people of God or identified as a ngle individual, e.g. the archangel Michael or the Messiah."
Daniel 9:24 "The 490 years here is not to be taken literally."
To summarize these to make a point, the true Jews are the Palestinian people. In the oks "Facts are Facts" and "The History of Magic by Éliphas Lévi" it is explained that those aiming to be Jews are actually from Turkey and India, they were originally called Bohemians" as in "Bohemian Grove", were caught poisoning wells for power and land in e 14th century, and emmigrated to Palestine and infiltrated the Jewish religious wer structure. Jesus, or Jeshua, was A Messiah, an anointed, a Prince of the venant, A Christos or Christ, one God elects to place his spirit upon like Saul and avid (also Messiahs). Some time between 522-486 BC Daniel predicted that 490 years, around 1 AD, A Messiah will be killed which will set us on a th to today.
In Daniel 8 is a prophecy for the end time. In 8:9-12 it speaks of "a little horn" at will become powerful enough to reach the heavens and attack the heavenly army, to mple heavenly being and stars, and overthrow truth. The note on Daniel 8:9 I little horn: As in chap. 7. The glorious land: Israel"
When the Davidic King, whom creates a nation from a single person, calls the true ws to him, wars will end. Israel claims to have fulfilled the prophecy in Isaiah 0:8 in 1948, ignoring Micah 5:2 and others, and is currently trying to justify rder of civilians, blowing up hospitals and schools, explaining the war they are ging is not close to over.
Whose hands are the blood of the Prophets on? "I know the slander of those who say ey are Jews but are not because their synagogue belongs to Satan. Don't be afraid what you are about to suffer. The Devil will throw some of you into prison to test " I am not afraid, I've chosen to be here. Planned it and calculated it, knowingly. e emotion is anger, not fear. I've lost faith in people, not God. I will call judgment. ere is no justice here. It is time. The third great shaking will come.
    — Jack Carpenter

The writer of this letter is an inmate in the Midland County Jail
Midland, MI 48642

METROPLEX MI 480
28 DEC 2023 PM 17 L

Clerk of the Court of

Honorable Mark A Goldsmith

231 Lafayette blvd, 5th floor

Theodore Levin US courthouse

Detroit, MI

48226



48226-277758

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022

Jack Carpenter
105 Fast Ice Dr.
Midland, MI
48624

Legal Mail