POOR QUALITY ORIGINAL

Case No: 23-20152
Hon. Mark A. Goldsmith

FILED
JAN 11 2024
CLERK'S OFFICE
DETROIT

Lloyd Austin,

There are occurances that seem to be lined up with events in my life that are hard to ignore. The arrest of Epstein, or the disappearance of the Queen of England on my birthday; the former Pope's death on Dec 31, 2021 and the expiration of the second Letter of Marquis triggering the reprisal; Your "complication" of an elective surgery on December 31, 2023. I wonder if you were moved to the ICU on January 5th when I was told to leave Michigan where I would be arrested in Texas, which I knew was coming. I can't let you all know everything I know when I know it, otherwise things change and the outcome hard to track. I suspected that the Master of puzzles was either you or Emory Tate Jr., the one who falls but not by human hands. As things appear right now, you would be the one they don't know what is wrong, can't fix, want to apologize but are too weak to do so, and they won't let you anyway. You, as many others, have failed your Dharma and brought us to this moment. A long line of souls coming back to "get it right" but in the moment of their destiny they refuse to do what was agreed to when they chose to come here. This happens on occassion and God has to reset the game, so to speak. Kali-Yuga, the age of Kali.

"When he [the Spirit of Christos] hears the hour strike, he will send Maitreya Buddha — after whom the old world will be destroyed."... "When he [the Spirit of Christos] shall have collected all the Spiritual, all the Light, out of Ilbadaoth's empire, Redemption is accomplished and the end of the world arrived."

"The Arabs of Upper Egypt, and the Mohammadans generally, have recorded a tradition that the Angel Azaz-el brings a message from the Wisdom – Word of God to Adam whenever he is reborn; this the Sufis explain by adding that this book is given to every Seli-Allah ("the chosen one of God") for his wise men... That this book was delivered by Adam to Seth, who passed it to Enoch, and the latter to Abraham, and

so on in succession to the most wise of every generation."

There is always a Messiah, Christ, an anointed. Those in Power conspire against them, and God.

"Uniting himself with Sophia [divine Wisdom] descended through the seven planetary regions, assuming in each an analogous form... [and] entered into the man Jesus at the moment of his baptism in the Jordan. From this time forth Jesus began to work miracles; before that he had been entirely ignorant of his own mission... The material body of Jesus was abandoned to earth, but He Himself, the Inner Man, was clothed with a body made up of aether. Thenceforth he consisted of merely soul and spirit... During his sojourn upon earth of eighteen months after he had risen, he received from Sophia that perfect Knowledge, that true Gnosis, which he communicated to the small portion of the Apostles who were capable of receiving the same."

"The perfect Christos and Sophia — divine Wisdom and Intelligence — enter the Initiate at the moment of the mystic rite, by transference from Guru to Chelâ, and leave the physical body, at the moment of the death of the latter, to re-enter the Nirmânakâya, or the astral Ego of the Adept."

To know where you are going, you must first know where you came from. Ezekiel 28, specifically 28:16 explains the first sin, lawlessness in commerce leads to violence. Revelation 18:23 is the sin that this incarnation was being taught to hate: Because our merchants were the great ones of the world, all nations were led astray by your pharmaceuticals. A full revolution in sin. If you sin in a incarnation, and fail to right the wrong, you come back as the victim of your wrong. It is that day, my friend. Will you right the wrongs? You know what you have done.

*[signature]*

Case No: 23-20152

To those who keep refusing justice, pg1

AP News, Jan 02, 2024, Ankara Turkey — Turkish authorities have detained 33 people suspected of spying for Israel... Authorities were still searching for 13 others... have links to Israeli Mossad... planning to carry out activities that included "reconnaissance and pursuing, assaulting and kidnapping"... recruited to spy on Palestinians... as well as Israeli activists opposed to their government... Israeli officials allegedly contacted the suspects via social media.

The prosecution is arguing that I am paranoid for believing I am being targeted for exposing that the Israeli government was behind a plot to release a human engineered virus into the civilian population in China while making the US appear as the perpetrator while using terror to convince civilians to coerce them into changing their laws and sending billions of taxpayer funds to Israeli controlled corporations. They claimed, "At best he cannot separate what he believes about the COVID injections from the proceedings" where I am arguing that behavior by MOSSAD agents in the US and State governments triggered the right to self defense and defense of others as well as codified State Police Power (a form of defense of others) as well as triggered a right in the State Constitution that draws the Court's jurisdiction into question. All in a bad faith attempt to have a psychologist funded by the government answer a question for the judge on the law and the trier of fact on the evidence to deny me a trial.

AP News, Jan 03, 2024, WASHINGTON - The national debt eclipsed $34 trillion several years sooner than pre-pandemic projections. The Congressional Budget Office January 2020 projections had gross federal debt eclipsing $34 trillion in fiscal year 2029. But the debt grew faster than expected because of a multi-year pandemic starting in 2020 that shut down much of the US economy. The government borrowed heavily under President Donald Trump and current President Joe Biden to stabilize

the economy and support a recovery. "So far, Washington has been spending money as if we had unlimited resources," said Sung Won Sohn.

How much did we pay for "vaccines" that do not generate immunity because claiming that or testing them for that would violate the license? How much went to the Jewish President of Ukraine? How much of US weapons did we give away after buying? How much do they want to give to Jewish Ukraine and Jewish Israel now? 111 billion. This is a money laundering operation.

AP News, Jan 04, 2024, DUBAI — IRAN state media says at least 103 people have been killed by explosions targeting commemoration for slain general.

Attack on US soil imminent, every action has an equal and opposite reaction.

AP News, Jan 04, 2024, Washington — the U.S. is "confident" that Palestinian militant groups used Gaza's largest hospital to hold "at least a few" hostages.

Taking wounded people to a hospital does not remove its protected status. But it is a nice effort right after Israel is accused of violating the genocide provision of the UN agreements created because the "burnt-offering" the Zionists staged to get a country, ER I mean Holocaust, but I repeat myself.

AP News, Jan 04, 2024, Live Updates — Israeli Minister doubles down on Gaza resettlement. Bezalel Smotrich wrote that 70% of Israelis support "voluntary migration" for Palestinians from Gaza to other countries... Germany has joined in strong criticism of two Israeli ministers' calls for Palestinians to be resettled outside of Gaza.. In Sunday, Smotrich, Israel's far right finance minister, said Israel should "encourage migration" from Gaza and re-establish Jewish settlements in the territory.

Talk of mass displacement brings up difficult memories for Palestinians, some 700,000 of whom fled or were forced to flee during the war leading to Israel's creation in 1948.

Voluntary migration, trail of tears style. But first, let's destroy everything and murder civilians so they want to flee.

"Son of Man, those who live among the ruins in the land of Israel are saying: 'Abraham was only one person, yet he was given possession of the land. Since we are many, the land must be given to us as our possession.' Therefore say to them: Thus says the Lord God: You eat on the mountains, you raise your eyes to idols, you shed blood — yet you would keep possession of the land? You rely on your swords, you commit abominations, each defiles his neighbor's wife — yet you would keep possession of the land? Say this to them: Thus says the Lord God: As I live, those among the ruins shall fall by the sword; those in the open field I have made food for the wild beasts; and those in the rocky hideouts and caves shall die by the plague. I will make the land a desolate waste, so that its proud strength will come to an end, and the mountains of Israel shall be so desolate that no one will cross them. Thus they shall know that I am the Lord, when I make the land a desolate waste because of all the abominations they committed." Ezekiel 33:23-29

AP News, Jan 04, 2024, SUZU Japan — Ishikawa prefecture and nearby areas were shaken by more aftershocks on Wednesday, adding to the dozens that followed Monday's magnitude 7.6 temblor centered near Noto, about 300 kilometers from Tokyo on the opposite coast. The quake set off tsunami warnings followed by waves measuring more than 1 meter in some places.

"Out of the stump of David's family will grow a shoot — yes, a new Branch bearing fruit from the old root. And the Spirit of the Lord will rest on him — the Spirit of Wisdom and Understanding, the Spirit of Counsel and might, the Spirit of knowledge and the fear of the Lord. He will delight in obeying the Lord. He will not judge by appearance, nor make a decision based on hearsay. He will give justice to the poor and make fair decisions for the exploited. The earth will shake at the force of his word, and one breath from his mouth will destroy the wicked." Isaiah 11:1-4

Watch, I told you. You haven't seen anything yet. When you choose not to believe a truth does it make it untrue?

Jack Carpenter

The Secret doctrine — H.P. Blavatsky volume 3: Hence, when we are assured by trustworthy and respectable persons of high social standing, and unimpeachable character, that there are many well-organised societies among Roman Catholic priests which, under pretext ~~of~~ and cover of Modern Spiritualism and Mediumship, hold séances for the purposes of conversion by suggestion, directly and at a distance — we answer: We know it. And when, moreover, we are told that whenever those priest-hypnotists are desirous of acquiring an influence over some individual or individuals, selected by them for conversion, they retire to an underground place, allotted and consecrated by them for such purposes (viz., ceremonial magic); and there, forming a circle, throw their combined will-power in the direction of that individual, and thus by repeating the process, gain a complete control over their

victim — we again answer: Very likely. In fact, we know the practice to be so, whether this kind of ceremonial Magic and envoûtment is practiced at Stonehenge or elsewhere. We know it, we say, through personal experience; and also because several of the writer's best and most beloved friends have been unconsciously drawn into the Romish Church and under her "benign" protection by such means. And, therefore, we can only laugh in pity, at the ignorance and stubbornness of those deluded men of Science and cultured experimentalists who, while believing in the power of Dr. Charcot and his disciples to "envoûte" their subjects, find nothing better than a scornful smile whenever Black Magic and its potency are mentioned before them. Éliphas Lévi, the Abbé-Kabbalist, died before Science and the Faculté de Médecine of France had accepted hypnotism and influence or suggestion among its scientific experiments, but this is what he said twenty-five years ago, in his Dogme et Rituel de la Haute Magie, on "Les Envoûtements et les Sorts": That which sorcerers and necromancers sought above all things in their evocation of the Spirit of Evil, was that Magnetic Potency which is the Lawful property of the true Adept, and which they desire to obtain possession for evil purposes... One of their chief aims was the power of spells or of deleterious influences... That power may be compared to real poisonings by a current of astral light. They exalt their will by means of ceremonies to the degree of rendering it venemous at a distance... We have said in our "Dogma" what we thought of magic spells, and how this power was exceedingly real and dangerous. The true Magus throws spells without ceremony and by his sole disapproval, upon those with whose conduct he is dissatisfied, and whom he thinks it necessary to punish; he casts a spell, even by his pardon, over those who do him injury, and the enemies of Initiates never long enjoy impunity for their wrong-doing... Karma seems to despise those who despise them, and puts to death those who would seek to prevent them from living. The Legend of the Wandering Jew is

the popular poetry of this arcanum. A people had sent a sage to crucifixion; that people had bidden him "Move on!" when he tried to rest for one moment. Well! that people will become subject, henceforth, to a similar condemnation; it will become entirely proscribed and for long centuries it will be bidden "Move on! move on!" finding neither rest nor pity.

The Kingdom of Heaven is likened to a man who wanted to kill someone powerful. So he took his sword and stabbed it into the wall to see if his wrist was strong enough, and the powerful man died. — Jesus

Tarot Readers — "Exactly what people intend for you is what ends up happening to them to a 'T'"

Yes, Mr. Moon. I am a giant net to ensnare certain likeminded people. At a certain point in this event we find ourselves in, it will be like a capacitor firing, and everyone that stood in my way will find themselves in the exact situation they wanted for me. It is science people call magic, but they just don't understand the power of thought.

"No educated man or woman would turn away from any of the now called 'Superstitions' which they believe to be based on nursery tales and ignorance, if they could only see the basis of fact that underlies every 'superstition'"

This is what the Lord says: "At just the right time, I will respond to you." That time is approaching. Like the Pharaoh you are doing what you are doing to spread God's fame. It is not difficult to do the right thing, you just couldn't stop yourself. Very few WANT

AP News, Jan 0, 2023, New York — A new batch of unsealed documents pertaining to Jeffrey Epstein's sexual abuse of teenage girls was released Thursday, adding several hundred pages to a trove of information detailing how the financier leveraged connections to rich, powerful and famous to recruit his victims and cover up his crimes... Epstein killed himself in 2019 while he was awaiting trial on sex-trafficking charges... While many of the people whose names appear in the court records aren't accused of doing anything wrong, there are also many references to Jean-Luc Brunel, a french modeling agent who was close to Epstein who killed himself in a Paris Jail in 2022 while awaiting trial on charges that he raped underage girls.

Is it odd that I mention that Ghislaine maxwell is the former head of MOSSAD's daughter, and then useless, already known info is made public? Is it odd that these two were "Epstein-ed", er, I mean killed themselves waiting trial for raping and selling children for sex? Almost as strange as John McCaffee saying he wasn't going to kill himself, that he used his antivirus to hack the "elite's" computers and steal incriminating evidence. Then a virus was released to hack a very old, specific type of file server he claimed this info was on. Then his apartment building collapsed. Then he "committed suicide" in jail awaiting prison.

No one actually believes these silly claims of suicide. These people could bring down dangerous people. The same people I am accusing of crimes. But, nothing to see here. Just a crazy guy.

It would be nice if you did your actual job, Mr Moon.

It takes a strange personality disorder to have a job where the point is to ensure Liberty (defined as "Freedom; exemption from control; the power of the will in its moral freedom to carry out the dictates of one's own conscience, free from the interference of others"), rights, and pursue justice while arguing that religious beliefs, religious practices, legal arguments about jurisdiction, and facts easily verified by reading a statute should suffice to deny one the right to a trial while claiming to be concerned about due process. All while being aware the defense attorney stated a conflict of interest then interfered with an appeal, ignoring the first amendment, the sixth, and that I factually provided evidence of criminal behavior.

Win at all costs, truth be damned. You should be a better human, but you are not so God can show his works. You know how I know my jurisdiction argument is valid besides the fact that I specifically sat down with the adopted law by Congress to tailor it, and the State Department confirmed it? The degree you immoral people went to ensure I can't make it on the record. Just a matter of time though. Your plan C is God's plan A. He knew your plan before you. How else was I able to tweet in December that I knew your plan to try to have me viewed as insane? That I put Tarot in there so you would use it? I don't have to rationalize my beliefs to any person, you should have informed your "expert" not to mention them. You should not have either.

"Because your merchants were the great ones of the earth, all nations were led astray by your pharmaceuticals"... "Festering and ugly sores broke out on those who had the mark of the beast or worshipped its image". When the FDA was sued for approving the COVID shots and took 183 days to look at the data but requested the data be suppressed for 50 years, look at the side effects.

Jack Carpenter
105 Fast Ice Dr
Midland, MI 48642

The writer of this letter is an inmate in the
Midland County Jail
Midland, MI 48642

Legal Mail

Theodore Levin US courthouse
Clerk of the Court of
Honorable Mark A. Goldsmith
231 W. Lafayette Blvd, 5th floor
Detroit, MI 48226

48226-277758

METROPLEX MI 480
6 JAN 2024 PM 5 L

USA FOREVER