3

US v Jack Carpenter
Case no: 23-20152
Hon Mark A Goldsmith

FILED
JAN 11 2024
CLERK'S OFFICE
DETROIT

Your honor,

I would like to point out that when the US Attorney did not challenge the fact that the COVID injections do not provide immunity from SARS-COV-2 because they were not licensed for that use, and the manufacturer testified under oath they were not tested for immunity because they weren't licensed to be tested for that use and he said "Fine, COVID injections" when I corrected him on that point, he acknowledged they are not vaccines, that do not provide immunity, yet were advertised as "vaccines" to mislead the public. It is not beyond reason to assume that people who released a human engineered virus then falsely presented medication as providing a communal benefit using lies and deceit would attempt to silence and discredit someone trying to expose this conspiracy, which again, is being investigated by the House Intelligence Committee. Since the US Attorney's "expert" witness testified that I had the requisite state of mind to claim self defense/defense of others/police power of the State then whether or not the facts support the claim to where a reasonable person would feel others were in danger is a question for the trier of fact, not the judge or a psychologist. Transferring this question to the psychologist who would see no facts was the point of this bad faith claim I don't rationally understand the facts for my defense. Thus preventing the defense from being argued while dismissing it as a mental illness. We spent ten months on this nonsense, and I had to prove it while defending myself from my own attorney as well as the US Attorney. That hearing shouldn't have happened because the attorney assigned to it stated they had a conflict of interest in a letter the Court has on record, then they interfered with my appeal. But even

still, it was acknowledged that I had the correct state of mind, meaning whether or not the facts support my understanding and the amount of force was reasonably tailored to the circumstance are facts for the jury, no one else. It is also appalling the psychologist stated that his concern was that I would proceed pro se, to exercize a highly protested right. This was all a farce that proved me correct in that I am entitled to the defense I've consistently stated.

—Jack Carpenter

METROPLEX MI
2 JAN 2024 PM
FOREVER / USA

The writer of this letter is an inmate in the Midland County Jail
Midland, MI 48642

Jack Carpenter
105 Fast Ice Dr
Midland, MI
48624

Clerk of the Court of
Honorable Mark A Goldsmith
Theodore Levin US Courthouse
231 Lafayette blvd, 5th floor
Detroit, MI
48226