Eastern District of Michigan
Southern Division

pg. 1

United States        Case No: 23-20152

v.        Honorable Mark A. Goldsmith

Jack Carpenter III

FILED
JAN 23 2024
CLERK'S OFFICE
DETROIT

<u>Motion to dismiss or move to proper venue</u>

    Under basic separation-of-powers principles, Congress, which has the central role in making laws does have substantial authority over many policy decisions that precede and follow an act of recognition. Congress adopts International law, and the President executes it. The President's recognition determination is thus only one part of a political process.

    It is also necessary to understand the distinction between recognition and existence. A state must exist to be recognized and a state may exist without recognition. Federal courts have ruled that whether a government has de facto or de jure control over a territory is a political question, not a judicial one. That, however, is a question regarding the exercise of control of the sovereignty over a geographic area, not whether a state exists.

    From this understanding it follows that there are three states or conditions of a sovereign entity; Existence; De facto rule; De jure rule. Existence being a necessary characteristic of the latter two conditions, and whether or not the latter are determined to fall into one category or another are political questions to be answered by the executive branch. The latter two conditions are determinations to confer certain rights and duties, or not, by accepting or refusing to accept the political person into a family of member states. The recognition of a state is the recognition of the existence of certain political conditions, it is not recognition of existence. Existence is not a question of International Law nor the will of any other state or states. To summarize this point, whether or not the Kingdom of Heaven exists is a fact to be accepted. It is

in no way dependent upon a ruling from this court or any other. It is in no way determined by a law on your books. It is in no way determined by an act of your executive branch. It is a fact to be acknowledged, nothing more, nothing less.

Foreign states need to know, before entering into ~~corporate or political~~ diplomatic relations or commerce with the United States whether their ambassadors will be received; whether their officials will be immune from federal courts; and whether they may initiate lawsuits in US courts to vindicate their rights. It would seem that the US Courts are confusing recognition of authority over an area of land as synonymous with existence while also inferring that if it does not recognize a nation, it then does not exist. This is faulty logic.

The most comprehensive right of a state is the right to exist as a sovereign political entity. From this comprehensive right flow the general rights of Independence, equality, jurisdiction, property and intercourse. The rights based on the right to existence were variously named as essential, fundamental, primitive, innate, absolute, permanent etc. From the right to exist, all other rights flow.

Independence from the point of international law is freedom from external political control. While all states which possess freedom from external political control may not be admitted to the family of states, meaning recognized, all existing states must possess this right, and other states must respect it.

Sovereigns in foreign countries are exempt from local jurisdiction. This principle is based, not merely upon courtesy, but also upon convenience and necessity. The Sovereign represents the state, and therefore cannot be subjected to the jurisdiction of another state without waiving the sovereignty, and in so far depriving the state of the essential right of Independence, which exists as a matter of existence. He is free from taxes, duties, police, and administrative regulations. He is exempt from all civil and criminal jurisdiction. This is owed as a matter of existence, not recognition.

These questions fall under the original jurisdiction of the Supreme Court under Article III §2 Clause 2. They are not questions for the District Court nor the Circuit Court. They certainly are not questions for a psychologist. It is certainly a curiosity that the District Court implied in its ruling that a fact it must accept on its face "seems irrational". This is the danger of allowing the prosecution or defense to argue that legal theories are themselves evidence of insanity.

To summarize:

1. The Kingdom of Heaven exists as of right, and that is not a question to be presented to this court for debate. It is to be accepted.
2. The sovereign of the Kingdom of Heaven is immune from Civil and Criminal Suits in US court.
3. The US Supreme Court has original jurisdiction over these questions.

I motion the court to either dismiss the case or move it to the proper venue. Also, why is the attorney that wrote in a letter there was a conflict of interest still attached? Please remove that burden. Thank you.

*Jack Carpenter* (signature)

Imagine the absurdity of having to defend the notion that it was discretion to strike a motion because Counsel was assigned while a letter has sat on the record since August where that same counsel stated a conflict of interest in being assigned. Then imagine the claim there was a "disagreement on the law" and that same counsel was clearly wrong. I've won every legal argument

I have ever made, eventually. I find that those who administer the law are often the hardest to convince of what the law is, and in turn takes a very long time to reexplain the same things in different ways, then often still requires a higher authority to explain how they misunderstand a finer point of the law. It took 11 months to explain to the 15th District Court of Ann Arbor I was right about what I was trying to do there as well. January 18th is 11 months in this court. Will this be the way to explain the same thing differently to see I was correct all along? One can only hope.

AP News - Beijing - Jan 17, 2024 — China's population dropped by 2 million people in 2023 in second straight annual drop as births fall and deaths rise

What occurred in 2021 that may explain this trend? Why did the US military say that the database for tracking health issues was wrong for every year prior to 2021 then cut access when health issues skyrocketed?

What is Antibody Dependent Enhancement syndrome and why is the first signs of it "increased cases of RSV and other respiratory illnesses"? Why has no Coronavirus vaccine made it to market? What is Eugenics? How do you explain to people they have been lied to when they won't listen? What is mass formation psychosis?

I have no interest in participating in a political society carrying out a suicide pact. Especially when they cannot see they are doing exactly that.

Jack Carpenter
105 Fast Ice dr
Midland, MI
48642

Legal Mail

The writer of this letter is an inmate in the Midland County Jail Midland, MI 48642

Clerk of the Court of
Honorable Mark A. Goldsmith
231 W. Lafayette blvd, 5th Floor
Detroit, MI 48226

48226-277758

METROPLEX MI 480
18 JAN 2024 PM 3 L

