7

F I L E D

JAN 26 2024

CLERK'S OFFICE
DETROIT

Case No: 23-20152
Honorable Mark A Goldsmith

To my captors,                                                                                    pg. 1

AP News - Concord, N.H. - A New Hampshire man who pleaded guilty to making a threatening phone call to a member of Congress was sentenced in Federal Court to three years of probation on Thursday.

In other news, on Friday another man has spent 11 months incarcerated for the same offense and we can't figure out if he should be able to present a defense. In case it is not obvious, that person is me...

AP News - Jerusalem- Netanyahu says he has told US he opposes Palestinian state in an post war scenario.

Who would have seen that coming? Oh, wait, God said that a couple thousand years ago, and I pointed out what they were doing. How on earth do I say things like I did on Twitter in December 2022 that the US Attorney will try to argue I am insane two months before my arrest, and then it comes true? Then I explain that Israel is just stealing land again, and then it comes true? Because it's not complicated to figure out what liars will do to manipulate the outcome they want.

A couple of facts about the Law of War:

1. Assassination is forbidden, like when Israel assassinated a HAMAS Leader and bragged.

2. Bombardment of non-fortified cities, towns, villages or buildings is forbidden, like literally all of Gaza.

Televised War Crimes, presented as legitimate acts of "Self defense" then outright

declaring the intent to steal land.

Have a mind that has Wisdom. The Seven heads represent the seven hills upon which the woman sits

The seven hills of Jerusalem. The prostitute is the Israeli government, clearly.

The ten horns that you saw represent the ten Kings who have not yet been crowned; they will receive royal authority along with the beast for one hour. They are of one mind and will give their power and authority to the beast. Together they will go to war against the Lamb, but the Lamb will defeat them because he is Lord of all Lords and King of all Kings... From his mouth came a sharp sword to strike down the nations... The scarlet beast and the ten horns all hate the prostitute. They will strip her naked, eat her flesh, and burn her remains with fire. For God has put a plan into their minds, a plan that will carry out his purposes.

The ten nations that fund Israel's defense will turn on her because the Davidic King, A messiah, not the messiah, the one that holds the covenant, will defeat them with words. It is time for people to flee Israel, the abomination of desolation is apparent.

desolate - Wasted; as land in a ruinous or neglected state; To make desolate; ravage.

And I will gather all the nations against Jerusalem for the battle; the city will be taken, houses will be plundered, women raped; half the city will go into exile, but the rest will

not be removed from the city.

On that day a fountain will be opened for the House of David and the inhabitants of Jerusalem, to purify from sin and uncleanness

Note: 13:1 For the House of David: Anticipation that a cleansed leadership will enable the re-established monarchy to be rid of the misdeeds of the past.

You were the seal of perfection, full of wisdom, perfect in beauty. In Eden, the garden of God, you lived; ... Blameless were you in all your ways from the day you were created, until evil was found in you. Your commerce was full of lawlessness, and you sinned, Therefore I banished you...

When the Lord washes away the filth of the daughters of Zion, And purges Jerusalem's blood from her midst with a blast of judgment, a searing blast.

I-yes-I alone – will blot out your sins for my own sake and will never think of them again. Let us review the situation together, and you can present your case to prove your innocence. From the very beginning your first ancestor sinned against me; all your leaders broke my laws.

For all the nations have fallen because of the wine of her passionate immorality. The Kings of the world have committed adultery with her. Because of her desires for extravagant luxury, the merchants of the world have grown rich.

The Davidic King, a victim of the original sin, lawlessness in commerce, will

be cleansed of the sin of the First ancestor to re-establish the monarchy. The world will be judged, and the nations defeated with his words. Then all will see the power of God. It is almost time now. Where do you all stand? Are you ok with releasing a human engineered virus to direct tax payer funds to Israeli controlled corporations? Because that is what standing against me means. The world will know. You cannot stop it. Only seal your own fates.

I've been in 9 facilities in 5 states over 11 months. Federal courts just sentenced someone to probation for what you deny me a trial for. How far will you push this?

"The misery of any nation or race is the direct result of the thoughts and acts of the Egos who make up the race or nation. In the dim past they did wickedly and now suffer. They violated the laws of harmony. The immutable rule is that harmony must be restored if violated. So these Egos suffer in making compensation and establishing the equilibrium of the occult cosmos. The whole mass of Egos must go on incarnating and reincarnating in the nation or race until they have all worked out to the end the causes set up... Of this old law the Egyptians are an illustration. They certainly rose to a high point of development, and as certainly they were extinguished as a nation But the souls - the old Egos - live on and are now fulfilling their self-made destiny as some other nation now in our period."

"Individual unhappiness in any life is thus explained: (a) It is punishment for evil done in past lives; or (b) It is discipline taken up by the Ego for the purpose of eliminating defects or acquiring fortitude and sympathy."

I, the Lord, made you, and I will not forget you. I have swept away your sins like a cloud. I have scattered your offenses like the morning mist. The people will no longer quote this proverb: "The parents have eaten sour grapes, but their childrens mouths

pucker at the taste" The day is coming when I will make a new covenant with the people of Israel and Judah ... I will put my instructions deep within them, and I will write them on their hearts.

The fierce anger of the Lord will not diminish until it has finished all he has planned. In the days to come you will understand this.

But it was the Lord's will to crush him with pain. By making his life as a reparation offering (asham, a sacrifice intended as compensation for that which is due because of guilt, Lv 5:14-26), he shall see his offspring, shall lengthen his days, and the Lord's will shall be accomplished through him. Because of his anguish he shall see the light; because of his knowledge he shall be content; My servant, the just one, shall justify the many, their iniquity he shall bear.

Jeremiah 51.11, the Lord has stirred the Spirit of Iran to destroy the prostitute, the great harlot on the scarlet beast covered in blasphemous names, with the blood of the prophets on her hands, who rules from the seven hills of Jerusalem.

The day of Karma, judgment, the distribution of justice is near.

"The Cycle of Avatars includes several smaller ones. The greater are those marked by the appearance of Rama and Krishna among the Hindus, of Menes among the Egyptians; of Zoroaster among the Persians, and of Buddha to the Hindus and other nations to the East. Buddha is the last of the great Avatars and is in a larger cycle than Jesus of the Jews, for the teachings of the latter are the same as those of Buddha and tinctured with what Buddha had taught to those who instructed Jesus. Another great Avatar is yet to come, corresponding to Buddha and Krishna combined. Krishna and Rama were of the military, civil, religious, and occult order; Buddha of the ethical, religious, and mystical, in which was followed by Jesus; Mohammed was a minor intermediate one for a certain part of the race, and was civil, military, and religious. In these cycles we can include mixed characters who have had great

influence on nations, such as King Arthur, Pharaoh, Moses, Charlemagne reincarnated as Napoleon Buonaparte, Clovis of France reborn as Emperor Frederic III of Germany, and Washington the First President of the United States of America where the root for the new race is being formed.

At the intersection of the great cycles dynamic effects follow and alter the surface of the planet by reason of the shifting poles of the globe or other convulsions. This is not a theory generally acceptable, but we hold it to be true. Man is a great dynamo, making, storing, and throwing out energy, and when masses of men composing a race thus make and distribute energy, there is a resulting dynamic effect on the material of the globe which will be powerful enough to be distinct and cataclysmic."

This theory is known to those administering the US and other governments though. This is why the FBI classified "the true story of Adam and Eve" which explains this. They know it is true and they hide it and discredit it as "Conspiracy theory" as they do with many inconvenient facts. A lot of countries are going to the moon with intent to stage a jump to Mars I wonder if it is related...

This is why the Tarot readers said a space program comes under investigation. I note the delay in funding Israel and Ukraine with a reason acceptable to the public. I have someone's attention. In fighting in progress.

It is sad that this must occur only because people refuse to do what is right and moral. They want things more than to live honorably. As it is written, then shall it be. Lessons will be learned one way or the other. I wish you were all better people though.

Jack Carpenter
105 Fast Ice dr.
Midland, MI
48642

Legal Mail

The writer of this letter is an inmate in the Midland County Jail Midland MI 48642

© USPS 2022

METROPLEX MI 480

23 JAN 2024   PM 10 L

48226-277758

Clerk of the Court of
Honorable Mark A. Goldsmith
Theodore Levin US courthouse
231 W. Lafayette blvd. 5th floor
Detroit, MI 48226

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC C137131