UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff(s),

v.                                         Case No. 2:23–cr–20152–MAG–EAS
                                                     Hon. Mark A. Goldsmith

Jack Eugene Carpenter III,

                Defendant(s).

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

        United States Court of Appeals for the Sixth Circuit
        Potter Stewart U.S. Courthouse
        100 East Fifth Street, Fifth Floor
        Cincinnati, OH   45202–3988

the defendant(s), and all attorneys of record, by electronic means or first class U.S. mail, on February 14, 2024.


                                          KINIKIA D. ESSIX, CLERK OF COURT

                                          By: s/ D. Peruski
                                                Deputy Clerk


Dated:  February 14, 2024