U.S. v Jack Carpenter III
Case No. 23-20152
Honorable Mark A Goldsmith

Ex. 1

FEB 16 2024
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

Mr Moon,

I want to point out a couple of things to the causual observer will be obvious observations:

1. It was argued that what is obvious by reading 21 CFR 312.7 and 21 USC 360 was evidence of insanity. Despite the reference being in the Declaration of Sovereignty and explicitly explained to the FBI as soon as they started recording, you left the statutes off in hopes the judge would just assume it was crazy conspiracy theory. You also knew assigned counsel would not elaborate or counter the claim.

2. It was argued I could not separate my beliefs about COVID from the proceedings when both the challenge to jurisdiction and the claim of self defense/defense of others/Police Power of the State rely on my understanding of the obvious fraud surrounding the Pandemic and the behavior of Public officials to justify these defenses.

3. Your "expert" witness claimed my belief I was targetted was evidence of a mental illness which placed a government paid psychologist as the arbitor of fact in my self defense claim. To put this another way, your "expert" who was to determine if I had a rational understanding of the proceedings and could aid in my own defense did not understand he was not the jury. He also did not understand that self defense is "the right to use lawful violence". He testified that I believed I had the right to use lawful violence, and that was irrational. Then testified I had the requisite state of mind to claim self defense/defense of others, which is the right to use lawful violence.

4. You and your "expert" witness used my religious beliefs, religious practices, and beliefs based on religious practices as evidence of irrationality, placing the

Court as the arbitor of which religious beliefs are rational, and which are not. This being done, and "defense" counsel not objecting was an issue in my appeal. An appeal that should have been heard before evidence was given to the "expert" quack. When he mentioned it on the stand, I told my "defense" counsel I've been trying to fire for six months to object. He said, "you said those things". He pretends to lack the understanding the court cannot use religious beliefs as evidence of incompetence. I don't have to rationalize them to anyone. I mention them, as I explained in December 2022 before my arrest, because you are not intelligent enough not to take the bait. Does no one really wonder how I mocked your trial strategy ~3 months before my arrest, online, for the world to see? I also texted Trooper Daniel, and Krista, and Jenelle about it in January 2023.

5. You tried to make it seem like the Court has the power to declare a foreign nation exists or rather that the formation of a nation is irrational, as if nations do not exist and there aren't ways to legally create one. Yet nations exist so how did they get here? "Seems irrational" so no need to look to the law, let's have a psychologist that believes your appeal is a delusion play judge. He already thinks he's the jury. Maybe next he can play defense attorney too. Smh...

6. It was claimed that we needed to look into my mental state to protect my due process rights. This claim was made by destroying the First Amendment, and when the Court acknowledged the challenge to jurisdiction it unlawfully proceeded without requiring you to prove jurisdiction. You don't care about the law, justice or truth. You care about winning, and will destroy the law to do so. This is unacceptable.

Get this fake attorney out of my way, and let's go toe to toe with the Law without you hiding behind the nonsense claim that I am not speaking through my assigned Judas, so the Court can't hear my arguments. The Tarot readers explain the problem: "They are terrified of your legal and Spiritual protection."

I'll remind you that you agreed the injections are not vaccines and do not provide immunity. The manufacturer testified under oath to this fact. You believed they provided immunity, was that because of fraud? I can also show a clear line from an executive order to the release of a genetically modified Coronavirus into the bat population in China 1-3 months before a novel Coronavirus was found to have jumped from bats in China to humans causing a pandemic. The person funding the research for this genetic modification is recorded on TV in a discussion of "blowing up the system" for FDA approval for vaccines AND tasked by the executive order to develop a plan to manipulate the public into demanding new vaccines and that the Public pay for the manufacturing and R&D. We can call this plan "Operation Warp Speed".

Your expert testified I had the requisite state of mind to claim my defense. You agreed there was fraud, justifying my actions under the law in any jurisdiction in the US. All that is left is proving that it was people loyal to Israel. What company paid the largest fine in history in 2009 for lying about what its products do, falsifying safety studies, and bribing doctors? What religion is the CEO of that company? Was the President that recognized Jerusalem for Israel the same President that released the virus in China for operation Warp speed? Did he say, "The Jews run Congress, and rightfully so."? I can do this all day long. Only an idiot or someone involved would argue otherwise.

Do note, that is the fall back defense. That isn't even the strongest defense. Still means I broke none of your laws. My strongest defense is that even if I did break your laws, I'm immune from your courts.

If you were a moral man you would acknowledge I'm immune from your courts and go after the criminals I have forced the evidence of their criminality onto the record despite years of people doing the absolute most to prevent it. God is testing your character, and you are failing right now. I assure you, you are not the good guy in this exchange.

What are you going to do? I win this game, its rigged in my favor, I am doing God's work. But its your move. You are in check.

*[signature]*

Case No: 23-20152
Honorable Mark A Goldsmith

The Red Dragon, pg.1

In the beginning was the Word, and the Word was with God, and the Word was from God. She was in the beginning with God. All things came to be through her, and without her nothing came to be. What came to be through her was life, and this life was the light of the human race; the light shines in the darkness, and the darkness cannot comprehend it. She was in the world, and the world came to be through her, but the world did not know her. And the Word became flesh and made her dwelling among us, and we saw her glory, the glory as of the Father's only Son, Adam, full of grace and truth. She preserved the first-formed father of the world when he alone had been created; And she raised him up from his fall, and gave him power to rule all things. She entered the soul of the Lord's servant. For in her is a spirit intelligent, holy, unique, Manifold, subtle, agile, clear, unstained, certain, all-powerful, all-seeing, and pervading all spirits. For she is a breath of the might of God and a pure emanation of the glory of the Almighty. She who begets is herself begotten of God, the one who brings all into being.

I too am a mortal, the same as all the rest, and a descendant of the first one formed of earth. For no king has any different origin or birth; one is the entry into life for all, and in one same way they leave it. Before birth the Lord called me, from my mother's womb he gave me my name, designated me for a special task. He made my mouth like a sharp-edged sword, concealed me, shielded by his hand. I lie down and I fall asleep, and I will wake up, for the Lord sustains me. I do not fear, then, thousands of people arrayed against me on every side. For God loves nothing so much as the one who dwells with Wisdom. For she is the reflection of eternal light, the spotless mirror of the power of God, the image of his goodness.

The Spirit of Wisdom is the Word of God, His breath that gives life through which all things are created. She lives among us in the anointed, the Elect, the Messiahs. Chosen descendants of Adam, who were created to rule the earth. Those raised from birth to carry out God's plan. For scripture says: "I Wisdom, dwell with Prudence

and useful knowledge I have. The fear of the LORD is hatred of evil."..."By me kings reign, and rulers enact justice; By me princes govern, and nobles, all the judges of the earth."... "The LORD begot me, the beginning of his works, the forerunner of his deeds of long ago; From old I was formed, at the first, before the earth."..."When he fixed the foundations of the earth, then I was beside Him as artisan; I was his delight day by day, playing before Him all the while, Playing over the whole of His earth, having my delight with human beings."

As explained to Saul, "The Spirit of the LORD will rush upon you, and you will join them in their prophetic ecstasy and will become a changed man." And as John explained, "the one who sent me to baptize with water told me, 'On whomever you see the Spirit come down and remain, he is the one who will baptize with the holy spirit.'" The Spirit of the LORD, the divine imperishable spirit Wisdom, the breath of life, comes to those whom God has destined for a purpose.

In scripture it explains: "When the God of gods allotted each nation its heritage, when he separated out human beings, he set up the boundaries of the peoples after the number of the sons of God; But the LORD's portion was his people; his allotted share was Jacob." (Deuteronomy 32:8-9) These sons of God are called "gods", "the divine counsel", "angels", "messengers" (Ps 97:7; Heb 1:6, Ps 82; Ps 58, Dt 32:8-9; Jb 1:6; Gn 6:1-4) but Psalm 58:2 explains who they are: "Do you indeed pronounce justice, O gods; do you judge fairly you children of Adam?" The sons of God are the children of Adam, and their children are the Nephilim, "the heroes of old, the men of renown." The princes whom are not anointed with the Spirit Prince of their nation. See Daniel 10:12-14: "But the Spirit Prince of Persia stood in my way for twenty-one days, until finally Michael, one of the chief Princes, came to help me. I left him there with the Spirit Prince of Persia."

The sons of God who oppose God's plan and oppress his anointed ones (Ps 105:15) are called satans (Ps 109:6; Jb 1:6), which means adversary, taught their Nephilim magic that brought great evil to the world. This brought about the flood of Noah. These are the "evil spirits" that reincarnate with the souls that God is refining for the

purpose hinted at in Genesis: "See! The man has become like one of us, knowing good and evil! Now, what if he also reaches out his hand to take fruit from the tree of life, and eats of it and lives forever?" What if man with all his flaws and power to create with thought, lives forever as he is now?"

The Greek adverb another means both "from above" and "again". Observe the following translation of John 3, keeping in mind reincarnation: "Amen, amen, I say to you, no one can ~~enter~~ see the kingdom of God without being born again." Nicodemus said to him, "How can a person once grown old be born again? Surely he cannot reenter his mother's womb and be born again, can he?" Jesus answered, "Amen, amen, I say to you, no one can enter the kingdom of God without being born of water and Spirit. What is born of the flesh is flesh, and what is born of the spirit is spirit. Do not be amazed that I told you, 'You must be born again'. The wind blows where it wills, and you can hear the sound it makes, but you do not know where it comes from or where it goes; so it is with everyone who is born of the Spirit." Now, look to Romans 9:21: "Or does not the potter have a right over the clay, to make out of the same lump one vessel for a noble purpose and another for an ignoble one? What if God, wishing to show his wrath and make his power known, has endured with much patience the vessels of wrath made for destruction?" See also Revelation 20:15 and 21:4 "Anyone whose name was not found written in the book of life was thrown into the pool of fire."... "He will wipe every tear from their eyes, and there shall be no more death and mourning, wailing or pain, for the old order has passed away."

Human beings are vessels for spirits, avatars for the breath of life. Satans or adversaries of God's plan, the fallen sons of God and their Nephilim, are "evil spirits" that enter vessels of wrath made for destruction. In Tarot they are called "Karmics", those who are destined to repeat the same errors and refuse to do what is right and good. They can be no other way as they are intended to refine other spirits, "like silver, but in the furnace of affliction" so that doing right, acting with integrity and justice is written on their soul. It is not done to receive a benefit nor to avoid a harm,

out because it is the way to be. Then they can be allowed to eat from the tree of life.

The book of Wisdom 7:1-6 explain there was no virgin birth. That is a deceit from the adversaries of God (and sons of God, whom are called "earth angels" in Tarot). The result is a sect of humans that worship a mortal man in the place of God. "You are my witness — oracle of the LORD — my servant whom I have chosen to know and believe in me and understand that I am he. Before me no god was formed, and after me there shall be none. I, I am the LORD; there is no savior but me. It is I who declared, who saved, who announced, not some strange god among you." The Highest Law is to put nothing on equal footing with God. "How can you say, 'We are wise, we have the law of the LORD'? See, that has been changed into falsehood by the lying pen of the scribes!" ... "I know your works, your labor, and your endurance, and that you cannot tolerate the wicked; you have tested those that call themselves apostles but are not, and discovered that they are impostors."

It is claimed that "almah" in Isaiah 7:14 means "virgin" and is a dual prophesy, one for Ahaz and one describing the birth of Jeshua. Jeshua is not named Emmanuel, and does no one recognize that if it means "virgin" then there must be two virgin births? This claim is clearly a fabrication. Nowhere in scripture is a virgin birth prophesized. Nor does ~~~~ Micah explaining that the Davidic King will come out of the descendants of Bethlehem mean he will be born there. If Jesus was that Messiah, he would have founded a nation and ended wars on earth. "But you, Bethlehem-Ephrathah least among the clans of Judah, from you shall come forth for me one who is to be ruler in Israel; whose origin is from old, from ancient times. Therefore the LORD will give them up, until the time when she who is to give birth has borne." ... "She gave birth to a son, a male child, destined to rule all the nations of the earth with an iron rod" ... "Who ever heard of such a thing, or whoever saw the like? Can a land be brought forth in a single day, or a nation be born in a single moment? Yet Zion was scarcely in labor when she bore her children. Shall

I bring the mother to the point of birth, and yet not let her child be born?"..." Look to Abraham, your Father, and to Sarah, who gave you birth; though he was but one man when I called him, I blessed him and he became a great nation."..."Then the dragon stood before the woman about to give birth, to devour her child when she gave birth."..."I know the slander of those who claim to be Jews and are not, but rather the assembly of Satan."

Wisdom will incarnate a vessel, an avatar, as she has always done, as explained in Wisdom 10 (10:1-2 is Adam; 10:3 is Cain; 10:4 is Noah; 10:5 is Abram; 10:6 is Lot; 10:7 Lot's wife; 10:10-12 is Jacob; 10:14 is Joseph; 10:16 is Moses). That vessel will form a nation, as a single person, to rule all nations on earth. The Jews and Jesuits will stand in opposition to this event. Revelation 12:7 explains that the second Messiah, the Silver crown, will battle the Jesuits and defeat them. A battle of understanding.

Adam is the only begotten Son of God, his children are either sons of God or Nephilim. Jesus was a son of God, so was Jacob and Joseph. So was Moses and Abraham. None of them are God.

"I too am a mortal, the same as all the rest, and a descendant of the first one formed of earth. And in my mother's womb I was molded into flesh in ten lunar months — body and blood, from the seed of a man, and the pleasure that accompanies marriage... For no king has any different origin or birth" (Wisdom 7:1-5) The father of Jeshua, Jesus, was a descendant of Adam. Same as all the others, the same as I am. The ones that God gives the Spirit of Wisdom. An anointed, Messiah, Christos, Elect, God chosen King, Son of Man (Adam), Sons of God, messengers, earth angels, and other titles.

Zechariah 4:11 and 4:14, the two witnesses, the two olive trees are two nations Zion and Jerusalem (Zechariah 1:14), two Messiahs, the two crowns (Zechariah 6:11). Davidic and Levitic, one below the other. God will destroy Jerusalem first, and purify it of Zionists, leave a remnant. Zion is not Jerusalem, and neither are cities. They are each a people. Because of Zionists, Zion will be renamed because the word

-ionist will be used as an insult. It already is.
"Those who live among the ruins in the land of Israel are saying: 'Abraham was only one person, yet he was given possession of the land. Since we are many, the land must be given to us as our possession.' Therefore say to them: You eat on the mountains, you raise your eyes to idols, you shed blood — yet you would keep possession of the land? You rely on swords, you commit abominations, each defiles his neighbors wife — yet you would keep possession of the land?" ... "Thus they will know that I am the LORD, when I make the land a desolate waste because of all the abominations they committed."
"War through deception" — Zionist Mossad Motto

Jesuits worship a man in the place of God and cannot hear the truth. Their hearts are hardened. Zionists think that Jerusalem and Zion are pieces of land, and that God intends them to have it in their possession so they can use lies, deceit, murder and theft to take it. Both are adversaries to God's plan, and He will make you examples. Can you see it yet? I can. It is in the quote: "Those who rule by force bring about their own end, for in the end they refuse justice." Pride cometh before the fall, and your fall will be great. Biblical, in fact.

A note: "The ancient tradition that the author was the disciple and apostle of Jesus named Matthew is untenable because the gospel is based, in large part, on the Gospel according to Mark... The unknown author, whom we shall continue to call Matthew for the sake of convenience, drew not only upon the gospel according to Mark, but on a large body of material (principally, sayings of Jesus) not found in Mark that corresponds, sometimes exactly, to material found in the gospel according to Luke." Who was not an apostle. "This material, called 'Q' (probably from the first letter of the German word Quelle, meaning 'source') represents traditions, written and oral, used by both Matthew and Luke. Mark and Q are sources common to the two other synoptic gospels; hence the name the 'Two-Source Theory.'"

I wondered where the name Q came from. More prideful mocking. Is it strange that neither Mark nor John mention a virgin birth. John doesn't even name the mother of Jesus. ~~mother~~ ~~too~~. John also says John the Baptist is not Elijah. Adversary, Hebrew satan.

Jack Carpenter
105 Eastlce Dr
Midland, MI
48642

METRO-PLEX MI 480

12 FEB 2024 PM 5 L

The writer of this letter
is an inmate in the
Midland County Jail
Midland, MI 48642

Clerk of the Court of Honorable
Mark A Goldsmith
Theodore Levin US Courthouse
231 W. Lafayette Blvd, 5th floor
Detroit, MI 48226

RECEIVED
FEB 16 2024
CLERK'S OFFICE
DETROIT

48226-270059

Legal Mail

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT © USPS 2022

FSC MIX Envelope FSC® C137131