Case No: 23-20152
Honorable Mark A. Goldsmith

FILED
FEB 28 2024
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

pay attention to details.

Egypt has threatened to dissolve a treaty with Israel. That is likely the one I said would dissolve in February. The Dutch govt. halted export of F-35 parts to Israel stating that they cannot be complicit in war crimes. Australia intends to pass a law to prevent exposing people who are Jewish online, claiming its "Doxing" but clearly doesn't understand that "Doxing" is exposing the identity of anonymous users online to chill free speech. A Disney star was fired for having the wrong opinion about Israel, and Elon Musk is helping fund her lawsuit. A politician running for office in a foreign country was cast out of his political party for saying that Israel allowed the HAMAS attack to purposefully start a war, which the New York Times covered a story where Israel had knowledge of the attack, and purposefully stood down alerts. The US Attorney in my case tried to imply this was evidence of insanity, which as usual, evidence supports what I say. The Israeli govt response to this evidence was: "Now is not the time to look into who was at fault," because it would interfere with their plan to steal land while playing the victim on T.V. so that people like me will be made examples of. Again, it is not coincidence the attack occurred on my trip back to Michigan. If you want to know who rules you, ask who you cannot question.

AP news had a story flatly stating that the legal opinion that Israel has no right to exist as a legal country is antisemitic hate speech. A recently censured member of the US House said the same thing when she was told her opinion was not allowed. A congressman was removed from office for pretending to be Jewish. His replacement will be a former Israeli Paratrooper, amusingly enough or another who supports Israel.

Biden signs an executive order that says US AID cannot be used in violation of International law (While the US Ambassador to the UN consistently vetoes holding Israel to account). Then he tells reporters that Israel's behavior in Gaza is "over the top." Coincidentally, the Attorney General (I stated was clearly involved in the criminal conspiracy I outline as one of my defenses), had initiated an

investigation into the criminally immune President. The President was questioned the Day of the "HAMAS" attack on Israel about confidential files in his garage. So immediately after calling out Israel's behavior there was a concerted effort to claim the President was old and forgetful. Israeli officials said it, the US Justice Dept said it, and the news claimed 89% of people think Biden is too old for a second term. While the DOJ also flatly said they were going to treat Trump and Biden differently, furthering the purposeful mistrust in government, and making it look like Bidens DOJ is just picking on Trump, Trump is just the victim of corrupt politicians (Sarcasm).

Like the UN after ruling Israel "may" be committing genocide, and Elon Musk for agreeing that Jewish people aren't the victims they claim to be, and the Disney actor, and the Politician who claimed Israel staged the HAMAS attack to start a war, and countless others, now Biden joins the ranks of learning what happens when you call out the people pretending to be God's super special chosen people for outright murder, lies, and deception.

"We killed 12,300 children because the bad guy was behind them. We are the good guys, so its not our fault we killed them. Self defense." - Things insane people say. What is up is down, left is right, right is wrong, and wrong is right. History will not favor anyone that stood by this. Contrary to the complete nonsense Mitch McConnel and Chuck Schumer are trying to sell while they try so very hard to get Billions to Israel and Ukraine. What religion are those guys, Btw?

This is so obvious, its kind of absurd it needs to be explained. Your government is a colony of a group of psychopaths hiding behind the sympathies afforded to a religious sect. Where amusingly their own scriptures explain they are murderous land thieves that God will punish, and from the few that are left that are actually good people he will protect. The second Messiah is a Levite with a science background. They are about to become a formidable opponent to this nonsense. The silver crown.

*Jack Carpenter*



Jack Carpenter
105 East Ice Dr.
Midland, MI
48642

Clerk of the court of
Honorable Mark A Goldsmith
Theodore Levin US Courthouse
231 W. Lafayette Blvd, 5th Floor
Detroit, MI 48226

48226-277811

Legal Mail