5

Case No. 23-20152
Honorable Mark A. Goldsmith

To all,

So, the people desperate to give US tax money to the Jewish Ukrainian President for a war they started created a martyr to stoke internal strife in Russia and generate more motive evidence "we need this money to stop evil Russia from expanding its borders with an aggressive war." The US veto of another ceasefire in the UN to stop aggressive Israel from continuing to commit the genocide it started when it was founded in violation of International law in its 70+ year attempt to expand its borders by mistreating Palestinians until a response is generated, then claiming they are victims who need to respond to the aggression they purposefully create.

Russia responding to NATO aggression = Evil. Israel manufacturing terrorism to claim victim status and steal land they've been trying to steal for almost a century = Good. When up is down, down is up. Good is bad, and bad is good.

Since people caught onto the COVID scam people are looking into all vaccines to find out this is not the first time this scam has been run on people. "Vaccine" math is a crash course in how to lie with statistics. Queue the fear porn about measles outbreaks and polio. People should really read the Jewish vaccine inventor Jonas Salk's book, "Survival of the Wisest". A book about a eugenics program where people are told a poison is necessary for survival.

Brazillian President compares Jewish led genocide of Palestinians to the Holocaust and Israeli leaders use the same old tired "antisemite" line. Someone should tell them Palestinians are semites, because they sound uneducated as well as psychotic.

Indiana reporter posts on CIA website and Police website he will rid the CIA and US politicians of pro-Israel supporters. Claims he was drunk. A drunk man's blabber is a sober man's thoughts. Do you think Israel is going to realize they aren't putting this cat back in the bag? Or are they going to go for broke? People see it. To reference the movie "Liar, Liar" the pen is royal blue, people are not going to say it is Red. People are pissed off, and rightly so. It is going to get worse with my case, because people are going to be very pissed off that Israeli MOSSAD infiltrated the US gov't, released

a biological weapon in China, all to steal US tax dollars and poison people.
World Economic Forum: "There will be a pandemic, and the world will not be prepared" then Israeli Mossad causes a pandemic. Trump blames it on "China, China, China" when he litterally started it with his signature.
World Economic Forum: "The next Pandemic will be a cyber attack, and the world will not be prepared."
FBI: "Unpresidented cyber attacks from China"
Have I mentioned the FBI director is involved in all of this yet? Because he is.
Why does Israel want to poison the US citizens and military, disarm the citizens, collapse the economy, put the US in debt, drain the US of Military equipment by leaving it in afghanistan or send it to Ukraine and Israel, while antagonizing China with Taiwan, COVID, and Cyber attacks by blaming the Latter two on them? Because the colony is realizing it is a colony so it is time to have a war then restructure it.
You are at war, and you don't even realize it. "War through deception" as the Israeli MOSSAD motto goes.
As the Tarot readers say, the efforts to suppress what I have to say and discredit me just end up putting a giant spotlight on me. I just have to suffer through the nonsense and stupidity for a bit. I am a bit amused at Gods humor. Zionists legitimately started a war so they could play victim on TV, and God made it so they look so bad that they are compared to Nazis, by multiple heads of nations.
So, do you all think that the 6th Circuit is going to rule that the District Court should have dismissed on June 6th or that the whole nation is to be made aware of the case because it is an issue for the Supreme Court? If it goes to the Supreme Court they will have to acknowledge that when the State Dept recognized the borders and discussed the diplomatic process to cross them that the US recognized my nation's borders, and now I am on equal international footing with the US.
If the court dismisses because the June 6th hearing and the prosecution didn't prove jurisdiction (because we all know you legally couldn't), then it stands as an

incontested. fact that the US recognized my nation. What terrible webs we weave when we attempt to deceive.

If it makes you feel better, God designed me for this. I test as more ntelligent than 99% of people and one of the roles I have at the University was to be given a system I've never interacted with, Master it, find ways to mprove it, then teach it to others. The person that hired me told me when I was being unlawfully fired that in their 10 years there that they were most proud of hiring me. I've been studying the legal system since I was a child. Most of the books in my house are on the legal system from the Magna Carta to today. I was going to spend my free time suing the government to remove bad laws when I retired from the University. You all never stood a chance. God gave me those desires and skills for today. The truth will out, it always does. I was kept, like a sharpened arrow in God's Quiver.

If the government was administered properly, none of this would be possible. This is how God works. I was told that it happened this way so I would learn that it is not from efforts in the material world that I succeed. That nothing, good nor bad happens without God's will. So that I don't think that I was the cause or something I did made it happen.

Mr. Moon, releasing COVID on purpose was the biological weapon. The injections train your immune system to attack the body, and is a poison. Some people will develop heart issues, others liver or kidney issues, some will develop neurological issues, others skin disorders, and many will have Antibody dependent enhancement syndrome. It depends where the nanoparticles enter a cell, and teach the immune system that cell is an enemy. If it settled in the heart, then heart issues. If it settles in nerve cells then neurological. The diseases will come 2,3,4... years after injection with no way to "prove" the cause and the resulting illnesses will vary. Plus, those who took multiple injections can have more than one result. Ie. first jab gets the heart, next gets a nerve cell, you'll have heart and neurological issues.

If someone is Jewish in the medical or legal system, in power and supports Israel; In the media pushing the injections, "fact checking" claims to discredit them; pushes "human caused climate change"; abortion, etc. They are involved.
"There needs to be less humans" + "Take this medication to live" = Eugenics.
"Maintain the human population below 500,000,000" and "guide human reproduction wisely."
   Welcome to the several thousand year old religious war that only one set of people knew about.
   You all sure are taking your time admitting I am right. Can we just jump to where people decide they don't want to try to win against me at all costs and that they should work with me? Because the coffee here kind of sucks. Feb 20, 2024  1 year and 2 days. I'm not pleaing and I understand the process, laws and facts either equal to or superior to yourselves. Let's stop the games please. Thank you.


              *Josh Cypura*


P.S. The inventor of mRNA technology trained under Jonas Salks, nothing to see there, though. Just a coincidence, I'm sure.

METROPLEX MI 480
22 FEB 2024 PM 7 L

The writer of this letter is an inmate in the Midland County Jail
Midland, MI 48642

Jack Carpenter
105 Eastside dr
Midland, MI
48642

Clerk of the Court of
Honorable Mark A Goldsmith
231 W Lafayette blvd. 5th floor
Detroit, MI 48226

Legal mail

48226-277758

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022