Case 2:23-cr-20152-MAG-EAS ECF No. 100, PageID.637 Filed 02/29/24 Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
THEODORE LEVIN UNITED STATES COURTHOUSE
231 WEST LAFAYETTE BLVD.-ROOM 564
DETROIT, MICHIGAN 48226

OFFICIAL BUSINESS

23-20152

FILED
FEB 29 2024
CLERK'S OFFICE
DETROIT

METROPLEX MI 480
14 FEB 2024 PM 14

US POSTAGE
ZIP 48226
02 4W
0000350492 FEB 14 2024
$ 000.64⁰

Jack Eugene Carpenter, III #45183-510

NIXIE            482     DE    1700         0002/26/24

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 4822627183     *0890-00326-26-17

UTF
48226

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff(s),

v.                                          Case No. 2:23-cr-20152-MAG-EAS
                                          Hon. Mark A. Goldsmith

Jack Eugene Carpenter III,

                    Defendant(s).

_____

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

        United States Court of Appeals for the Sixth Circuit
        Potter Stewart U.S. Courthouse
        100 East Fifth Street, Fifth Floor
        Cincinnati, OH  45202-3988

the defendant(s), and all attorneys of record, by electronic means or first class U.S. mail, on February 14, 2024.

                                          KINIKIA D. ESSIX, CLERK OF COURT

                                          By: s/ D. Peruski
                                              Deputy Clerk

Dated:  February 14, 2024