Case No: 23-20152
Honorable Mark A. Goldsmith

FILED
FEB 29 2024
CLERK'S OFFICE
DETROIT

All of you,

So, it seems that you all see it, what is coming regardless. Some of you are fearful of embarrassment. Some fearful of revolution. Some fearful of being sick, which I suspect means you took the injections which makes sense because anyone opposed was removed from a position of authority. A genocide by policy of dissenters, a coup. The arbitrary creation of two classes of citizens which ultimately created the perfect legal storm for me to do what I have done by denying one set of people a Republican form of government.

Many of the Tarot cards that represent you each have flipped upward. The only one that has not is the Page of Swords, a spy who I have yet to place. But JP, the Page of Cups, and Dana Mertz the Queen of Cups are upright. Though Dana's always was. Some of you fear the King of Cups who is going to rule in my favor, but a few of you actually hope for it. The aspects of this case that deal with religion make the 6th circuit nervous. Several of you feel misled. Several of you have a tower coming. In Tarot that means like the Tower of Babel, you have built a false reality up that is going to come rushing down on you.

The preamble of the State and Federal Constitutions plainly explain that all government power exists for one Purpose, to preserve Liberty for ourselves and descendants. Liberty is defined as: "Freedom; Exemption from Control; The Power of the will, in its moral freedom, to carry out the dictates of one's own conscience, free from the interference of others." This has been forgotten in the face of fear. There is always some possible terror that exists which necessitates, in weak-minded individuals, some inherent need to control others. This was explained by the Founding Fathers in the quotes: "An avidity to punish is mankind's greatest weakness, it leads men to stretch, misinterpret or misapply even the best of laws."; and to paraphrase: "Benevolent tyranny is the worst kind of tyranny. For there is no limit to the evil possible when one is self-justified in their behavior."

Ms. Carleson, that subconscious guilt of being a tyrant is legitimate, but we all err, it

isn't about our wrongs, aiming and missing the mark, the true definition of sin. It is about how we handle that error. Do we try again with new understanding after recognizing the harm caused? Or does a fear of shame and guilt drive you deeper in error? To repent or choose evil? To grow or build a Tower? The Tower always falls at some point, that is the purpose of this place. The question each of you must ask yourselves, are you a hero in this story or a villain. An example of how to be after you've caused harm or an example for others on how not to be? When you leave this place, God will test your heart. What will he find? My conscience is clear.

"Zion shall be plowed as a field, Jerusalem, a heap of ruins, and the Temple Mount, a forest ridge." "See, the days are coming when I will sow the house of Israel and the house of Judah with the seed of human beings and the seed of animals" "See, the days are coming when I will make a new covenant with the house of Israel and the house of Judah." "The days are coming when I will fulfil the promise I made to the house of Israel and the house of Judah." "In those days and at that time Israelite and Judahite shall come together." "In those days Judah shall be saved and Jerusalem shall dwell safely" "David shall never lack a successor on the throne of the house of Israel, nor shall the priests of Levi ever be lacking before me." "In those days, at that time the guilt of Israel may be sought, but it no longer exists, the sin of Judah, but it can no longer be found; for I will forgive the remnant I preserve." "For Israel and Judah are not left widowed" "I will take the stick of Joseph, now in Ephraim's hand, and the tribes of Israel associated with it, and join it to the stick of Judah, making them one stick; they shall become one in my hand... I will soon take the Israelites from among the nations to which they have gone and gather them all to bring them back to their land. I will make them one nation in the land, upon the mountains of Israel, and there shall be one king for them all. They shall never again be divided to two nations, two kingdoms." "For see, in those days and at that time, when I restore the fortunes of Judah and

Jerusalem, I will gather all the nations and bring them to the valley where the Lord judges." "The Lord will save the tents of Judah first, that the glory of the house of David and the glory of the inhabitants of Jerusalem may not be exalted over Judah." "On that day a great panic from the Lord will be upon them. They will seize each other's hands, and their hands will be raised against each other. Even Judah will fight against Jerusalem."

Notes on Zechariah 9:9: "The announcement of the coming king marks a departure from the view of the royal figure as a conquering warrior."

"Yet for the house of Judah I will feel pity; I will save them by the Lord, their God; but I will not save them by bow or sword, by warfare, by horses or horsemen."

Translation of scripture: The Davidic King will form a nation as a single individual, but not by warfare. His Kingdom will be announced ahead of time as coming into existence. Israel will be ruled by Jerusalem by murderous land thieves, but there are also good people there (79% of Israelis do not want their current rulers in power). The Davidic King will rally the world against the immoral rulers of Jerusalem/Israel, and fight against them. God will save a remnant, and the Davidic King, the king of Israel, will rule what has been conquered with the pen, and Israel, by the sword.

I would prepare for the announcement of my nation and the land it controls from the reprisal on December 8th, 2022 and December 31st, 2022. I would also begin discussing how to implement the changes to the law that are required according to the Law of War. I would also consider where that places you in relation to my title, and the authority that comes with it. You aren't stopping it. It's an inevitability. It was written to happen this way so that when it does, everyone knows that it is God at work, not men.

*Josh Cuyson*

Jack Carpenter
105 East Lee Dr.
Midland, MI
48642

Legal mail

Clerk of the Court of
Honorable Mark A Goldsmith
231 W. Lafayette blvd, 5th Floor
Detroit, MI 48226

METROPLEX MI 480
24 FEB 2024 PM 8 L

The writer of this letter
is an inmate in the
Midland County Jail
Midland, MI 48642

48226-277758

