Case No: 23-20152
Honorable Mark A Goldsmith

FILED
MAR 06 2024
CLERK'S OFFICE
DETROIT

● Kidnappers,

Shortly after December of 2019 Top Doctors from Oxford wrote "the great Barrington Declaration" pointing out that lockdowns were both unnecessary and counterproductive since 80% of SARS-COV-2 infections were asymptomatic, and most people counted as a COVID death were 65 or older. This was a fact that was true even though a "COVID death" is "anyone that dies from any reason at all with a positive test within 30 days of their death." The only disease to ever be counted in such a blatantly absurd way. The media mocked the declaration because it was open on the internet for anyone to sign, so money interests signed it with names like "Donald Duck" and "Mickey Mouse". Then Social media blocked it. Similar to how 12 doctors put a letter in the Lancet
● claiming that anyone who thought the virus leaked from a bio-weapons lab was a "conspiracy theorist".

The letter in the Lancet was later removed because 11 of the 12 signatories had a direct financial interest in the Wuhan Lab. Then "not a doctor" Bill Gates later said: "We had no idea the virus mainly only infected the elderly." This was clearly a lie, as well as the letter in the Lancet, except it can be established that Eco-Alliance health released the human engineered virus intentionally, there was no "leak". A government psychological operation to "manufacture public demand" and "manufacture public funding" for new vaccine technologies, including cell therapy, which is mRNA.

It is important to note that Pfizer CEO's testified under oath that they
● never tested for ~~~~ the "prevention of infection", that they were too busy "working at the speed of science" to do so. Vaccines prevent infection by training the immune system to recognize the biological agent. This is why

the first attempt to patent the injections as a "vaccine" it was denied. As it was explained that preventing a disease is not immunity from infection. Someone was bribed, and this distinction ceased to matter. Later it was made obvious that "preventing COVID 19" is not "preventing SARS-COV-2" and CDC emails were made public regarding the CDC discussing internally that they needed to alter the definition of "vaccine" to remove "prevent infection" or "provide immunity from infection" and replace it with "prevent disease". This is all public record.

For actual, real vaccines that prevent infection, there are two terms of importance:

- Primary Vaccine failure: Does not prevent infection
- Secondary Vaccine failure: A Booster is needed

I mention these because Primary Vaccine failure was never tested for, as the manufacturer explained under oath in October of 2022 after a year of committing fraud by ommission of material fact by allowing false advertising to paint a contrary picture. On February 28th, AP News is running an article that adults 65+ should get, yet another "booster". It seems that "most COVID 19 deaths and hospitalizations" were among 65 and older. The article leaves off that 96.4% have on average 4.6 other causes of death listed, and most of these elderly people would likely die from any infection, like a staph infection.

So, these vaccines that don't provide immunity, and fail the only two ways a vaccine can fail are "recommended" to people over 65 ignoring that greater than 95% of those over 65 don't end up in the hospital or dying, because it is people whose immune systems are compromised by, on average,

● 4.6 other deadly diseases. These are also people unlikely to respond to priming of the immune system, but who cares about reality and facts, we have things to sell to fearful people.

Here is a fun question: "What is the difference between hospitalized <u>with</u> COVID 19 and Hospitalized <u>from</u> COVID 19?" If you go to the hospital for a pregnancy, and test positive for infection with a test the inventor says doesn't diagnose disease, and have no symptoms, then it is <u>with</u> COVID, even though you don't have COVID. It's also called a "COVID test" so this distinction between infection and disease won't manifest in your mind.

Why are we still trying to avoid admitting I am not insane while also denying me a trial, while not arresting obvious criminals that released ● a biological weapon to terrorize the public so they demand a poison, and steal money from the US treasury? At what point are you considered a co-conspirator?

Also, I have been in the same facility since October. Aren't we past the time period to move me to a new facility for the 10th time so I have to buy underwear and other necessities again? I assume you'll want to separate me from my legal work again now that I filed another appeal. You are slacking on that intentional inconvenience thing while you try to wait out my resolve so I take a plea.

Your system is broken, and only an idiot would want to be a part of it. Maybe I can get my third court appearance soon. Or maybe I'll have to wait ● another 6 months. I hope you are catching my sarcasm and disdain, it is well deserved.

*[signature]*

Jack Carpenter
105 Fast Ice Dr
Midland, MI
48642

The writer of the letter is an inmate in the Midland County Jail Midland, MI 48642

METROPLEX MI 480
29 FEB 2024 PM 8 L

Clerk of the Court of
Honorable Mark A Goldsmith
231 W Lafayette blvd, 5th floor
Detroit, MI 48226

RECEIVED
MAR 06 2024
CLERK'S OFFICE
DETROIT

U.S. MARSHAL

Legal mail

48226-277758