US v Jack Carpenter
Case No: 23-20152
Honorable Mark A Goldsmith

FILED
MAR 12 2024
CLERK'S OFFICE
DETROIT

3

JP,

Since I provided clear explanations and citations which show that US law has no bearing on the existence of the nation I founded, which place that claim beyond dispute; the claim that you delayed my appeal because you knew in your heart the quick doctor they sent me to would find me competent so you felt my appeal was moot is contrary to reality we to what the doctor claimed; that the US State Department negotiating a diplomatic method to cross the border I claimed was an implicit act of recognition binding on the court, I must ask: "What is it, exactly that you have been doing since December 11th? It's March now." Are you finally removing yourself as you should have after I filed an appeal citing your behavior interfering with my defense, which it is very clear now that you did, and I have been correct the entire time? Or are you ensuring that my arguments are properly before the court? Seems you have gotten yourself in a bit of a pickle.

I have two things going on in the background that are going to come to fruition soon. I know that you do or will regret your actions so far and that Dana will want me to know her part was due to misunderstanding. But I'm done with the games now. It is time for you to admit I have the superior argument and the law is on my side. Since you are, at this moment, still assigned to my case, I need the following things accomplished since you are the agent and I am the principle here.

1. Transcripts of the December 11th hearing
2. All things filed since November 1st until today
3. All things filed in Appeal 23-1661
4. An update on that Appeal
5. An update on the notice to appeal I just filed
6. Anything filed in that Appeal

Since it can be conclusively established that a fact of law the court must accept is not "akin to the sovereign citizens movement" which was an attempt to associate me with a designated terrorist group, I expect you to drop that failed claim that has no basis in reality. Thank you.

*[signature]*

Jack Carpenter
105 Fast Ice Dr.
Midland, MI
48642

The writer of this letter is an inmate in the Midland County Jail Midland, MI 48642

METROPLEX MI 480

5 MAR 2024 PM 6

Court of the Clerk of
Honorable Mark A Goldsmith
Theodore Levin US courthouse
231 w. Lafayette blvd 5th fl.
Detroit, MI 48226

48226-270099

Legal mail

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT