Case no: 23-20152
Honorable Mark A Goldsmith

FILED
MAR 12 2024
CLERK'S OFFICE
DETROIT

3

President Biden,

Washington AP News - US sanctions spyware company and executives who targeted American journalists, government officials. The Treasury Department announced Tuesday it has sanctioned two people and a Greece-based commercial spyware company headed by a former Israeli military officer that developed, operated and distributed technology used to target US government officials, journalists and policy experts. Predator allows a user to infiltrate electronic devices through zero-click attacks that require no user interaction for the spyware to infect the device. Predator has been used to target... the President of the European Parliament... President of Taiwan... Rep Michael McCaul... and Sen. John Hoeven. Predator was used in Greece, a revelation that helped precipitate the resignation in 2022 of two top government officials, including the national Intelligence director. The sanctions targeting the developers of Predator come after the Biden administration last month unveiled a new policy...

Welcome to the party Mr. President. They made it look like you cheated in the election to cause a revolt, then "advised" you how to respond. Throwing stones and hiding hands. War through deception. Fraud did occur, I witnessed evidence myself, clearly visible on the Michigan Secretary of State website. Dead people voting by mail.

Your recent visitor from Israel's war department was "good cop". Same side as "bad cop", not to be trusted.

Look into: "Patent Neurological Manipulation Using Electromagnetic Frequency" a weaponized version is mentioned in declassified CIA document CIA-RDP96-00788R001001 20001-3 as "Emotion Radiator Ray". This is not the CIA document I have referenced before, but it will suffice for now. The referenced technology is being used both on the general public as a whole as well as to target individuals. On the whole population to intensify fear to aid in creating the requisite state of mind to consider taking experimental medication. On an individual level to cause events such as mass shootings

to bring about political changes. On any occasion where a person needs to be discredited for endangering an objective as well. For example, in 2008 when it was used to disrupt my family life so I would become too preoccupied with trying to put my life back together that I would stop trying to bring awareness to criminal activity of the Political Elite. Again recently for the same reason which caused the end of an 8 year relationship as well as drove my daughter to be institutionalized or thoughts of suicide.

Hello Mr. Director of the CIA. I appreciate that the above examples bother your conscience. Unlike the treaty being dissolved because Israel believes it can just do whatever without consequence, but stopped a stupid idea at the last minute, those events are fated and happen no matter what. I have... come to terms with it to the degree one can. I won't say "I am happy to suffer for good", as evangelists teach, but I do accept what I cannot control. One of many things they get wrong. Tarot readers say it brings about responsible use of Technology. Humans have to learn by error. April is significant, I will keep the reason why to myself. Waiting as patiently as I can. I hope you all get this one right. It is a test. Cling to fear and trying to hold onto things that truly don't matter in the grand scheme or justice, truth, and right action. We shall see how you all do. Hopefully we chose integrity, but I won't hold my breath. Which future do we commit to? Tired of being Cassandra, Just going to sit back and observe.

*Jack Carpenter*

Jack Carpenter
105 Festive Dr
Midland, MI
48642

The writer of this letter
is an inmate in the
Midland County Jail
Midland MI 48642

METRO DET MI 480

7 MAR 2024 PM 3

Clerk of the court of
Honorable Mark A Goldsmith
Theodore Levin US courthouse
231 W. Lafayette blvd, 5th Floor
Detroit, MI 48226

48226-277758

Legal mail

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022

FSC MIX Envelope FSC C137131