US v Jack Carpenter
Case No: 23-20152
Honorable Mark A Goldsmith

**FILED**
MAR 26 2024
CLERK'S OFFICE
DETROIT

Silent Observers,

When I sent the first few emails with the Declaration of Sovereignty to the US govt and several other places, I pointed out that Jewry had a problem. I specifically said, "There are rats in your house" and that they "need to clean it." I am patiently observing the in fighting as they discover I am right. After I sent a few emails, Donald Trump had a dinner party with Kanye West and a talking head from Gab.com that is vocal about being anti-jew. The guy from Gab is MOSSAD, and his role is to lead the people that see the problem to nowhere while discrediting people who see the problem so the topic is not allowed within the overton window, like Alex Jones. I call their method "the 99% truth, 1% bullshit" rule. They say many truthful things, but in a purposefully absurd way, then say a few false things, then the media shows that 1% bullshit as the bullshit that it is while shaming the offensive behavior, and through Pavlovian techniques trains the useful idiots of the world to react badly to the 99% truth because in their limited minds it is associated with the 1% bullshit now.

After this dinner party with Trump, Kanye goes on the Alex Jones show claiming to love Hitler, waiving a butterfly net, saying Jews run the world, while wearing a gimp mask. The media discussed his shameful anti-semitism. Training people to react badly to the premise that zionist Jews are behind almost every major world event, and are a significant hinderance to peace, justice and freedom all over the world.

I marked this pathetic attempt to discredit what I had to say before I said it in the emails. This is a part of public record now. Shortly after Kanye dropped out of the public eye for a bit, but hopped back in once or twice.

mention this because the Hamas attack was a similar strategy and Trump is doing it again.

When Biden said that Israel was "over the top", the Israeli administration said that Trump would be better for Israel and that Biden had cognitive issues, then the media followed suit showing that the media in the US is controlled by a foreign government and that they "interfere" with US elections by training the thoughts of people that watch it. Chuck Schumer says that the Israeli government has lost its way, and Israel needs to hold a new election to replace its leaders. The Israeli administration shames Schumer and Biden by saying they shouldn't interfere with domestic politics in Israel like AIPAC does in the US, and the Israeli administration did when they favored Trump while attacking Biden. What is good for the Goose is apparently not good for the Gander as is typical with sociopaths. Again I will emphasize, if you want to know who rules you, ask who you cannot question.

AP News - Trump says Jews who vote for Democrats 'hate Israel' and their religion. "I actually think they hate Israel"... "I think they hate Israel. And the Democratic party hates Israel."... "Any Jewish person that votes for Democrats hates their religion. They hate everything about Israel, and they should be ashamed of themselves because Israel will be destroyed." See also "The Jews run Congress, and rightfully so." -Trump. Also, I have dinner with Kanye West and a vocal anti-jew talking head on social media right before "Q" tries to paint Mr Carpenter as a suicidal pedophile. Lets not forget "Q" claimed to be working with Donald Trump as military intelligence to save the world from cannibal Satanists who eat children and gathered a following by being asked by pretend followers to have Trump say absurd phrases in his speeches, and

then Trump says them, as well as constantly having pictures taken in front of the number 17, which Q is the 17th letter of the alphabet. Also, the general he pardoned took the "Q" oath on youtube.

Then let us round this all off by pointing out that his executive order led to the intentional release of a human engineered biological weapon that the NIH funded the creation of, all to launder US tax dollars to an Israeli controlled corporation that in 2009 paid the largest criminal fine for lying about what its products do, falsifying safety studies, and bribing doctors.

The infighting becomes public now. It is almost time to reap. Where are the travelling men?

"Revitalizing democracy will also require us to shape the technological future, that's inclusive, that's rights respecting directed at driving progress in peoples lives"... "As authoritarian and repressive regimes deploy technologies to undermine democracy and human rights, we need to ensure that technology sustains and supports democratic values and norms."

It's not just spyware, Mr. Blinken. Is this like when I said in an email to the President that you need to teach the American Public a word and what it means, and 48 hours later it was the Merriam-Webster word of 2021? Are you talking to me? I'm not playing this game, be direct.

Jack Carpenter
105 east Ice drive
Midland, MI
48642

METROPLEX MI 480
20 MAR 2024 PM 5 L

Clerk of the Court of
Honorable Mark A Goldsmith
Theodore Levin US courthouse
231 W. Lafayette blvd, 5th floor
Detroit, MI 48226

U.S. MARSHAL
48226-277758

Legal mail

The writer of this letter is an inmate in the Midland County Jail Midland MI 48642

© USPS 2022