Case No: 23-20152
Honorable Mark A Goldsmith

**FILED MAR 29 2024 CLERK'S OFFICE DETROIT**

To all who got the "jabs",

Worthy of note: I did not know I was going to write the Declaration of Sovereignty until October 25th, 2022. I finished it November 8th, 2022. I sent it in on 11-11-2022. I was arraigned in a court room with 11-11 as the room number on the keypad.

Whomever is now or will be soon investigating the events at U of M you should ask:

Amy Peters- How long in advance did Jack predict the exact policy and behavior of U of M administration to you in email?

Matt Bidlingmeyer- Did you tell Jack you would quit trying to predict the behavior of U of M administration because he kept telling you what was going to happen, you would disagree, and then what he said would happen? Did he explain to you how he argued with the General Counsel about the EUA status of the shots, and then the FDA pretended to approve the shots, but they did not, and the only thing available to the public was the "medically similar, but legally distinct" EUA shots? Did you admit, "I did not get that impression from the announcement" when he proved that there was no FDA approved version available? Then check the appeal transcripts, because they were told as well.

Jesse Reets- When you went to Florida with Jack for Ignite, did he ask, "Do you ever see numbers and just feel happy inside for no reason? 11-11 does that to me." Then you laughed and said, "no," when you walked by room 11-11 in the Hotel?

Then watch Astraea5d on youtube, "Whoa! What is this? Warrior Priest contacted bout a contract ~~~~~ to do with you on 11-11-2022." Make a note of the late it was posted. Then note the date the Astraea5d channel was created.

People start getting sick soon, a range of health issues so a common cause s not detected. I warned you all, no one listened. 75% of people took one jab", 70% took two. 66.6% of the world will fall victim to the eugenics lot implied by the Georgia Guidestones.
"On that day I will make Jerusalem a heavy stone for all peoples" (Zech 12:3) How she has become a prostitute, the faithful city, so upright." (Is 1:21) "I will show ou the judgment on the great prostitute who lives near the many waters ... I saw woman on a scarlet beast that was covered with blasphemous names, with 7 heads and 10 horns ... I saw the woman was drunk on the blood of the holy nes ... The 7 heads represent the 7 hills upon which the woman sits ... the woman ou saw represents the great city that has sovereignty over the kings of the arth. (Rev 17)"... "Because your merchants were the great ones of the world, ll nations were led astray by your pharmaceuticals." (Rev 18:23) "And I will ather all nations against Jerusalem for battle." (Zech 14:2)

In all the land two-thirds of them will be cut off and perish, and one-third ill be left. I will bring the one-third through fire; I will refine them as one refine ilver, and I will test them as one tests gold." (Zech 14:8-9)

April is significant, what side will you choose?

*[signature]*

Jack Carpenter
105 East Ice dr
Midland, MI
48642

METROPLEX MI 480
26 MAR 2024 PM 2 L

Clerk of the Court of
Honorable Mark A Goldsmith

Theodore Levin US courthouse
231 w. Lafayette blvd. 5th Floor
Detroit, MI 48226

48226-277758

The writer of this letter is an inmate in the Midland County Jail, Midland, MI 48642