Case 2:23-cr-20152-MAG-EAS ECF No. 109, PageID.666 Filed 03/29/24 Page 1 of 3

US v Jack Carpenter

FILED
MAR 29 2024
CLERK'S OFFICE
DETROIT

Case No: 23-20152
Honorable Mark A Goldsmith

Mr. Moon,

When Pfizer sells a "vaccine" then testifies under oath almost two years later it was not tested for immunity to infection of SARS-COV-2, primary vaccine failure, because they were working at "the speed of science", fraud is obvious. Has anyone been arrested for this yet? The Department of Justice is aware.

When a sitting US President signs an executive order tasking the NIH to create a group to manipulate the public into demanding new vaccine technology and that the US taxpayer fund it; then Eco-Alliance Health asks DARPA for funding to release a genetically modified Coronavirus into the bat population of China; then the University of North Carolina and Moderna trade an MRNA injection for a coronavirus then a pandemic results from a coronavirus from bats in China; 12 doctors sign a letter in the Lancet saying that if you believe it leaked from a bio-weapons lab you are a "conspiracy theorist", and a year later retract it because 11 of the 12 have financial interest in the Wuhan lab; then the public funds new "vaccines" with operation warp speed (super-fast, speed of science fast); then Dr. Fauci from NIH gives testimony to the Senate that NIH didn't fund "gain of function" research at Wuhan labs because the viruses worked to make infect humans were not originally able to infect humans so bio-weapons treaties were not violated, it is pretty clear that a biological weapon was released to steal US tax dollars. Has anyone been arrested for this? The Department of Justice is aware.

My lawyer wrote a letter stating a conflict of interest in representing me, I sent this to the Court with a response telling him to remove himself. Then he delayed my appeal and showed up to a 4247(d) hearing with none of the evidence I requested on record nor any witnesses I demanded. Is anyone looking into this?

Have you guys figured out yet that your plan to smear my name, and

make me look insane is the very cause behind exposing what you wanted to hide yet? The US Marshalls and Sheriff's were very interested in what was said on December 11th.

i'd say "my plan" but that is arrogance. God's plan is coming to fruition. It is simply a matter of time now. Even the fact that it is March 23 and there are no rulings on December 11th and my lawyer hasn't been removed bring motives into question. Damned if you do, damned if you don't.

Will you all find your integrity? Such an important question.

Josh Ceyman
(CPA)

P.S. Mr. Conflict of interest, still waiting for what I asked for. Also, I have 3 receipts for certified mail of a motion for special appearance to challenge jurisdiction in a State civil case I have been trying to handle pro se since February 2023, and they didn't schedule a hearing yet. I have also not received anything back from the 6th Circuit regarding my second appeal. Is that strange? It is strange, right? I'm feeling like when I catch a dog getting into the garbage and they refuse to make eye contact and pretend you don't exist. Except it is war crimes, not garbage.

Jack Carpenter
105 East Ice dr
Midland, MI
48642

METROPLEX MI 480
26 MAR 2024 PM 2 L

FOREVER / USA

Clerk of the Court of
Honorable Mark A Goldsmith

Theodore Levin US courthouse
231 W. Lafayette blvd. 5th floor
Detroit, MI 48226

48226-277758

The writer of this letter
is an inmate in the
Midland County Jail
Midland, MI 48642