# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 02, 2024

Mr. Henry Edward Moon III
Office of the U.S. Attorney
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Mr. Jean Pierre Nogues III
Federal Community Defender Office
for the Eastern District of Michigan
613 Abbott Street
Suite 500
Detroit, MI 48226

Re: Case No. 24-1149, *USA v. Jack Carpenter, III*
Originating Case No. : 2:23-cr-20152-1

Dear Counsel,

The Court issued the enclosed Order today in this case. Judgment to follow.

Sincerely yours,

s/Robin L Baker
Case Manager
Direct Dial No. 513-564-7014

cc: Ms. Kinikia D. Essix

Enclosure

No mandate to issue

No. 24-1149

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
Apr 2, 2024
KELLY L. STEPHENS, Clerk
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|    Plaintiff-Appellee, ) | |
| ) | |
| v. ) | <u>O R D E R</u> |
| ) | |
| JACK EUGENE CARPENTER, III, ) | |
| ) | |
|    Defendant-Appellant. ) | |

Before:  SURHEINRICH, MOORE, and GILMAN, Circuit Judges.

Defendant Jack Eugene Carpenter, III, appeals three recent pro se motions challenging the district court's jurisdiction and arguing that the district court had allowed the prosecution to proceed without assessing Carpenter's earlier jurisdictional challenges.  Subject to limited exceptions that are not applicable here, this court reviews only final judgments.  *Midland Asphalt Corp. v. United States*, 489 U.S. 794, 798−99 (1989).  In the absence of a final judgment, we lack jurisdiction over this appeal.

Accordingly, this appeal is **DISMISSED** *sua sponte.*

                         ENTERED BY ORDER OF THE COURT

                         Kelly L. Stephens, Clerk