US v. Jack Carpenter  3
Case No: 23-20152
Honorable Mark A. Goldsmith

Mr. Schumer,

Your problem is your perception of Israel. You think it is a country, but it is a set of people with a moral purpose. It is not even all the descendants of Jacob. Scripturally speaking, Zion is the combination of the Spirit Wisdom and its Avatar, Jerusalem is the selected remnant of the tribes of Israel, and Israel is the refined remnant "Jerusalem" and "Zion" united as a people.

The country you call Israel is the product of Ezekiel 33:24. A con job by men faking prophecy. The innocent observers will refuse to see the lies, frustrating the desires of the meek. It is most obvious in Micah and Isaiah. Look:

"From you shall come forth for me one who is to be ruler in Israel; Whose origin is from old, from ancient times. Therefore the Lord will give them up, until the time when she who is to give birth has borne. Then the rest of his kindred shall return to the children of Israel." "He shall judge between many peoples and set terms for many strong and distant nations; They shall beat their swords into plowshares, and their spears into pruning hooks; One nation shall not raise the sword against another nor shall they train for war again." ... "On that day I will gather the lame, and I will assemble the outcasts and those whom I have afflicted. I will make of the lame a remnant; and of the weak a strong nation." "Before she is in labor, she gives birth; Before her pangs come upon her, she delivers a male child. Who ever heard of such a thing, or who ever saw the like? Can a land be brought forth in a day, or a nation be born in a single moment?" "Look to Abraham, your father, and to Sarah, who gave you birth; Though he was but one when I called him, I blessed him and made him a great nation."

FILED
APR 04 2024
CLERK'S OFFICE
DETROIT

The avatar for Wisdom, a single person, creates a nation and the remnant comes to him. He ends wars, and the meek flock to him for it. THAT nation is Israel, but as Isaiah says, it will need a new name because fake Jews turn it into a curseword by founding Jerusalem on murder and lies.

Israel claims to be the fulfillment of Isaiah 66:7-11. If so, where is your king, and why do they need Billions in weapons? We are on a ~~collision~~ course of fated events. You should tell the people of Israel to flee. God is going to destroy Jerusalem in a single moment in a flash of fire. You shouldn't have given them weapons. The US will be attacked as well.

— the Innocent Wiseman

*[signature]*

Jack Carpenter
105 East Ice Drive
Midland, MI
48642

Legal mail

Clerk of the Court of
Honorable Mark A. Goldsmith
Theodore Levin US Courthouse
231 W Lafayette Blvd. 5th Floor
Detroit MI 48226

48226-277758

