US v. Jack Carpenter
Case No: 23-20152
Honorable Mark A Goldsmith

FILED
APR 04 2024
CLERK'S OFFICE
DETROIT

In standard Tarot the eight of cups represents sadness. One has looked in all the cups given in life, and finds they are empty. They decide, during a full lunar covering of the sun to walk away. That it was all a facade, and they dedicated their life to lies. As it is written, so it shall be. As events unfold, make sure to ask yourself, "Would things be different if I had integrity?"

If my math is correct, and Revelation began March of 2020 when churches were closed, this will all be over between July and August of 2026. The three and 1/2 year mark was September 2023, when I was flown back to Michigan. August was three years until conception. The male child was called up to heaven.

In my case we are at a pickle. If you rule I am not competent it will be done knowing that I was represented by an attorney who admitted a conflict of interest, and instead of removing themselves they interfered with my appeal. That issue is still not remedied. If you rule I am competent then you'll have to address jurisdiction, and my argument is rock solid, hence this kangaroo court charade to avoid it. Also, I am legally correct about the Court unlawfully proceeding after noting the challenge to jurisdiction so my appeal has to be prevented. What terrible webs we weave.

I wish I knew what all of your motivations were in covering up the intentional release of a human engineered virus to terrorize the public into allowing tax money to be laundered to Israeli controlled corporations while convincing people to take experimental medication for a use it wasn't licensed for and never tested for.

But at every oppurtunity those whose role it is to hold those to account for those acts double down on dumb, and attack the messenger. Two-thirds. Time to watch the evil ones that refuse to do right burn the world down with their own stupidity.

*Jack Carpenter*

P.S. JP, I still don't have what I asked for. Really just tired of repeating myself. Why are you still here? Did you know your oath requires you to remove yourself if there is a conflict of interest? You know, like the one you mentioned in the letter I sent to the Court?

Jack Carpenter
105 Fast Ice drive
Midland, MI
48642

Legal mail

Clerk of the Court of
Honorable Mark A. Goldsmith
Theodore Levin US courthouse
231 W. Lafayette blvd, 5th floor
Detroit, MI 48226

The writer of this letter
is an inmate in the
Midland County Jail
Midland, MI 486..

METROPLEX MI 480
1 APR 2024 PM 8 L