Case No. 23-20152
Honorable Mark A. Goldsmith

FILED
APR 09 2024
CLERK'S OFFICE
DETROIT

Mr. President,

From the reading of the cards we are close to where a decision to work with me instead of against me is close at hand. Everything said or done so far was to get us to this point. I will simply sit back, and watch everyone reap what they sow. But I am duty bound to, at the very least, say that you must do one thing while it is more likely that the cycle will not be broken, and decisions to avoid the correct path will be justified with fear, anger and/or arrogance. Someone should give Mr Moon and his "Moon Magic People" the emails I sent you where I shame them for claiming my legal argument is evidence of insanity, the one where I say you all need a dad because you lack integrity. I am sure that they are less confusing now than when I sent them before my arrest. I told you I intended to get into court when I sent you a picture of my license plate and said I was going to drive around with guns I had no intent to use, and "we all know you want my argument nowhere near a court." Now that we are 15 months into the game of "don't let this argument get answered," and we can't move forward without making the judge look as complicit as the US Attorney and Judas, the defense attorney are. I am going to put it to you bluntly, it is time to stop this game. Mr. Moon may be able to sell to some people that emailing the DOJ and several other offices as well as calling the US state Dept to say I militarily seized land belonging to the US govt. and three military helicopters flew over my house doesn't mean the President was aware, but truly, only an idiot will believe that. I know better, and that is what matters. Now that I have forced "Israel's" hand, and they have exposed their actual nature, we need to have a little chat. I expect that the clandestine message about predictions on shaky, shaky ground was in some way from you, and I see a change in behavior toward Israel, but it is still a game being played with the wrong goal. It will result in the same outcome. When the people administering the US ~~~~ wanted to invade Cuba, they came up with plans to blow up the space shuttle with John Glenn or kill a plane full of US college students

nd blame it on Cuba. When England wanted to amass a Navy, they paid pirates to attack commercial ships and used it as a pretext to justify taxes to pay for it. When Israel wanted Palestinian land, they created HAMAS. When they wanted a country they staged the great burnt offering to God. War through deception. Problem, reaction, solution. Create the problem, wait for the reaction, offer the solution, you are the hero. So this whole "Israel has a right to defend itself" is an absurdity within an absurdity. What they are doing is not self defense, and they orchestrated the whole situation in the first place. But this is obvious since they staged an "investigation" into you to use to discredit you, and manufacture the impression that you weaponized the justice system against Trump to take place on the same day as the "attack", just in case you didn't back their behavior.

The solution to all of this violence is simple, but as the Scripture says, arrogance and selfishness will prevail until the actions cause the destruction of earth and 2/3 of the human race will die before people decide to impliment it. I will explain, in part, what needs to be done. Then I will watch as human weakness avoids it in its entirety. Michigan belongs to the Kingdom of Heaven, and was ceded on December 8th, 2022 by the law of reprisal. This is a legal fact that will eventually be accepted. On December 31st, 2022 under the law of reprisal, the US government was made subordinate to the Kingdom of Heaven. Those operating the above governments are unlawfully refusing to submit to the lawful authority. "Will they cease this behavior?" is the question. Under the Law of War the civilian government has no right to resist the Sovereign Government whose job it is to ensure the laws of the conquered territory are enforced. I understand the desire to take advantage of the People's ignorance of this level of law, and pretend it is just "crazy person talk", but we know better, don't we, Mr. President? My offer still stands. Those who confess to their participation in the release of SARS-CoV-2 to launder US tax dollars will have their confessions classified, and can systematical-

resign from public office, and live a private life as long as they never commit another crime. They can also just "flee" to "Israel". My only concern is removing the boot from people's necks. I am done with the lies and nonsense.

Israel and Palestine has an easy solution as well. But will arrogant authoritarians implement it? I doubt it. But I am compelled to explain anyway. The 1967 borders should be recognized, and Palestine recognized on the condition it release the hostages with an official apology, and the election of a democratically elected Republican form of government that prohibits the formation of a military force to be used outside of it's borders. Israel to release all Palestinian hostages they call "prisoners" ~~[redacted]~~, and a new democratically elected republic to be formed that also limits them militarily from forming a military or using ~~[redacted]~~ military outside their borders. Also giving an official apology for the land theft and aggressive actions that created the environment today. In both countries, neither can have the current public servants serve in government in any capacity.

A third government is to be created for Jerusalem which should be an 11 mile radius around the temple mount. Every person on earth is a citizen of this government that has a local government determined by those who are residents, but also a set of rights that the government is compelled to protect that is determined by the Citizens of earth. Like the United States, these governments would be subordinate to the Kingdom of Heaven which ensures the public officials of these governments remember that their purpose is to ensure people are free.

Judging by the events that got us here, it seems more likely that those with the power to make this a reality would rather let the world burn, and God destroy it all to be rebuilt. We are not far off from that. Waiting to see what you all do. Your move, Mr. President.

*Josh Cayer*
CAG

Jack Carpenter
105 First Ice drive
Midland, MI
48642

Legal mail

The writer of this letter
is an inmate in the
Midland County Jail
Midland MI 48642

Clerk of the Court of
Honorable Mark A Goldsmith
231 W. Lafayette blvd, 5th floor
Detroit, MI 48226

METROPLEX MI 480
4 APR 2024 PM 3 L

48226-277758

