US District Court
Case No. 23-20152
Honorable Mark A. Goldsmith

**FILED**
APR 10 2024
CLERK'S OFFICE
DETROIT

③

JP, I can only complain about two things in the last hearing, one that has been a constant complaint. First, under no circumstance am I willing to lie to the court or allow my attorney to lie to the court to claim I was not aware of my actions or right or wrong at the time of the alleged offense. I tried the direct approach of going to file a criminal complaint, however, the court itself was exhibiting what doctors are calling "mass formation psychosis" and I was unable to overcome the delusion in the minds of those that believe an injection that was never tested to generate immunity (confirmed under oath by the manufacturers themselves), and was never licensed to be tested for generating immunity from infection was a "vaccine". So I devised a plan to still gain access to the courts, and offer the same evidence. You may not agree with that or done the same, but that does not equate to being unaware of the consequences or right and wrong. I've told you before, that defense is a lie, it will not be made.

Second, if I am not the only witness to the military helicopters nor the only one to infer that the first appearance was the result of my first email, then that ends the false claim by Ms. Carlson that it is a delusion. In fact, moments after it flew over my house, one neighbor came over and said, "What did you do?" to which I replied, "I sent that email", as they had already read it. Clearly third party confirmation of an event would end the whole conversation that it was a delusion or that I am wildly forming false relations between events. You consistently prevent the presentation of evidence to clear these conflicts up.

The judge called this out. How is Ms. Carlson to prove that is a delusion, only we can prove it is not, and you go out of your way to prevent proving that what I say is true. You admit to this in your finding of facts. Just like proving that my appeal exists showed the psychologists assertions to be invalid, showing

that the helicopters existed, and that others drew the same inference about why they flew over my house proves they are not delusions. You interfere with that. At every turn. You've even told me that there isn't time to obtain evidence to support my assertions. It's been almost 15 months. Flatly I will ask, what are you doing while I am in a cage? It isn't gathering evidence I tell you exists or sending me things filed in the court or updating me with my case. I didn't even know I had court until 4am the day of, when they woke me up for it. You purposefully leave questions about my grasp with reality when facts can show I am correct. This is not trial strategy, this is feigning a defense, Judas.

Ms. Carlson, do you really contend that emailing that I militarily seized US land to the Joint-chief of staff, President, US Senate, US House, Michigan Governor, Michigan Senate, Michigan House, Michigan State Police, Michigan Sheriff offices, 2 other State Governors, 2 foreign Countries, and 2 UN security Counsel members as well as a news agency, and that the US government was unaware of me until 3 months later when I was arrested in Texas? The argument being that the government is just inept? Or does it seem more likely they sent a helicopter to assess the situation? Not only can I prove that happened, your assertion that its a delusion is absurd. Are you hoping that people are dumb enough to believe that or is that truly what you think?

The first thing I filed in the case accused you of trying to prevent two defenses by having them declared insanity without having them actually assessed. Thank you for arguing that we can just dismiss them as crazy because "common sense" so I cannot actually prove them in court. Just like I said was the whole reason for this.    *Josh Cumpest[signature]*

Jack Carpenter
105 Fast Ice dr
Midland, MI
48642

Legal mail

The writer of this letter is an inmate in the Midland County Jail
Midland MI 48642

Clerk of the Court of
Honorable Mark A Goldsmith
Theodore Levin US courthouse
Detroit, MI 48226