USA v. Jack Carpenter
Case No: 23-20152
Honorable Mark A. Goldsmith

F I L E D
APR 11 2024
CLERK'S OFFICE
DETROIT

In December of 2022 I posted on Twitter that the government would try to paint me as insane. In January of 2023 I reiterated this claim in email to the joint chief of staff and the DOJ. My arrest was in February of 2023. In these exchanges I point out that they will claim that what I say about COVID, my jurisdictional challenge, and my religious beliefs would be used as the basis for this claim.

I stated that the <u>ONLY</u> reason that I mention my religious beliefs is to entice the government to claim it is evidence of insanity to taint their argument. My first filing with the Court explained the government had an unlawful motive in claiming I am incompetent and it was a bad faith attempt to have two of my defenses discredited before I was able to present them. I also appealed the order to send me to the farthest facility you could, stating that you cited beliefs based on a religious practice as evidence of irrationality.

The government argued that "at minimum" I could not separate the facts supporting a necessity defense (self defense, defense of others, law enforcement defense) from proceedings where I intend to utilize the defense of necessity. They also argued a jurisdictional challenge was evidence of incompetence. When the court recognized the challenge to jurisdiction made as a suggestion, placing it properly before the Court, the government developed selective amnesia, and forgot what the challenge was. So they did not remember what I said, but know that it is evidence of incompetence. They also cited beliefs inferred from a religious practice.

I've explained to J.P. multiple times that it is unlawful for the Court to look into the religious beliefs to determine whether they are true or

false, rational or not, as the court cannot lawfully do that. He has told me "that is an issue you can raise on appeal," while he consistently refuses to argue the law here. He also prevented any evidence to refute the governments claims that something I said was irrational in every case. I have written the Court numerous times about this, and provided the court with evidence he stated there was a conflict of interest representing me. The Court seems uninterested in preserving these rights.

The Court ruled that statements made on Twitter about religious beliefs as well as the claim I legally founded a government was evidence of incompetence.

"Government lacks power to judge the truth of religious beliefs." Watson v Jones, 80 U.S. 679, 13 Wall 679, 728, 20 L. Ed. 666 (1872).

"The first amendment has a dual aspect. It not only forstalls compulsion by law of the acceptance of any creed or the practice of any form of worship but also safe guards the free exercise of the chosen form of religion. Thus the Amendment embraces two concepts, - freedom to believe and freedom to act. <u>The first is absolute</u>, but, in the nature of things, the second cannot be. <u>Freedom of thought, which includes freedom of religious belief</u>, is basic in a society of free men... <u>Men may believe what they cannot prove</u> ... all considerations concerning the truth or falsity of the religious beliefs or doctrines professed by the accused are, by reason of Constitutional guaranty of freedom of religious belief, properly excluded from consideration." U.S. v. Ballard, 322 U.S. 78, 64 S.Ct. 852, 88 L. Ed. 1148 (1944).

The order from the Court to begin a competency evaluation cites two things: My religious beliefs expressed on Twitter; the challenge to jurisdiction the Court erred in recognizing, then proceeding without proving jurisdiction existed.

I would have hoped that after 50+ letters explaining this injustice the Court

would have corrected these errors. But, it seems unwilling to do so. Oddly, all of this was stated would be the case prior to my arrest. 15 months of purposeful malice, pretending to apply the law. I've understood for a while that this system is broken beyond repair. This was obvious in October 2022 when the 15th District Court ruled that it was a matter of policy to deny access to the public trust to anyone that refused to take experimental medication that was not licensed for nor tested for preventing infection from a virus but, people were being coerced to take it to prevent the spread of disease. This is why I chose to no longer be a part of the broken system. Now I am dealing with the childish crabs in the pot trying to pull me back in as I escape. This too shall pass. The US Marshal that took me from Court acknowledged that they were aware that DARPA admitted Eco-Alliance Health requested funding to release a genetically modified Coronavirus into the bat population in China. Pfizer admitted that the injections were not tested for immunity from infection. It is just a matter of time before those who took "the jabs" to "protect others" are forced to admit they were lied to, and those that lied released the virus on purpose. I am just exposing the extent government workers will go to hide what I am saying, a snare for the immoral.

It is pathetic that I can post to Twitter how the government will act towards me, they do Exactly as I say they will, and they don't understand they are being set-up. Art of War, feign weakness where you are strong to entice an enemy to attack. "Good luck figuring out when I am just playing the part."

People administering the government released a human engineered biological weapon to launder US tax dollars to Israeli controlled corporations. The US Secretary of Defense chose what corporations got that money. The US Attorney is trying to prevent these facts from being proven, the attorney assigned to my case is aiding that effort by preventing facts and arguments from entering the record, and the

Judge in the case is turning a blind eye to these facts.

*[signature]*

Jack Carpenter
105 East Ice Dr.
Midland, MI
48642

METROPLEX MI 480
8 APR 2024 PM 10 L

Clerk of the Court of
Honorable Mark A Goldsmith
Theodore Levin US Courthouse
231 W. Lafayette Blvd. 5th Floor
Detroit, MI 48226

46226-277758

The writer of this letter
is an inmate in the
Midland County Jail
Midland MI 48612

Legal mail

U.S. MARSHALS

© USPS 2022

METROPLEX MI 480
8 APR 2024 PM 10 L

Clerk of the Court of
Honorable Mark A Goldsmith
Theodore Levin US Courthouse
231 W. Lafayette blvd. 5th floor
Detroit, MI 48226

Jack Carpenter
105 East Ice Dr.
Midland, MI
48642

The writer of this letter
is an inmate in the
Midland County Jail
Midland MI 48642

Legal mail

U.S. MARSHALS