Case No: 23-20152

Honorable Mark A Goldsmith

FILED
APR 18 2024
CLERK'S OFFICE
DETROIT

Just a quick question. Since someone with the same criminal history as me called a US congressman leaving a voicemail saying they will kill them and they were sentenced to 3 months probation because the recommended sentence is 0-6 months, and I am now on my 15th month of trying to figure out if I am allowed a trial at all because the government is trying to hide that members of the US government released a human engineered virus on foreign soil to launder money to Israel so Israel can use that money to bribe politicians to support Israel, is there going to be another 4-6 month delay before there is a ruling? Just curious since I am about to miss another one of my daughter's birthdays while you all abuse the justice system to hide war crimes.

Also, JP, it would be real cool if you sent everything filed since November, and also everything filed for those appeals, as well as the opinions since you stopped delaying them after you sent that letter stating a conflict of interest. This is the third time I've asked for that. I'd like to file for an en banc appeal since the appellate court does have jurisdiction to review the District Court recognizing jurisdiction was challenged, then exercised jurisdiction without proving it. I also need it for this packet for the US Supreme Court they sent me that I have been holding onto. Thanks. Here is to hoping I don't need to ask a fourth time. Please also file to remove yourself from my case as you should have in June of last year.

Jack Carpenter

Jack Carpenter
105 East Ice Dr
Midland, MI
48642

METROPLEX MI 480
15 APR 2024 PM 10 L

Clerk of the Court of
Honorable Mark A. Goldsmith
Theodore Levin US Courthouse
U.S. MAG 231 W. Lafayette Blvd. 5th Floor
Detroit, MI 48226

The writer of this letter is an inmate in the Midland County Midland, MI 46

48226-277753

Legal Mail

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022