US v Jack Carpenter
Case 2:23-cr-20152-MAG-EAS   ECF No. 119, PageID.701   Filed 04/18/24   Page 1 of 3
3
Case No: 23-20152
FILED
APR 18 2024
CLERK'S OFFICE
DETROIT

Hon. Mark A Goldsmith, JP, Dana, Ms Carlson, Mr. Moon

I am allowed access to Tarot Cards for an hour and a half every night. During that time I check on all of you, and others. Just to see where we are with things. The last two nights the reading for Mr. Moon, Ms Carlson, JP and Dana all came up with the realization of betrayal, arrogance, and abuse of power. I was contemplating what would trigger all four of you to simultaneously have the same understanding, then it hit me. All four of you took the COVID injections, and after 15 months you FINALLY decided to come out of your delusion, and FINALLY looked into what I was saying. You could have done that, I don't know, maybe 15 months ago. Everything I said is true. Provably true. The term is "mass formation psychosis" or "moral panic". A widely believed delusion that is manufactured by those in Power to facilitate a political or military goal. "Common sense" isn't common, Ms. Carlson. If you find yourself in the majority, it is best practice to question your own beliefs. "Socially induced Schizophrenia" is another term for it.

The definition of delusion is "false belief, or misconception". If you took the injections that are "95% effective at preventing COVID-19", but can't acknowledge that the manufacturer testified under oath in October 2022 they never tested for preventing SARS-COV-2, so they are NOT immunizations, but are called "vaccines" to falsely create that idea in your mind, then you are, by definition deluded AND cannot change your opinion based on new information that contradicts your beliefs. This added to the fact that evidence shows the virus was human engineered, and released on purpose shows a vast conspiracy. Top it off with an executive order tasking the NIH to develop a plan to "manufacture public demand" and "manufacture public funding" of new vaccine technologies, and you have the largest case of fraud, perpetrated

by those in the highest offices of government, spanning two administrations. That is ignoring that the laws to perpetrate this fraud were passed over a decade ago.

Let us all sit down with a computer forensics specialist of your choice and discuss what my code does. It just automates what you can view with basic web tools. Let us go ask my neighbors about the helicopters. Let us see who is deluded. Let us look at my phone records for the phone the FBI seized for November and December 2022. Then let us see who can't admit what the evidence shows.

While we are at it, maybe one of you can explain how I posted online in December and Emailed the President in January what you would argue in your motion for competency, when I wasn't arrested until February.

A sane person would be upset at the people who poisoned them, not the messenger trying to shove the truth in their faces. Let us not kid ourselves, you were poisoned. The people that perpetrated it have a vested interest in insuring no one listens to me. This could not take place without the Secretary of Defense. Read the "Expanded access for investigational new drugs and diagnostics" statute. They went into damage control when I started going around JP. Why did you become a US Attorney? To put the innocent in prison to aid criminals? Why did you become a Defense Attorney? To prevent defenses to aid criminals? Why did you become a judge? To ignore the law and justice so criminals can profit? You will regret not listening to me for the rest of your lives if you continue as you have for the last 15 months while you needlessly torture me, and call it justice, and law.

*[signature]*

METROPLEX MI 480
12 APR 2024 PM 9 L

Jack Carpenter
105 Fast Ice dr
Midland, MI
48642

The writer of this letter
is an inmate in the
Midland County Jail
Midland MI 48642

Clerk of the Court of
Honorable Mark A. Goldsmith
231 w. Lafayette blvd, 5th Floor
Detroit, MI
48226

48226-277758

Legal mail

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT
© USPS 2022