UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.

JACK EUGENE CARPENTER, III,

          Defendant.
_____/

CR. NO. 23-20152

HON. MARK A. GOLDSMITH

## **APPEARANCE**

To:    Clerk of the Court and All Parties of Record:

Enter my appearance as Counsel in the case for Defendant.

I certify that I am admitted to practice in the Court.

          Respectfully submitted,

          **FEDERAL COMMUNITY DEFENDER**
          **EASTERN DISTRICT OF MICHIGAN**

          s/Elizabeth A. Young
          ELIZABETH A. YOUNG (P76842)
          Attorney for Defendant
          613 Abbott Street, Suite 500
          Detroit, Michigan 48226
          (313) 967-5849
          E-mail:  elizabeth_young@fd.org

Dated:  April 19, 2024