Case No: 23-20152 pg. 1 of 3

**FILED**
MAY 03 2024
CLERK'S OFFICE
DETROIT

Honorable Mark A Goldsmith,

"That same day David fled from Saul, going to Achish, King of Gath. But the servants of Achish said to him, 'Is this not David, the king of the land? Is it not for him that during their dances they sing out, "Saul has slain his thousands, David his tens of thousands?"' David took note of these remarks and became very much afraid of Achish, King of Gath. So, he feigned insanity in front of them and acted like a madman in their custody, drumming on doors of the gate and drooling on his beard." 1 Samuel 21:11-14

King Wen's uncle feigned insanity to get sold into slavery so he was not forced into performing injustices for the tyrant Emperor. Also so when he gathered support to rebel, he was not bound by an oath to the ruler.

When it became obvious the Federal government was pretending to ignore my declaration of Sovereignty, to feign ignorance and avoid drawing attention, also they were caught manufacturing evidence to discredit me, I gave them the confidence to arrest me and attempt to claim I was insane. After arresting me, and releasing me without seeing a magistrate because they would have to deal with my defense, it was obvious they needed coaxing.

Three months ~~later~~, several hundred tweets, a couple hundred emails, and driving through several states for 1 month and 13 days later, they finally got the confidence to try to let me into court to discredit my defenses.

They made exactly the arguments I publicly stated they would, and emailed them that they would. Just like I explained to you that acquiescence is turning a blind eye when it is your job to fix things, and despite the assigned attorney stating there was a conflict of

interest, and the court being made aware, he was allowed to pretend to defend me while I have written the court for months that he is an issue. All while he delayed an appeal for 7 months, because reasons that make no legitimate sense.

It is clear that the prosecution is trying to discredit my defenses in bad faith because I told them they would try that before I was arrested. It is clear my attorney is pretending to defend me while participating in discrediting those defenses. It is clear that you are turning a blind eye to multiple issues like that my attorney stated himself there was a conflict of interest, then delayed my appeal for 7 months, and represented me at a 4247(d) hearing presenting no evidence to refute multiple lies from the prosecution.

IF you rule I am not competent, you do so knowing that it was done unlawfully as I was represented by an attorney with a conflict of interest who was blatantly, and clearly interfering with my defense. You also do so knowing that the motion was filed in bad faith, and that I predicted this charade, as well as the exact arguments used.

The COVID injections were called "vaccines" then two years later the manufacturer testified under oath they were not tested for preventing SARS-COV-2 infection. Then the CDC changed the definition of vaccine so that even Vitamin C is a "vaccine" because it prevents scurvy. That is fraud.

Eco-Alliance Health requested funding to release a genetically modified virus, a coronavirus, into the bat population in China. Then a pandemic occurred right after from a coronavirus in bats in China. Operation Warp speed paid for the manufacturing of the injections right after the White House tasked the NIH with making a plan to manipulate public demand and funding for new "vaccines". The pandemic was caused on purpose to carry out that goal. These are

provable frauds that resulted in death, and the government is clearly trying to hide them.

Let's stop pretending that we are all incapable of understanding that I am being targetted, and should be in protection, not placed in an insane asylum so that people ignore me. Why is my attorney trying to discredit these facts with the prosecution when anyone can confirm them, and even your Marshall's are aware they are facts? Why are you ignoring the conflict of interest? Why hasn't he filed a motion to remove himself? Why is the prosecution pretending facts are delusions?

All good questions someone is going to have to answer eventually.

Hey SP, 4th time asking for the legal documents regarding my case. Thanks.

Patiently waiting for vindication. I've got nothing but time since the government tried to starve me out of society for not taking experimental medication that doesn't generate immunity for an infection that gave me a runny nose for three days.

Also, the government is staging another pandemic right now.

*[signature]*

Jack Carpenter
105 East Ice Dr
Midland, MI
48642

METROPLEX MI 480
27 APR 2024 PM 2 L

Clerk of the Court of
Honorable Mark A Goldsmith
231 W. Lafayette blvd, 5th floor
Detroit, MI 48226

The writer of this letter is an inmate in the Midland County Jail
Midland MI 48642

Legal mail

48226-277758