US v. Jack Carpenter

Case No: 23-20152

Mark A Goldsmith


FILED
MAY 09 2024
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

3

I noticed that the taking over of buildings by outside aggressors was used as an excuse to end those pesky antisemitic protests. Too bad they were not black Lives matter protesters, then they could burn down buildings and it would be a "mostly peaceful protest," where riots are just "the voices of the unheard."

In reality, the true difference is that Zionist Jews foment civil disorder as a divide and rule tactic when it suits them, but also use heavy handed tactics to "fear" people out of participating in any movement that challenges "Israel's" fake image that they are the worlds biggest perpetual victims while using emotion to try to prevent support of it while making it appear violent. Sometimes the truth is antisemitic.

"My body my choice" to end a child's life, but "your body, the governments choice" to force you to take experimental medication because you should be ashamed you want to kill grandma. Only police should have guns, but also police are bad because they hate black people, and kill them because they are the wrong color. Burning down buildings for social justice is acceptable because its wrong to kill black people and riots are just the voices of the unheard, but Zionist Jews murdering 12,000+ muslim children is self defense, and if you get angry about that, you just hate Jews. This is what psychopathy looks like. Just remember, you have the right to protest but not to cause chaos. Mostly peaceful protests when the cities burn.

I do not desire to be king of the idiots that live on their knees and lack integrity. I have no delusions when it comes to the understanding that none of you are going to actually follow the Law and uphold justice. I assume that you each feel that what you are doing is somehow morally justified.

I am satisfied in my understanding that under no circumstances will any of you do the correct moral thing. Daniel 11:22, Isaiah 11, Revelation 11, I know who I am, the martyr. 11-11-22, the sacrificial lamb, the Lion's Gate Portal. You cannot help yourselves, you are just carrying out the roles given to you.

"Let us lie in wait for the righteous one, because he is annoying to us; he opposes our actions, reproaches us for our transgressions of the Law and charges us with violations of our training... Let us see whether his words be true; let us find out what will happen to him in the end. For if the righteous one is the Son of God, God will help deliver him from the hands of his foes. With violence and torture let us put him to the test that we may have proof of his gentleness and try his patience. Let us condemn him to a shameful death; for according to his own words, God will take care of him."

These were their thoughts, but they erred; for their wickedness blinded them, and they did not know the hidden counsels of God; neither did they count on a recompense for holiness nor discern the innocent soul's reward. God formed us to be imperishable; the image of his own nature he made us.

They shall say among themselves, rueful and groaning through anguish of spirit, "This is the one we once held as a laughingstock and as a type of mockery, fools that we were! His life we accounted madness, and death dishonored. See how he is accounted among the heavenly beings; how his lot is with the holy ones!"

Thus lawlessness will lay waste the whole earth and evil doing overturn the thrones of the mighty.

━━━━━━━━━━━━━━━━━━━━━━━

You are on your own.       *Jack [signature]*
Do as you will.

Jack Carpenter
105 Fast Ice dr
Midland, MI
48642

METROPLEX MI 480
6 MAY 2024 PM 3

Clerk of the Court of U.S. MARSHALS
Honorable Mark A Goldsmith
231 W. Lafayette blvd 5th Floor
Detroit, MI 48226

48226-277758

"Legal mail"