United States District Court
Eastern District of Michigan Southern District

POOR QUALITY ORIGINAL

United States
v.
Jack Carpenter III

Case No: 23-20152
Mark A. Goldsmith

FILED
CLERK'S OFFICE
JAN 0 2 2025
U.S DISTRICT COURT
EASTERN MICHIGAN

Motion to hold J.P. Nogues III in contempt of court or show cause under E.D. Mich. L.R. 83.22

Oral hearing Requested

Jean Pierre Nogues III is in violation of MCLS § 600.901 "Practicing law without a license", as he is a resident of Michigan, employed in Michigan, presenting himself as an attorney at law, engaged in the business of law, is not "temporarily in the State for a particular matter", and is not a member of the Bar of Michigan. He has also been practicing before the Eastern District of Michigan as a "non-local attorney" under E.D. Mich. L.R. 83.20(f) without "local counsel" as required. He is a local attorney who is pretending to be "non-local" to avoid being a member of the Michigan Bar. He is guilty of conduct unbecoming a member of the Bar. He needs to be reported to the Michigan Attorney Grievance Committee under E.D. Mich. L.R. 83.20(j) and held in contempt.

He is also guilty of many violations of Michigan Rules of Professional Conduct referenced in a motion resulting in the hearing on October 23, 2024, for example laboring under a conflict of interest he explains in ECF 57 pgID 301-302.

I certify this is one page in length

Jack Carpenter

Jack Carpenter III
# 45173510
M.C.F.P. Springfield
P.O. Box 4000
Springfield, MO
65801

Theodore Levin US Courthouse
Clerk of the Court of
Mark A. Goldsmith
231 W. Lafayette blvd, 5th floor
Detroit, MI
48226

Do not read or copy
Legal mail

Springfield P&DC, MO
15 DEC 2024