United States' Eastern District of Michigan Southern Division

v.

Jack Carpenter III

POOR QUALITY ORIGINAL

Case No: 23-20152
Mark A. Goldsmith

FILED
CLERK'S OFFICE
JAN 0 2 2025
U.S DISTRICT COURT
EASTERN MICHIGAN

Motion to remove Counsel of Record and proceed pro se with Stand by Counsel

Oral hearing Requested

Counsel of Record is not a member of the Bar of Michigan, and is before the Court under E.D. Mich. L.R. 83.20(f) without local counsel as required. The 6th Circuit requires strict adherence to E.D. Mich. L.R. 83.20(f). As such, J.P. Nogues III cannot represent defendant as he is not allowed to practice before this Court without local counsel entered for appearance at every hearing.

This means that defendant has been without counsel for ~22 months. All orders of the Court must be reversed during this period, and all filings by Mr. Nogues must be stricken from the record. All motions stricken under 28 USCS § 1654 hybrid defense must be reinstated as no Counsel was properly before the Court.

Michigan Rules of Professional Conduct require counsel be competent in the area of law relating to the case (MRPC 1). As such, stand-by Counsel must be competent in 28 USCS § 1604 Sovereign Immunity, the Law of Nations, what constitutes the formation of a Nation, defacto State, and Recognized State.

I certify this is one page in length      Jack Carpenter III

Jack Carpenter III
#45173-510
M.C.F.P. Springfield
P.O. Box 4000
Springfield, MO
65801

Theodore Levin US Courthouse
Clerk of the Court of
Mark A. Goldsmith
231 W. Lafayette Blvd, 5th Floor
Detroit, MI
48226

Do not read or copy
Legal mail