United States District Court
Eastern District of Michigan
Southern Division

2

United States

Case No: 23-20152
Mark A. Goldsmith

V.

Jack Carpenter

FILED
JUL 11 2025
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

Notice of Intent to appeal

for "Motion to dismiss for violation of due process, punishment absent due process, violation of 6th Amendment" for if the Court strikes under 28 U.S.C. §1654 as counsel is prohibited under E.D. Mich. L.R. 83.20(f) or simply refuses to answer claiming 18 U.S.C. §4241 as defendant is no longer under the jurisdiction of that statute as of March 18th, 2025 or the District Court dismisses the case under 18 U.S.C. §4241 as the Court let jurisdiction of that statute lapse or the Court attempts to send defendant for an evaluation for 18 U.S.C. §4246 as no jurisdiction to do so exists.

JUL 11 2025
CLERK'S OFFICE
DETROIT

Livingston County Jail
Jack Carpenter 451735l0
150 S. Highlander Way
Howell, MI
48843

Clerk of the Court of
Mark A. Goldsmith
231 W. Lafayette Blvd. 5th Fl.
Detroit, MI 48226