UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED

Jul 21, 2025

KELLY L. STEPHENS, Clerk

No. 23-1661

UNITED STATES OF AMERICA,

     Plaintiff-Appellee,

v.

JACK EUGENE CARPENTER III,

     Defendant-Appellant.


Before:  CLAY, McKEAGUE, and THAPAR, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the appeal is DISMISSED.


**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk