UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Aug 28, 2025
KELLY L. STEPHENS, Clerk

No. 25-1581

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

JACK EUGENE CARPENTER III,

    Defendant-Appellant.

Before: BOGGS, NORRIS, and MURPHY, Circuit Judges.

## JUDGMENT

THIS MATTER came before the court upon consideration of appellate jurisdiction.

IN CONSIDERATION THEREOF, it is ORDERED that the appeal is DISMISSED.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk