UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

Case No. 23-20152

v.

HON. MARK A. GOLDSMITH

JACK EUGENE CARPENTER, III,

        Defendant.

_____/

### ORDER REGARDING MEMORANDA IN SUPPORT OF PROPOSED ORDERS

The parties are directed to file their memoranda in support of their proposed orders by December 19, 2025.

SO ORDERED.

Dated: November 25, 2025        s/Mark A. Goldsmith
      Detroit, Michigan        MARK A. GOLDSMITH
                          United States District Judge