7

United States District Court
Eastern District of Michigan

Case 23-20152

United States
v.
Jack Carpenter

FILED
AUG 11 2026
CLERK'S OFFICE
DETROIT

Motion to dismiss that Mr. Goldsmith will ignore under color of law

Since the Eastern District of Michigan has no jurisdiction over 18 U.S.C. §875(c) for a communication transmitted from Texas this Court lacks jurisdiction to hold any proceedings, including a determination of competency. See Abouammo v. U.S, U.S. Supreme Ct. 25-5146 LEXIS 2467 (June 11, 2026).

Since Mr. Nogues is not a member of the State Bar of Michigan, and no "local counsel" appears on record for any hearing, he is not lawfully assigned as per 28 U.S.C. §1654 due to E.D. Mich. L.R. 83.20 (a-j) requiring criminal contempt proceedings for appearing as counsel in violation of E.D. Mich. L.R. 83.20 (f). It is also a violation of Michigan Compiled Laws to present oneself as an Attorney at Law, engaged in the business of Law, unless you are a member of the State Bar of Michigan unless "temporarily" within the State for a particular case.

Since Mr. Goldsmith is a Jewish Zionist, and Defendant is accused of

transmitting a communication containing a threat directed at Jewish Public Officials, Mr. Goldsmith has a clear conflict of interest and should have removed himself from this case 3½ years ago. Instead, he is acting under color of law to illegally detain and slander Defendant's character while lacking all jurisdiction to do so. He is attempting to illegally have an 18 U.S.C. §4246(a) dangerousness certificate issued after unlawfully finding Defendant incompetent for a trial that cannot take place.

Defendant has consistently claimed that there is a criminal conspiracy to defraud the American public and commit violations of U.S. and International Law which includes, but is not limited to:

1. Crimes of Aggression
2. War Crimes
3. Use of Biological Weapons
4. Manufacture of Biological Weapons
5. Crimes Against Humanity

The lawful punishment of these crimes is life imprisonment or death.

Defendant alleges these crimes have been perpetrated over at least the past 30 years, if not longer, and the perpetrators include every President from George Bush Jr. to Donald J. Trump.

Defendant alleged that one of these conspirators would die of a

heart attack: "Fated full moon event: Heart Attack".

Defendant alleged that retired General Wesley Clark announced this criminal conspiracy in 2001 when he alleged that there was "a coup in the Pentagon" and a plan to commit illegal crimes of aggression against Iraq, Afghanistan, Yemen, Libya, Lebanon, Syria, and Iran.

Defendant alleged that the War in Ukraine was also perpetrated by these individuals as a method to keep Russia militarily and economically occupied while the last 4 of these countries were overthrown, as Iraq, Afghanistan and Libya were overthrown by George Bush Jr., Barrack Obama, and Donald Trump. Since the war in Ukraine, the U.S. and Israel have manufactured "excuses" to use military force to conquer Yemen, Lebanon, Syria, and Iran.

Senator Lindsey Graham, an advocate for the war in Ukraine, and Iran, recently died of a heart attack. CNN recently released a recording of this war criminal bragging that he has been trying to attack Iran for 30 years, confessing to his part in this illegal act of aggression. He also implicates Donald Trump who he claims "Likes to blow shit up" and Israeli Prime Minister Netanyahu who is wanted by the International Criminal Court for Genocide and War Crimes.

It is a matter of public knowledge that Prime Minister Netanyahu caused an International incident during Bill Clinton's Presidency (possibly Sept 1997) by using MOSSAD (Israeli Intelligence and assassination squad) to spray a contact poison on a civillian in Jordan to commit an illegal murder. The MOSSAD agents were caught, and Bill Clinton used diplomatic means to force Netanyahu to have the MOSSAD team bring the antidote to the hospital.

It is these people, with an established pattern of murder by poisoning, that Defendant alleges are responsible for causing him to become severely ill, become suddenly lightheaded, forcing him to crawl on his hands and knees to the bathroom, violently vomitting several times, then pass out on the floor of the bathroom in a puddle of sweat for several hours. This event happened after sending the Declaration of Sovereignty to the United States Joint-chiefs of Staff claiming to be the one to have fulfilled the prophecy of ISAIAH 66:7-9, the same prophecy that the State of Israel claims to have fulfilled with their Declaration of Independence on their official webpage.

Just because some quack who claimed appeal 23-1661 was a delusion said this sounds fantastic to them, doesn't mean it did not happen.

In a CNN Interview with Dana Bash and a Jewish Congressman, I believe named "Landers" who calls himself a "Liberal Zionist", Dana Bash confirms that "Zionist" is being used as an insult (curse word as per scripture) and the world is turning on the Netanyahu government as Defendant stated, and can be seen with the recent Democrat primary where 70 million dollars could not get the "pro-Israel" candidate elected over the "no money for Israel" candidate for the Democrat primary, the anti-Israel sentiment is reaching critical mass.

This Court should stop digging itself a hole, and dismiss this case as the law requires. You won't though. The Civil Commitment and forced medication is necessary to fulfill Isaiah 53, as the NABRE Notes on it explain: In the case of the servant, the onlookers initially judge him guilty, but in some way not explained, they come to understand that his sufferings are for the sins of others... Justify: the verb means "to be acquitted," "declared innocent," but since the servant bears "their iniquity", an effective rather than simply legal action is suggested." What you do to me has to be so appalling it shocks the conscience of the whole world that it forces an evolution of moral consciousness. To put it simply, the world needs garbage humans to teach everyone how not

to be. They have to see exactly how evil you all are in order to create effective change.

On July 14, 2026 on FM 91.7 the BBC covered between 11 pm and 12am that someone invested almost a billion dollars into one of Donald Trumps Crypto Currency business and then went on to follow my Declaration of Sovereignty founding "Liberland" outside of Croatia, and the BBC explains it is a real nation as per the Law of Nations. He purchased my idea from Donald Trump and laundered the money through the stock market, then did what Mr. Goldsmith, Mr. Moon, and Ms. Carlson call "a delusion" when I do it. Then the news confirms it is law.

Imagine if he claimed to fulfill Isaiah 66:7-9. He'd be in here with me, while a Jewish Zionist Judge called it a mental illness.

[signature] ®

Jack Carpenter
NAME

45173510
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480
8 AUG 2026 PM 9 L




U.S. MARSHALS

Clerk of the Court of
Mark A. Goldsmith
Theodore Levin U.S. Courthouse
231 W. Lafayette blvd. 5th Fl.
Detroit, MI 48226

RECEIVED
AUG 11 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

48226-277758

Legal mail

Legal Mail